John H. Blake (70187)
**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
Telephone: (650) 482-3040
Facsimile: (650) 482-2820
E-mail: jhb@hanniglaw.com

Attorneys for Plaintiff
EGGLI LANDSCAPE CONTRACTORS, INC.,
A California corporation

ORIGINAL FILED
NOV - 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JCS

UNITED STATES OF AMERICA, for the use and benefit of EGGLI LANDSCAPE CONTRACTORS, INC., a California corporation,

    Plaintiff,

v.

DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1 through 20, inclusive,

    Defendants.

Case No. CV 07 5699

**COMPLAINT FOR:**

1. **BREACH OF CONTRACT;**
2. **ENFORCEMENT OF MILLER ACT PAYMENT BOND;**
3. **UNJUST ENRICHMENT**

**DEMAND FOR JURY TRIAL**

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

COMPLAINT
{EGGL:2012:JHB:H0060226.DOC.1}   - 1 -

Plaintiffs UNITED STATES OF AMERICA for the use and benefit of EGGLI LANDSCAPE CONTRACTORS, INC., a California corporation ("Plaintiff") complain of defendants, and each of them, as follows:

## I. JURISDICTION

1. The Court has jurisdiction pursuant to the Miller Act, Title 40 USC §§ 3131, et seq. The Court has supplemental jurisdiction pursuant to Title 28 USC § 1367. The amount of the contract which is the subject of this action exceeds $100,000. Venue is appropriate in this Court because the contract on which this action is based was executed and performed in the Northern District of California.

## II. INTRADISTRICT ASSIGNMENT

2. Pursuant to Civil L.R.3-02(c) and 3-5(b), this action should be assigned to the San Francisco Division because the City and County of San Francisco is where a substantial part of the events and/or emissions which give rise to Plaintiff's claims occurred, and is further where the property that is the subject of this action is situated.

## III. PARTIES

3. EGGLI LANDSCAPE CONTRACTORS, INC. is a California corporation, duly registered with the California Secretary of State and with Contractors State Licensing Board to do business and perform construction in the State of California.

4. Dick/Morganti ("D/M") is a joint venture currently consisting of Dick Corporation and the Morganti Group, Inc. D/M does business in the City and County of San Francisco, State of California.

5. Dick Corporation ("Dick") is a Pennsylvania corporation, licensed to do business in the State of California. Dick does business in the City and County of San Francisco, State of California.

annig Law Firm LLP
991 El Camino Real
uite 100
edwood City, CA 94061
50) 482-3009

COMPLAINT
{EGGL:2012:JHB:H0060226.DOC.1}                - 2 -

6. The Morganti Group, Inc. ("Morganti") is a Connecticut corporation. Morganti does business in the City and County of San Francisco, State of California.

7. American Casualty Company of Reading Pennsylvania ("American") is a Pennsylvania corporation, authorized to transact surety business in the State of California.

8. Continental Casualty Company ("Continental") is an Illinois corporation, authorized to transact surety business in the State of California.

9. National Union Fire Insurance Company of Pittsburg PA ("National Union") is a Pennsylvania corporation, authorized to transact surety business in the State of California.

10. Plaintiff is informed and believes and thereon alleges that Defendants DOES 1-4 are, and at all times herein mentioned were, businesses whose form of organization and principal place of business are unknown to Plaintiff, and which at all times herein mentioned were authorized to transact business as sureties upon bonds or undertakings for federal public works projects in the State of California.

11. Plaintiff does not know the identities and capacities of DOES 1 through 20, inclusive, and therefore sues these persons or entities by their fictitious names. Plaintiff will amend this Complaint to allege their true names or capacities when they have been ascertained. Plaintiff is informed and believes and on that basis alleges that each fictitious defendant is in some manner responsible for the acts or omissions alleged, and the damages claimed, in this Complaint.

12. Plaintiff is informed and believes and on that basis alleges that each defendant, including DOES 1 through 20, was the agent, servant, employee, partner, or joint venturer of each other cross-defendant, and that each cross-defendant was acting within the course and scope of such agency, employment, partnership, or joint venture, and with the consent of ratification of each other in doing the things alleged herein.

13. On or about May 6, 2002, defendants D/M, Dick, and Morganti were awarded a joint venture contract by the United States of America, through the United States General Services Administration. The contract, more particularly identified and knows as GSA Contract No. GS-09P-02-KTC-0002, was for that certain work of improvement consisting of the construction of the new GSA Federal Building, located on the corner of 7th and Mission Streets in San Francisco, California.

14. On or about August 13, 2002, D/M purchased a bond in compliance with Title 40 USC §§ 3131 et seq., naming D/M as the principal, and American as the surety, for the benefit of D/M's subcontractors, including Plaintiff. A true and correct copy of the payment bond is attached hereto as Exhibit A.

15. On or about August 13, 2002, D/M purchased a bond in compliance with Title 40 USC §§ 3131 et seq., naming D/M as the principal, and National Union as the surety, for the benefit of D/M's subcontractors, including Plaintiff. A true and correct copy of the payment bond is attached hereto as Exhibit A.

16. On or about March 6, 2003, D/M purchased a rider from American National Union, Continental and DOES 1 through 4, increasing the penal sum of the Miller Act payment bonds from $3,600,000 to $137,426,918. A true and correct copy of this rider is attached hereto as Exhibit B.

17. On or about March 15, 2006, in San Francisco, California, during the course of the performance and prosecution of the work provided for in said general contract number GS-09P-02-KTC-0002, defendants D/M, Dick and Morganti, as joint venturers, entered into a certain Subcontract with Plaintiff, under which Subcontract Plaintiff agreed to furnish and install, among other things, landscaping and irrigation facilities, as required for the new GSA Federal Building. A true and correct copy of the Subcontract is attached hereto as Exhibit C.

18. There is now a balance due, owing and unpaid by D/M, Dick, and Morganti to Plaintiff under the terms of the Subcontract (as modified, supplemented, and amended) the sum of $261,061.83. Although requested by Plaintiff, the defendants have refused and neglected to pay the balance due or any portion thereof to Plaintiff.

19. This action is timely under Title 40 USC §§ 3133(b)(4), as it has been more than 90 days since labor was last performed by Plaintiff and no payment has been made. It has been less than 1 year since Plaintiff was last on the project.

## CAUSE OF ACTION

## FIRST CAUSE OF ACTION

**(Breach of Contract – Against D/M, Dick, Morganti, and DOES 5-20)**

20. Plaintiff realleges and incorporates paragraphs 1 through 19.

21. Pursuant to the terms of the aforementioned Subcontract, Plaintiff performed and furnished all necessary services, labor and materials to be used and consumed and which were actually used and consumed in the aforementioned work of improvement except as otherwise excused or prevented by acts of defendants, and each of them. Plaintiff additionally performed and furnished extra services, labor, and materials throughout the project as requested by defendants.

22. Plaintiff has performed all conditions, covenants and promises under the Subcontract.

23. During the course of the project, change orders, extra work, and/or amendments were issued and/or approved by defendants in connection with the project. As a result of said change orders, extra work, amendments, the total value of the work rendered by Plaintiff increased.

24. Although demands therefore have been made of defendants since the work was performed and all necessary labor, services, materials and equipment were furnished, defendants have materially breached the contract by failing and refusing to pay Plaintiff the sum of $261,061.83. Said sum represents the balance due to Plaintiff for base contract work, labor and services performed and materials and equipment provided pursuant to the terms of the Subcontract with the changes and extras as hereinabove alleged and after crediting defendants for any credits, payments or other adjustments.

25. As a proximate result of defendants' material breach of the aforementioned Subcontract, Plaintiff has been damaged in a sum to be proven at trial, but in no event less than the jurisdictional minimum of this Court.

26. Plaintiff is entitled to its costs and attorney's fees incurred herein pursuant to the terms of the Subcontract.

27. Plaintiff is also entitled to penalties, interest, and attorney's fees pursuant to the applicable federal and/or state prompt payment statutes.

## SECOND CAUSE OF ACTION

**(Breach of Bond Obligation – Against Defendants American, National Union, Continental, D/M, Dick, Morganti and DOES 1-4)**

28. Plaintiff realleges and incorporates paragraphs 1 through 27.

29. Plaintiff is owed $261,061.83 by American, National Union, Continental, D/M and DOES 1-4 by reason of the payment bonds and the bond increase rider provided to the GSA by American National Union, Continental, D/M, Dick, Morganti, and DOES 1-4.

## THIRD CAUSE OF ACTION

**Unjust Enrichment, Quantum Meruit, And Quantum Valebant – Against D/M, Dick, Morganti, and DOES 5-20)**

30. Plaintiff realleges and incorporates paragraphs 1 through 29.

annig Law Firm LLP
391 El Camino Real
uite 100
edwood City, CA 94061
i50) 482-3009

COMPLAINT
{EGGL:2012:JHB:H0060226.DOC.1}                - 6 -

31. Plaintiff rendered labor and materials to defendants D/M, Dick, Morganti, and DOES 5-20, and each of them, at their special instance and request, for which said defendants promised to pay Plaintiff the reasonable value of such labor and materials.

32. The reasonable value of the labor and materials Plaintiff supplied was, and is, $261,061.83. Of that amount, defendants D/M, Dick, and Morganti have paid Plaintiff nothing notwithstanding Plaintiff's demand for full payment. There is now due, owing and unpaid from said defendants to Plaintiff the amount of $261,061.83, after deducting all just credits and offsets, together with interest thereon pursuant to California Civil Code §§ 3287 and 3289.

## PRAYER

Plaintiff prays for relief as follows:

1. On its First Cause of Action for damages for an amount not less than $261,061.83, plus attorney's fees and all applicable penalties and interest;

2. On its Second Cause of Action for damages for an amount not less than $261,061.83, plus all applicable penalties and interest;

3. On its Third Cause of Action for an amount not less than $261,061.83;

4. For its attorney fees and costs; and

5. For such further and additional relief as may be deemed appropriate by the Court.

Dated: November 7, 2007

HANNIG LAW FIRM LLP

By _____
JOHN H. BLAKE, Attorney for Plaintiff, EGGLI LANDSCAPE CONTRACTORS, INC.

annig Law Firm LLP
391 El Camino Real
Suite 100
edwood City, CA 94061
50) 482-3009

COMPLAINT
{EGGL:2012:JHB:H0060226.DOC.1}                - 7 -

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial of this matter by jury.

Dated: November ___, 2007

Respectfully submitted.

HANNIG LAW FIRM LLP

By: _____
John H. Blake, Attorneys for Plaintiff, EGGLI LANDSCAPE CONTRACTORS, INC.

Hannig Law Firm LLP, 991 El Camino Real, Suite 100, Redwood City, CA 94061, (650) 482-3009

Hannig Law Firm LLP
991 El Camino Real
Suite 100
Redwood City, CA 94061
(650) 482-3009

## INDEX TO EXHIBITS

**Exhibit A**      Payment Bond issued August 13, 2002 by American Casualty Co. and National Union Fire Ins. Co.

**Exhibit B**      Surety Company Increase Rider issued March 6, 2003 by American Casualty Co. and National Union Fire Ins. Co.

**Exhibit C**      Subcontract Agreement dated March 15, 2006 between Dick/Morganti Joint Venture and Eggli Landscape Contractors, Inc.