# Exhibit B

**EXHIBIT B**

EXHIBIT _13_ PAGE _1_ OF _5_

## SURETY COMPANY INCREASE RIDER

Rider to be attached to and form a part of Bond Numbers: 929256521, 929264499 and 260161 dated August 13, 2002 executed by American Casualty Company of Reading, PA of Two Chatham Center, Pittsburgh, PA 15230 and National Union Fire Insurance Company of Pittsburgh, PA of 70 Pine Street, New York, NY 10270 (the "Surety") executed on behalf of Dick/Morganti/Nibbi, A Joint Venture of 1900 State Route 51, Large, PA 15025 (the "Principal") in favor of U.S. General Services Administration (the "Obligee") in the amount of Three Million Six Hundred Thousand and 00/100 ($3,600,000.00) Dollars.

It is hereby understood and agreed that the penal sum on the above-referenced Performance and Payment Bonds guaranteeing contract number GS-09P-02-KTC-0002 is increased as follows:

From:  Three Million Six Hundred Thousand and 00/100 ($3,600,000.00) Dollars

To:    One Hundred Thirty-Seven Million Four Hundred Twenty-Six Thousand Nine Hundred Eighteen and 07/100 ($137,426,918.07) Dollars

This change is effective March 6, 2003. All other terms and conditions of the bond remain unchanged.

Signed, sealed and dated this 6th day of March 2003.

WITNESS OR ATTEST:

_____
Witness

_____
Witness

_____
Witness

Dick/Morganti/Nibbi, A Joint Venture
(Principal)
By: _____ (Seal)
Name: John T. Sebastian
Title: Corporate Vice President
       Authorized Representative of the JV

American Casualty Company of Reading, PA
(Surety)
By: _____ (Seal)
Jean Brooker, Attorney-in-Fact

National Union Fire Insurance Company of Pittsburgh, PA
(Surety)
By: _____ (Seal)
Jean Brooker, Attorney-in-Fact

ACCEPTED BY

_____ (Obligee)
Name:
Title:
Date: _____

EXHIBIT B PAGE 2 OF 5

American Home Assurance Company  
National Union Fire Insurance Company of Pittsburgh, Pa.  
Principal Bond Office: 70 Pine Street, New York, N.Y. 10270

**POWER OF ATTORNEY**

No 04-B-07407

**KNOW ALL MEN BY THESE PRESENTS:**

That American Home Assurance Company, a New York corporation, and National Union Fire Insurance Company of Pittsburgh, Pa., a Pennsylvania corporation, does each hereby appoint

---Kevin A. White, Susan M. Kedian, Mark P. Herendeen, Jean M. Feeney, Michael J. Cusack,  
Jean Brooker: of Boston, Massachusetts---

its true and lawful Attorney(s)-in-Fact, with full authority to execute on its behalf bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, issued in the course of its business, and to bind the respective company thereby.

IN WITNESS WHEREOF, American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. have each executed these presents

this 20th day of December, 2000.

Mark A. Mallonee, Vice President

---

STATE OF NEW YORK  }  
COUNTY OF NEW YORK }ss.

On this 20th day of December, 2000 before me came the above named officer of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa., to me personally known to be the individual and officer described herein, and acknowledged that he executed the foregoing instrument and affixed the seals of said corporations thereto by authority of his office.

MIRIAM TAYLOR  
Notary Public, State of New York  
No. 02TA5053565  
Qualified in Bronx County  
Commission Expires Feb. 14, 2003

**CERTIFICATE**

Excerpts of Resolutions adopted by the Boards of Directors of American Home Assurance Company and National Union Fire Insurance Company of Pittsburgh, Pa. on May 18, 1976:

"RESOLVED, that the Chairman of the Board, the President, or any Vice President be, and hereby is, authorized to appoint Attorneys-in-Fact to represent and act for and on behalf of the Company to execute bonds, undertakings, recognizances and other contracts of indemnity and writings obligatory in the nature thereof, and to attach thereto the corporate seal of the Company, in the transaction of its surety business;

"RESOLVED, that the signatures and attestations of such officers and the seal of the Company may be affixed to any such Power of Attorney or to any certificate relating thereto by facsimile, and any such Power of Attorney or certificate bearing such facsimile signatures or facsimile seal shall be valid and binding upon the Company when so affixed with respect to any bond, undertaking, recognizance or other contract of indemnity or writing obligatory in the nature thereof;

"RESOLVED, that any such Attorney-in-Fact delivering a secretarial certification that the foregoing resolutions still be in effect may insert in such certification the date thereof, said date to be not later than the date of delivery thereof by such Attorney-in-Fact."

I, Elizabeth M Tuck, Secretary of American Home Assurance Company and of National Union Fire Insurance Company of Pittsburgh, Pa. do hereby certify that the foregoing excerpts of Resolutions adopted by the Boards of Directors of these corporations, and the Powers of Attorney issued pursuant thereto, are true and correct, and that both the Resolutions and the Powers of Attorney are in full force and effect.

IN WITNESS WHEREOF I have hereunto set my hand and affixed the facsimile seal of each corporation

this 6th day of March, 2003

Elizabeth M. Tuck, Secretary

65106 (4/96)

EXHIBIT B PAGE 3 OF 5

## POWER OF ATTORNEY APPOINTING INDIVIDUAL ATTORNEY-IN-FACT

Know All Men By These Presents, That Continental Casualty Company, an Illinois corporation, National Fire Insurance Company of Hartford, a Connecticut corporation, and American Casualty Company of Reading, Pennsylvania, a Pennsylvania corporation (herein called "the CNA Companies"), are duly organized and existing corporations having their principal offices in the City of Chicago, and State of Illinois, and that they do by virtue of the signatures and seals herein affixed hereby make, constitute and appoint

**Kevin A White, Mark P Herendeen, Susan Kedian, Jean Brooker, Michael J Cusack, John J Gambino, Individually**

of Boston, MA, their true and lawful Attorney(s)-in-Fact with full power and authority hereby conferred to sign, seal and execute for and on their behalf bonds, undertakings and other obligatory instruments of similar nature

- In Unlimited Amounts -

and to bind them thereby as fully and to the same extent as if such instruments were signed by a duly authorized officer of their corporations and all the acts of said Attorney, pursuant to the authority hereby given is hereby ratified and confirmed.

This Power of Attorney is made and executed pursuant to and by authority of the By-Law and Resolutions, printed on the reverse hereof, duly adopted, as indicated, by the Boards of Directors of the corporations.

In Witness Whereof, the CNA Companies have caused these presents to be signed by their Vice President and their corporate seals to be hereto affixed on this 11th day of October, 2002.

  

Continental Casualty Company
National Fire Insurance Company of Hartford
American Casualty Company of Reading, Pennsylvania

Michael Gengler    Senior Vice President

State of Illinois, County of Cook, ss:

On this 11th day of October, 2002, before me personally came Michael Gengler to me known, who, being by me duly sworn, did depose and say: that he resides in the City of Chicago, State of Illinois; that he is a Senior Vice President of Continental Casualty Company, an Illinois corporation, National Fire Insurance Company of Hartford, a Connecticut corporation, and American Casualty Company of Reading, Pennsylvania, a Pennsylvania corporation described in and which executed the above instrument; that he knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; that they were so affixed pursuant to authority given by the Boards of Directors of said corporations and that he signed his name thereto pursuant to like authority, and acknowledges same to be the act and deed of said corporations.

"OFFICIAL SEAL"
DIANE FAULKNER
Notary Public, State of Illinois
My Commission Expires 9/17/05

My Commission Expires September 17, 2005    Diane Faulkner    Notary Public

## CERTIFICATE

I, Mary A. Ribikawskis, Assistant Secretary of Continental Casualty Company, an Illinois corporation, National Fire Insurance Company of Hartford, a Connecticut corporation, and American Casualty Company of Reading, Pennsylvania, a Pennsylvania corporation do hereby certify that the Power of Attorney herein above set forth is still in force, and further certify that the By-Law and Resolution of the Board of Directors of the corporations printed on the reverse hereof is still in force. In testimony whereof I have hereunto subscribed my name and affixed the seal of the said corporations this ___6th___ day of __March__, 2003.

  

Continental Casualty Company
National Fire Insurance Company of Hartford
American Casualty Company of Reading, Pennsylvania

Mary A. Ribikawskis    Assistant Secretary

Form F6853

EXHIBIT __B__ PAGE __4__ OF __5__

Bond Numbers 929256521, 929264499 and 260161

| CONSENT OF SURETY AND INCREASE OF PENALTY | 1. CONTRACT NUMBER GS-09P-02-KTC-0002 | 2. MODIFICATION NUMBER | 3. DATED March 6, 2003 |
|---|---|---|---|

4. The surety (co-sureties) consents (consent) to the foregoing contract modification and agrees (agree) that its (their) bond or bonds shall apply and extend to the contract as modified or amended. The principal and surety (co-sureties) further agree that on or after the execution of this consent, the penalty of the performance bond or bonds is increased by $133,826,918.07 dollars (is 133,826,918.07) and the penalty of the payment bond or bonds is increased by $133,826,918.07 dollars (is 133,826,918.07) However, the increase of the liability of each co-surety resulting from this consent shall not exceed the sums shown below.

| 5. NAME OF SURETY(IES) | 6. INCREASE IN LIABILITY LIMIT UNDER | 7. INCREASE IN LIABILITY LIMIT UNDER |
|---|---|---|
| A. American Casualty Company of Reading, PA | $35,962,000.07 | $35,962,000.07 |
| B. Continental Casualty Company | $69,761,265.22 | $69,761,265.22 |
| C. National Union Fire Insurance Company of Pittsburgh PA | $28,103,652.78 | $28,103,652.78 |

8. INDIVIDUAL PRINCIPAL

| A. BUSINESS ADDRESS | B. SIGNATURE |
| C. TYPED NAME AND TITLE | (Affix Seal) |
| D. DATE THIS CONSENT EXECUTED |

9. CORPORATE PRINCIPAL

| A. CORPORATE NAME AND BUSINESS ADDRESS: Dick/Morganti/Nibbi, A Joint Venture 1900 State Route 51 Large, PA 15025 | B. PERSON EXECUTING CONSENT (Signature) BY [signature] |
| C. TYPED NAME AND TITLE John T. Sebastian Corporate Vice President (Dick) Authorized Representative of the Joint Venture | (Affix Corporate Seal) |
| D. DATE THIS CONSENT EXECUTED |

The Principal or authorized representative shall execute this Consent of Surety with the modification to which it pertains. If the representative (e.g., attorney-in-fact) that signs the consent is not a member of the partnership, or joint venture, or an officer of the corporation involved, a Power-of-Attorney or a Certificate of Corporate Principal must accompany the consent.

10. CORPORATE/INDIVIDUAL SURETY (CO-SURETIES)

| A. CORPORATE/INDIVIDUAL SURETY'S NAME AND ADDRESS | B. PERSON EXECUTING CONSENT (Signature) |
|---|---|
| A | American Casualty Company of Reading, PA CNA Plaza Chicago, IL 60685 | BY [signature] C. TYPED NAME AND TITLE Jean Brooker Attorney-in-Fact (Affix Corporate Seal) D. DATE THIS CONSENT EXECUTED 3/13/03 |
| B | Continental Casualty Company CNA Plaza Chicago, IL 60685 | BY [signature] C. TYPED NAME AND TITLE Jean Brooker Attorney-in-Fact (Affix Corporate Seal) D. DATE THIS CONSENT EXECUTED 3/13/03 |
| C | National Union Fire Insurance Company of Pittsburgh, PA 70 Pine Street New York, NY 10270 | BY [signature] C. TYPED NAME AND TITLE Jean Brooker Attorney-in-Fact (Affix Corporate Seal) D. DATE THIS CONSENT EXECUTED 3/13/03 |

Add similar signature blocks on the back of this form if necessary for additional co-sureties.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

STANDARD FORM 1415 REV. 7-1983
Prescribed by GSA-FAR (48 CFR 53.228)

EXHIBIT B PAGE 5 OF 5