# Exhibit C

RECEIVED
APR 1 2 2006
DICK/MORGANTI

# SUBCONTRACT AGREEMENT

**THIS AGREEMENT**, made this **15**th day of **March, 2006**, AD by and between **Eggii Landscape Contractors, Inc, 21 Stein Am Rhein Court, Attention: Dan Giese, Phone: 650-369-0303, Fax: 650-369-0327,** hereinafter called the Subcontractor and **Dick / Morganti, Joint Venture 1068 Mission Street, San Francisco, CA 94103, Attention: Francis Sarmiento, Phone: 415-522-1320, Fax: 415-522-1366** hereinafter called the Contractor

For the consideration hereinafter named, the said Subcontractor covenants and agrees with the said Contractor as follows, to wit:

**FIRST:** This Subcontractor agrees to furnish all the necessary supervision, labor, tools, materials, services, equipment, machinery, consumables, expendables, and other items proper and/or necessary in doing the **Landscaping and Irrigation** as required for the GSA Federal Building Project, located in San Francisco, CA, being constructed by Dick / Morganti, Joint Venture (Contractor) for GSA - General Services Administration (Owner) pursuant to the terms and conditions of the General Contract between Owner and Contractor and the terms stated herein.

## A.    SCOPE OF WORK

It is understood and agreed that this Subcontractor's Scope of Work (hereinafter referred to as Work) includes, but is not limited to the following:

Subcontractor agrees to supply and install all materials as required to provide a complete product as described in or reasonably inferable from the Contract Documents and in accordance with, but not limited by, the following sections of the specifications:

| SPECIFICATIONS NUMBER | DESCRIPTION |
|---|---|
| 02810 | Landscape Irrigation |
| 02900 | Landscape |

This Subcontractor agrees to furnish all **Landscaping and Irrigation** in strict accordance with Specification Sections above and 01110 through 01820, subject to exclusions noted herein

The lump sum amount of this subcontract agreement specifically includes, but is not limited to, the following:

1.    Final Construction Documents dated 02/14/2003 and all revisions thereto per drawings index attached hereto as **Appendix A** and all responded Request for Information per **Appendix B.**

2.    It is understood that all other project drawings and documents essential to the proper and complete performance of this scope shall be made available to the subcontractor upon its request including access to site for field verifications and coordination.

3.    It is specifically understood that material handling and hoisting equipment required for this scope shall be provided by the subcontractor.

4.    This Subcontractor shall furnish and install all **Landscaping and Irrigation** broadly defined as planting, topsoil, irrigation and maintenance including all necessary labor, materials, tools, equipment, plant supervision, etc. and pay all applicable taxes and fees required. This Subcontractor has included all necessary work based upon his understanding on the intent of the Documents, his experience in completing projects of similar size and complexity, and analysis of similar areas in the building where the work is better defined. This Subcontractor has included all items proper, necessary and required regardless of whether or not such work is indicated by the Drawings, with the exception of clear changes in scope.

5.    This subcontractor shall furnish and install Concrete Decomposed Granite and associated 4" Class II base rock.

6.    The scope of work included in this subcontract agreement includes but is not limited to the following that is called out in the Contract Drawings or Specifications: excavation and backfill for plantings, plantings, watering, herbicides, weed control, pest control, fertilizer, plant/tree tie-backs and/or anchors, planter soils including fine grading, plant maintenance, excavation and backfill for drainage and irrigation installation.

FOR THE PROJECT KNOWN AS:

EXHIBIT _C_ PAGE _1_ OF _61_

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:  028000

7.    Base subcontract price allows for NDS SPEE-D Channel and NDS#242-251 Structural Foam Polyethylene Secured Channel Grate with UV inhibitor for trench drain system.

8.    Subcontractor agrees that the total mark-up rate (Overhead and Profit) allowed for all change orders will be ten (10) percent. This rate shall be applied to the total negotiated direct costs of any modification.

9.    Pre-installation conference per specification section 02900.

10.   Subgrade preparation by others shall be within tolerance mutually agreed during pre-installation conference.

11.   All mulch top dress, planter soil mix, and backfill soil mix shown on landscape drawings and outlined in the specifications.

12.   Soil testing per specification section 02900.

13.   Irrigation system and testing.

14.   Turnover items per specification section 02810.

15.   Landscaping drainage including drainage gravel and associated filter fabric.

16.   Coordination with landscape concrete subcontractor.

17.   Provide and install drainage and irrigation sleeves prior to concrete placement, work to be coordinated with landscape concrete subcontractor.

18.   Plant maintenance and watering as outlined in specification section 02900.

19.   Protection of work until completion and final acceptance of project.

20.   Removal and disposal of any excess soils and materials brought on site by this Subcontractor.

21.   Subcontractor is responsible for repairing any work in place damaged while doing this Subcontractor's Work, including but not limited to, in-place concrete and underground utilities.

22.   This scope shall proceed and completed according to area sequence and schedule provided by General Contractor. **Appendix C – Schedule** attached hereto as Appendix C constitutes preliminary as planned schedule and an extract from overall project schedule.

23.   Based on as planned schedule and review time, all submittals shall submitted no later than March 30, 2006.

24.   Subcontractor shall submit submittals for both specified and alternates for:

        a)    Local Soil Ingredients
        b)    Mow-free Sods

25.   This scope allows for a maximum of three (3) each mobilization.

26.   Project target completion is August 16, 2006.

27.   Subcontractor shall provide payment and performance bond to the satisfaction of the General Contractor. Bond premium amount based on bonding company actual invoice shall be added to the contract price.

28.   Nothing listed above is meant to limit the scope of this Subcontract Agreement in any way. It is clearly understood that the lump sum amount of this Subcontract Agreement includes all **Landscaping and Irrigation**, required for this project.

29.   **Supplemental Conditions and Exhibits to this Subcontract Agreement:**

      Subcontractor shall provide, observe and/or comply to all other requirements required by the following Exhibits and Attachments to this Subcontract Agreement:

        i.    Exhibit A        -    Requisition Waiver and Release
        ii.   Exhibit B & B1    -    Pay Application and Schedule of Values
        iii.  Exhibit C & C1    -    Affidavit and Subcontractor's Detail of Lower Tier Orders

FOR THE PROJECT KNOWN AS:


EXHIBIT C PAGE 2 OF 61

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE: 028000

    iv.  Exhibit D    -    Waiver of Lien and Release
    v.  Attachment A  -    Subcontractor's Insurance Coverage and Limits
    vi.  Attachment B  -    Document Security
    vii.  Attachment C  -    Summary Subcontract Report
    viii.  Attachment D  -    Subcontracting Report

**RECEIVED**

APR 1 2 2006

DICK/MORGANTI

**B.**    **WORK BY OTHERS**

1.    Final site subgrade to required elevations.

2.    Point of connection to main drain for 4" drain pipe. exposed at each planter loaction as necessary.

3.    Masonry, electrical and storm drain work.

4.    Waterproofing.

5.    Water mains and fire lines.

6.    Electrical service to controller.

7.    Structural penetrations, electrical conduit and metallic piping in, through, suspended from or around structure.

8.    Structural concrete or concrete flatwork.

**C.**    **SPECIAL CONDITIONS**

1.    The Subcontractor shall bear all risk, costs and expense incurred in dealing with any adverse physical conditions and artificial obstructions whether foreseeable or not at the time of execution of this Agreement, provided that:

    a.    No hazardous wastes or toxic material exists onsite
    b.    No unknown archaeological conditions are encountered

    Subcontractor has the obligation to notify the Contractor of any such conditions and obstructions encountered in due course, especially if such findings could or would affect the execution of other project works.

2.    Hazardous Substances. Subcontractor will take all measures necessary to prevent the release of any Hazardous Substances at the Facility Site or adjacent areas. Subcontractor will immediately notify Contractor of any spills, emissions or other releases of Hazardous Substances that occur in connection with the performance of the Work. Subcontractor will be responsible for removing from the Facility Site and areas adjacent thereto, and for properly disposing of, in a manner acceptable to Contractor and in compliance with the Contract Documents, all Applicable Laws and Applicable Permits, all Hazardous Substances generated, released or accumulated by Subcontractor or any Sub-Subcontractor in the course of performing the Work and that did not exist on the Facility Site prior to the date of the Agreement. In the event Subcontractor encounters on the Facility Site material reasonably believed to be a pre-existing Hazardous Substance, then Subcontractor will immediately cease performance of any Work in the area affected and report the condition to Contractor in writing. Subcontractor will not thereafter resume performance of the Work in the affected area except with the prior written permission of Contractor.

3.    Environmental Matters.

    a.    Left Blank.

    b.    Pre-Existing Hazardous Substances. To the extent that any excavated or disturbed Hazardous Substances are determined to be solid waste, hazardous waste, hazardous debris, or contaminated media under Applicable Law, the Owner shall be considered the generator of such waste under Applicable Law rather than Contractor or Subcontractor, and Owner agrees to be identified as such on any bill of lading, manifest or other documentation required under Applicable Law to be completed in order to transport or dispose of the Hazardous Substance. Furthermore, the Owner, rather than the Contractor or Subcontractor, will be solely responsible for compliance with any other obligation

FOR THE PROJECT KNOWN AS:

EXHIBIT C PAGE 3 OF 61

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049

imposed by Applicable Law upon the generator of such waste or the owner or operator of a solid waste management facility.

c.  <u>Management of Pre-Existing Hazardous Substances.</u> In the event that Subcontractor encounters soil, sediments, debris or subsurface material at the Facility Site which the Subcontractor reasonably believes contains Hazardous Substances that existed at the Facility Site prior to the date of the Agreement, the Subcontractor may report the condition to Contractor and cease performance of any Work if the Subcontractor reasonably believes that it is necessary in order to comply with the Project Safety Manual or Applicable Law. Subcontractor will not thereafter resume performance of the Work in the affected area except with the prior written permission of the Contractor.

4.  This Subcontractor will procure the contractor licenses from local agencies applicable to this Subcontractor's Scope of Work and as required to be able to work on this project.

5.  This Subcontractor acknowledges that its prices were based on the drawings, specifications, information and documents provided and this Subcontractor's own experience. This Subcontractor agrees that the prices in this Subcontract Agreement are applicable to the performance of any and all the Work called for in this Subcontract Agreement and as required for this Project.

6.  This Subcontractor acknowledges that he is solely responsible for the productivity of its work force, man-hours required to complete the Work and the effort required to meet the Project schedule.

7.  This Subcontractor acknowledges that it may work periodic overtime at its discretion and cost.

8.  On site parking is not available. The subcontractor is responsible for employee and sub-subcontractor parking offsite.

9.  Nothing listed above is meant to limit the scope of this Subcontract Agreement in any way. It is clearly understood that the lump sum amount of this Subcontract Agreement includes all of the work necessary to complete, in accordance with the contract documents, all work as defined in Scope of Work for this project.

10. This Subcontractor agrees to perform the work as necessary in order to satisfy the scheduling requirements of this project as set forth in the General Contract.

11. Materials used, products supplied and quality of workmanship must be in strict conformance with the specifications and/or approved alternates/substitutions.

12. This Subcontractor will be required to furnish necessary drawings, submittals, samples, manuals and data required by the specifications in a timely manner in order not to delay the progress of the job. Submittals shall all be submitted in accordance with Section 01330 for approval within 30 days or as specifically stipulated elsewhere in this agreement, whichever is earlier.

13. A record set of drawings shall be kept at the jobsite, and marked current with as-built conditions, to be turned over to the Contractor at work completion. The drawings must be legible, reproducible, and as required by Section 01781.

14. This agreement includes all documentation and personnel required to satisfy the quality control and testing requirements set forth in the respective specifications (except as specifically provided by others).

15. Hoisting of equipment and materials scheduled to be furnished by this Subcontractor shall be the responsibility of this Subcontractor. See section A. Scope of Work for use of Contractors Man/Material Hoist and Cranes.

16. It is specifically understood this Subcontractor shall cooperate with the testing laboratory utilized by the Contractor and Owner. Retesting costs incurred by the Testing Lab due to deficient work performed by this Subcontractor shall be borne by this Subcontractor.

17. All required certifications shall be furnished by this Subcontractor. This agreement includes all documentation and personnel required to satisfy the quality control requirements set forth in specifications. This includes any testing or inspection by an approved independent testing laboratory, agency or professional engineer registered in California if required by the contract documents.



EXHIBIT _C_ PAGE _4_ OF _61_

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:  028000

18. Provisions required by the Buy American Act are specifically included in this Subcontract Agreement

19. It is understood that time is of the essence for this project. The Subcontractor has reviewed the project schedule and work activities specific for this Subcontractor's scope of work with the understanding he shall meet the dates indicated or complete work prior to those dates specified for the Subcontractor's scope of work.

20. It is also understood that this Subcontractor will perform his Scope of Work in accordance with the sequencing of the project schedule. If preceding sequences complete earlier than anticipated, this Subcontractor may be requested to accelerate the start of their scheduled work activities and proceed at the anticipated schedule duration of the work activity with the understanding this acceleration is not over and above the intent of this Subcontract Agreement.

21. This Subcontractor must supply for his own use the following if required:

- Field Office and/or storage and tool trailer.
- Temporary utilities including telephone service as required.
- Drinking water and ice.
- Hoisting equipment for materials/manpower.
- Safety and barricades
- Layout from benchmarks and control lines provided by the contractor
- All scaffolding, high lifts, ladders, etc.

22. The Owner has the right to approve or disapprove the employment of this Subcontractor. In the event that the Owner does not approve this Subcontractor, this Subcontractor shall become null and void. The Contractor reserves the right to approve or disapprove the Subcontractor's personnel.

23. This Subcontractor will be responsible to complete all punch list items within the time limits established by the Contractor.

24. The Contract Documents, Section "F", Article No. 2, contain provisions for the assessment of liquidated damages. Should such damages be assessed by the Owner as a result of this Subcontractor's failure to timely perform, this Subcontractor shall be accordingly liable for such damages, if assessed

25. It is specifically agreed that this Subcontractor shall provide all inserts, anchors, clips, and all other such fastening devices necessary to complete installation of the work included as part of the scope of this Subcontract Agreement.

26. It is specifically understood that this Subcontractor will provide all warranties, owner's manuals, and owner training, and testing as required by the Contract Documents.

27. It is specifically understood that this Subcontractor will provide and install all cutting, patching, core drilling, inserts, sleeves, etc., as required to provide a complete installation of the work included herein.

28. The lump sum amount of this Subcontract Agreement indicated below shall be firm for the duration of the project and is not subject to any escalation for material or labor.

29. This Subcontractor shall discuss the means and methods to be utilized in all operations with the Contractor's Superintendent prior to commencement of any work.

30. This Subcontractor shall coordinate his work with the work of other subcontractors and suppliers.

31. This Subcontractor is responsible for the shipment and receiving of all materials associated with the work as included as part of this Subcontract agreement and furthermore will be responsible for the protection and safe keeping of this material until final acceptance by the Owner. Due to limited access to the building, all deliveries must be coordinated with Dick/Morganti's Project Superintendent. Notice must be given 48 hours in advance and access will be on a first-come, first-served basis. It is specifically understood that this Subcontractor is responsible for all hoisting, equipment and manpower for hoisting, required for the work included as part of this subcontract agreement. See section A Scope of Work for use of Contractors Man/Material Hoist and Cranes.

32. It is specifically understood this project is governed by the wage rates associated with the "General Decision CA010029" as indicated in the Contract Documents.



EXHIBIT _C_ PAGE _6_ OF _61_

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:  028000

33. In accordance with the requirements of the Contract Documents, this Subcontractor shall submit weekly certified payrolls, failure to provide this information will affect the approval of payment requisitions.

34. It is specifically understood that the lump sum value of this Subcontract includes any applicable sales and use taxes.

35. This Subcontractor is responsible for cleaning the streets of any mud or debris deposited by vehicles associated with the work performed under this Subcontract Agreement.

36. This Subcontractor must remove and replace any temporary handrail as needed to complete the work included in this Subcontract agreement.

37. This Subcontractor shall provide and fulfill the insurance requirements required by Dick/Morganti. This Subcontractor shall include Dick/Morganti, the Dick Corporation, the Morganti Group, the Owner, Construction Manager, and the Architect as additional insured at no additional cost

38. This Subcontractor shall provide all information required for Applications for Payment prior to submitting the first Pay Request and within four (4) weeks from the date of this Agreement.

39. All daily reports, certified payrolls, accident reporting, written notifications, inspections notifications, etc. shall be provided by this Subcontractor as required by the Contract Documents. Written notifications shall be provided to the Contractor in sufficient time for the Contractor to forward such notifications to the Owner in compliance with the time requirements set forth in the Contract Documents.

40. This Subcontractor shall, without additional expenses to Dick/Morganti, be responsible for obtaining any necessary licenses, fees and permits, and for complying with any Federal, State, and municipal laws, codes, and regulations applicable to the performance of the work. The Subcontractor shall also be responsible for all damages to persons or property that occur as a result of the Subcontractor's fault or negligence and shall ensure proper safety and health precautions to protect the work, the workers, the public, and property of others.

41. All applicable OSHA and/or CAL/OSHA standards must be strictly adhered to and any citations or subsequent penalties that are a result of noncompliance of these standards shall be the responsibility of this Subcontractor.

42. It is specifically understood this Subcontractor has a complete understanding of the work required by this Subcontract and any problem areas, uncertainties, discrepancies, dimensions, etc. have been verified.

43. All necessary cleaning, protection and/or repairs to in-place work damaged by this Subcontractor during the handling, transportation, placing, erection, and installation of all items covered under this Agreement shall be the responsibility of this Subcontractor.

44. It is specifically understood the Contractor will enforce strict jobsite cleanliness and this Subcontractor shall be responsible for daily clean up of trash created under this Scope of Work. The trash shall be deposited in the appropriate dumpsters provided by the Contractor. Debris not acceptable to the trash hauling service (excess concrete, rebar, etc.) shall be disposed of by this Subcontractor by his own means

45. It is specifically understood that this Subcontractor will be required to participate in the site-recycling program as required by the contract documents. This is to help divert excess waste from landfills to recycling centers. This Subcontractor will be required to separate its construction debris and dispose of the debris in the proper receptacles. These receptacles will be clearly marked and will be located on the jobsite.

46. This Subcontractor agrees to fully execute and return this Subcontract Agreement within ten (10) working days after receiving it. Or at a minimum, providing written indication of any objections to the provisions included herein within ten (10) working days. A current insurance certificate indicating the coverage required herein must also be received prior to commencing work on site.

47. It is specifically understood itemized labor and material quotations and Change Orders shall be prepared and submitted by this Subcontractor in accordance with the contract documents. This Subcontractor shall submit pricing for all proposed Change Orders within ten (10) working days. This Subcontractor agrees that the total mark-up rate (Overhead

FOR THE PROJECT KNOWN AS:

EXHIBIT  C PAGE 6 OF 61

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE: 028000

and Profit) allowed for all change orders will be ten (10) percent. This rate shall be applied to the total negotiated direct costs of any modification.

48.  Left Blank.

49.  It is specifically understood that the lump sum amount of this Subcontract agreement includes all items and services needed to provide a complete scope of work for the **Landscaping and Irrigation**. This includes all items and services needed to fully construct this scope of work as contemplated by the drawings and specifications but not necessarily fully described. The amount of this Subcontract includes everything needed to construct the **Landscaping and Irrigation** with the exception of changes in scope.

50.  Task lighting, in addition to that provided per specification 01500 – Temporary Facilities and Controls, shall be the responsibility of each subcontractor.

51.  It is specifically understood this Subcontractor shall use Saturdays as make-up days to compensate for normal work days lost during the week due to inclement weather, i.e., rain, winds, heat, etc

52.  The Contractor will provide this Subcontractor upon request, one complete set of Contract Documents between the Contractor and the Owner and one Compact Disk.

**D.    SUBCONTRACT PRICE**

1.  For the successful completion of all Work required by this Subcontract Agreement, the Contractor shall pay to Subcontractor the lump sum amount of **Six Hundred Ninety Nine Thousand Six Hundred Thirty Six and 00 Cents ($699,636.00)** hereafter referred to as the Subcontract Price in the following breakdown:

Original Agreed Lumpsum Price – Furnish & Install:

| | | |
|---|---|---|
| Planting | $ | 223,202.00 |
| Import Topsoils | | 366,123.00 |
| Irrigation | | 69,311.00 |
| 90-Day Maintenance | | 6,520.00 |
| Sub-total | $ | 660,156.00 |
| Add : Concrete Decomposed Granite | | 39,480.00 |
| **Base Contract Price** | **$** | **699,636.00** |

Except as otherwise provided below, Subcontractor shall administer and pay all sales, use, import, gross receipts, income, duties and withholding taxes and other taxes and contributions imposed by any taxing authority upon the sale, purchase, transportation or use of materials, supplies, equipment, services or labor to be incorporated in the Facility, including without limitation, taxes on or measured by Subcontractor's receipts hereunder and taxes on or measured by wages earned by employees of Subcontractor (the "Taxes"),  and shall furnish to the appropriate taxing authorities all required information and reports in connection with such Taxes.

1.  Alternates: Refer to Paragraph 24 of Section A – Scope of Work above and Notice to Proceed.

2.  The Subcontract Price listed above is inclusive of all costs to perform the Scope of Work as described in this Subcontract Agreement including but not limited to: costs for all labor, supervision, benefits, payroll taxes, equipment, materials, mobilization of equipment and materials, de-mobilization of equipment and materials, fuels, oil, consumables, expendables, tools of the trade, G&A costs, insurances, home office overheads, jobsite overheads, margin and profit.

3.  The Subcontract Price is firm for the duration of the Work and not subject to escalation.

4.  All costs incurred by Subcontractor in excess of the Subcontractor Price necessary to complete the Work shall be the sole responsibility of this Subcontractor.

**E.    INVOICE / PAYMENT TERMS**

1.  The invoice is due on or about, but no later than the 25th of each month.  Payment will be made following receipt of an approved invoice and all required information, and then in accordance with the following time periods:

a.  Ten (10) days following receipt of corresponding payment from the Owner

FOR THE PROJECT KNOWN AS:

EXHIBIT C PAGE 7 OF 61

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE: 028000

2. In the event payment has not been received from the Owner due to the fault of Subcontractor, the Contractor will withhold payment of the applicable installment until such time as the payment has been received from the Owner.

3. Payment Provisions

a. The Work described in Article A.1 shall be paid based upon a Subcontractor developed detailed schedule of values which shall be approved by the Contractor. This Work shall be paid per the detailed schedule of values and based on actual progress as determined by Contractor's Project Manager.

b. Ten (10%) percent shall be withheld from each payment as retention if and only if it is held by owner from Subcontractor's portion of the payment.

c. Each application for payment hereunder shall be submitted using the Attachments enclosed and shall be accompanied by a certification from Seller that the work covered by the application for payment has been completed and effected in accordance with the design drawings and specification and has progressed to the point indicated on the invoice.

d. The invoice original and all required attachments shall be sent to:

Dick / Morganti Joint Venture
Attention:  Accounting Job No. 21058
1900 State Route 51
Large, PA  15025

A copy of the invoice and all required attachments shall be sent to:

Dick / Morganti, Joint Venture
Attention:  Francis T. Sarmiento, Project Manager
1068 Mission Street
San Francisco, CA  94103

e. Final Payment

1. Following completion of the Work and Final Acceptance including completion of (a) all Work required by this Subcontract Agreement and, (b) satisfactory completion of all punch list items and, (c) receipt by Contractor of all required as-construction drawings and, (d) removal from the Project Site of all Subcontractors tools, equipment and debris and, (e) receipt by Contractor of all required releases and, (f) release of retainage for this work by Owner, the Contractor shall release the final payment including all retention to this Subcontractor.

F.    **FINAL ACCEPTANCE.**

1. This Subcontractor shall perform and have completed the whole of the Work on the Project in accordance with this Subcontract no later than as shown in the agreed to project schedule.

G.    **GENERAL CONDITIONS**

1. Participate in, provide and update Daily Reports, as required by Contractor and herein.

2. This Subcontractor is aware of the local labor conditions and will comply with the requirements of any applicable local union agreements.

3. This Subcontractor will comply with the rules established by Contractor for the Project and the Facility.

4. It is this Subcontractor's responsibility to protect its work and equipment until accepted by the Contractor.

5. It is the Subcontractor's responsibility to protect the Project Site, surrounding properties existing installations and existing road surfaces from damage arising from performance of this scope.  This Subcontractor will be responsible for repairs resulting from such damage.  Subcontractor shall abide by the rules established regarding public roads designated for use or closed for use to Project traffic and deliveries.

6. This Subcontractor shall provide any temporary and construction utilities (i.e., compressed air, task lighting, etc.) as required to perform the Work.

7. Contractor will provide subcontractor with access and egress to the site.

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:  028000

EXHIBIT  C PAGE 8 OF 61

8. This Subcontractor shall provide his own telephone, fax and photocopy services and the cost of same is included in the Subcontract Price.

9. This Subcontractor agrees to provide access to its Work as requested by the Contractor and the Owner for observations, inspections and to perform tests as required to accept the Work through its various stages.

10. Limited security may be provided at the Facility and work area. This Subcontractor shall comply with the rules for site security developed by the Contractor. The Contractor and Owner shall at no time and in any regard be responsible for any losses that this Subcontractor, or its employees or Sub-Subcontractors, may incur as a result of the quality of the site security or lack thereof.

11. This Subcontractor shall perform continual, daily clean up of all its work areas and those of its Subcontractors. Trash shall not be allowed to accumulate. Any hazardous or abnormal waste generated by this Subcontractor shall be handled and properly disposed of by this Subcontractor.

12. This Subcontractor shall submit, for the Contractor's written approval, its plan for subcontracting any work prior to the issuance of a Subcontract from this Subcontractor.

13. Included in this Subcontract Agreement by this reference are the soils reports listed here below. This Subcontractor is hereby aware of the existing conditions and has self-determined the impact on the cost of its work, health and safety of its employees and is subsequently fully responsible for the health and safety of its employees.

   Subsurface Environmental Investigations Report dated February 14, 1997 as prepared by Treadwell & Rollo, Inc. / Olivia Chen Consultants (T&R/OCC).

   Geotech Report dated February 1998 as prepared by Geomatrix Consultants, Inc (Geomatrix).

   Geotech Report dated November 2001 as prepared by Geomatrix Consultants, Inc (Geomatrix).

14. This Subcontractor and all Sub-Subcontractors shall provide the insurance coverages required and name, on each certificate, the following as additional insured and all their assignees, subsidiaries and affiliates and cause insurers to waive all rights of subrogation against each of the following and all their assignees, subsidiaries and affiliates.

   | Owner: | General Services Administration, United States of America |
   | Contractor: | Dick / Morganti, Joint Venture, & Dick Corporation, & Morganti Texas, Inc. |
   | Const. Manager: | Hunt Construction Group, Inc. |
   | Architect: | Smith Group, Inc. |

15. Quality Program. Subcontractor shall submit for approval by Contractor a quality program describing the organization, including on-site organization, procedures, systems and methods and the like that Subcontractor shall employ on the site to insure a quality performance of the Work.

16. Daily Reports. Subcontractor shall provide a daily report as required by the Contractor. The report shall include equipment and employees on site for the reporting period in a format acceptable to both the Contractor and the Owner.

17. Weekly Employee Reports. Subcontractor shall report weekly to Contractor the number of Subcontractor employees and Sub-subcontractor employees including management and tradesmen. Report shall include all information as required by the Owner.

18. Certified Payroll reports. Subcontractor shall provide certified payroll reports on a weekly basis for submission to Owner. Reports shall include information as required and be in a format acceptable to Owner.

19. It is specifically understood that the lump sum amount of this Subcontract agreement includes all items and services needed to provide a complete scope of work for the supply and install of **Landscaping and Irrigation**. This includes all items and services needed to fully construct this scope of work as contemplated by the drawings and specifications but not necessarily fully described. The amount of this Subcontract

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:    028000

EXHIBIT _C_ PAGE _9_ OF _61_


includes everything needed to complete the scope of work as defined in this Subcontract and the Contract Documents with the exception of changes in scope.

20. It is specifically understood that any and all costs associated with the scope additions/revisions included with the issuance of the "Final Construction Documents", are included in the lump sum amount of this Subcontract.

21. This Subcontractor hereby acknowledges that the lump sum price is based upon incomplete documents and that this Subcontractor has included the costs for work not fully defined or illustrated by the Contract Documents. This Subcontractor has included all necessary work based upon his understanding of the intent of the Documents, his experience in completing projects of similar size and complexity, and analysis of similar areas in the building where the work is better defined. This Subcontractor has included all items proper, necessary and required regardless of whether or not such work is indicated by the Drawings, with the exception of clear changes in scope

22. Warranties shall commence upon acceptance by the owner.

23. Nothing listed above is meant to limit the scope of this Subcontract Agreement in any way. It is clearly understood that the lump sum amount of this Subcontract Agreement includes all of the **Landscaping and Irrigation** required for this project.

H. **ADDITIONAL REQUIREMENTS**

1. No right or interest in this Agreement shall be assigned by the Subcontractor without the prior written permission of the Contractor, and no delegation of any obligation owed by the Subcontractor shall be made without the prior written permission of the Contractor. Any attempted assignment or delegation shall be wholly void and totally ineffective for all purposes.

2. The Subcontractor shall bind each sub-vendor/subcontractor to the applicable terms and conditions of this Agreement for the benefit of the Contractor. Any assignment or subcontracting allowed by the Contractor shall not relieve the Subcontractor of its obligations and liabilities

3. This Agreement shall not be deemed an asset of the Subcontractor. If Subcontractor enters into any voluntary or involuntary receivership, bankruptcy, or insolvency proceedings, this Agreement may be canceled at the Contractor's option upon five (5) days written notice to Subcontractor.

4. The Subcontractor shall warrant that it has the right to give the waiver, release and discharge of liens set forth herein and that it has not made any assignment of any rights to claim a lien against the Work to be performed under this Agreement.

5. The Subcontractor shall continue performance of the Work pursuant to the terms of this Agreement despite any claim it may have against Contractor or any other party or parties to this Agreement.

Subcontractor's work shall be carried out and completed strictly in accordance with the Plans, Specifications, and all Contract Requirements governing this project and in full accordance with the terms and conditions, meaning, and intent of the Contractor's Contract with the Owner (the "General Contract"), which Subcontractor warrants that it has independently investigated and understands. A copy of said General Contract is on file at the Contractor's Office and has been inspected by the Subcontractor, and a copy of the Contract Documents is available upon request. It is further agreed that the provisions of said General Contract, including, but not limited to, the General and Supplementary Conditions, the Specifications and Plans, all Contract Requirements, and the particular Specifications relating to the work of the Subcontractor, insofar as they are applicable, are hereby incorporated herein by this reference and are binding upon the Subcontractor.

All previous oral or written promises and agreements relating to the subject matter of this contract are hereby declared to be null and void, it being expressly agreed that the terms of this Subcontract shall constitute the full and complete agreement between the parties hereto.

IN CONSIDERATION WHEREOF, the Contractor agrees to pay to the Subcontractor for the full and faithful performance by the Subcontractor of all the terms and conditions hereof the sum indicated on page one with said amount to be paid as follows: One Hundred (100%) (90% if retainage is held by owner) of the value of work which has been placed in position to the continuing satisfaction of the Owner and for which payment has been made by said Owner to said Contractor, with ten percent (10%) retained by the Contractor if held by owner, until the last payment is made to the Subcontractor.

Subcontractor agrees to assume the risk of payment by the Owner for Subcontractor's work. Receipt of payment from the Owner to the Contractor for Subcontractor's work is an absolute condition

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE: 028000
10 of 23


EXHIBIT C PAGE 10 OF 61

precedent to the Subcontractor's right to payment. If for any reason (including but not limited to the insolvency or inability to pay) the Owner does not make payment to the Contractor (including but not limited to any partial or progress payment, retainage, final payment or payments for changes, extras, modifications or the like or payment on account of any claims for delays or inefficiencies or other claims, or any other payment due on account of Subcontractor's work), Subcontractor shall not be entitled to such payment. Monthly progress payments shall be made on or about the tenth (10th) working day after Contractor is paid, except the last payment, which the Contractor shall pay to said Subcontractor immediately after said materials and labor installed by said Subcontractor have been completed, turned over, and accepted and approved by the Owner, after the final payment is received by the Contractor, and after satisfactory evidence is furnished to the Contractor by the Subcontractor that all labor, materials, equipment, appurtenances, services, etc. used or incorporated in this particular work have been paid in full.

The Subcontractor warrants that it is sufficiently fiscally responsible to carry out the work as provided in this Agreement, together with all other work it may have on hand or undertake whether it be with the Contractor or others. Should the Subcontractor's financial condition change in any manner from that at the time of entering into this Agreement, it shall immediately notify the Contractor so that procedures may be instituted to help safeguard the performance by the Subcontractor hereunder.

The Contractor may, at any time, make inquiries as to the financial condition of the Subcontractor including, but not necessarily limited to, lower-tier subcontractors, suppliers, etc. that are supplying material and/or services to the project, any other creditors, and subcontractor's banker, Certified Public Accountant, and Surety. The Subcontractor, when requested, shall furnish copies of its financial statements (certified when available) to the Contractor and shall provide such other financial and credit information in the form the Contractor may request.

The Contractor may institute such financial and other measures provided elsewhere in this Agreement when, in Contractor's sole determination, the best interests of the project would be served thereby. Nothing in these paragraphs or in any actions taken by the Contractor hereunder shall in any way relieve the Subcontractor from its duties and responsibilities as provided elsewhere in the Agreement.

THE PARTIES HERETO DO HEREBY FURTHER AGREE AS FOLLOWS:

SECOND.        Contract Documents.
The following documents are by this reference made a part of this Subcontract, and these, together with the General Contract with Owner and all drawings and specifications issued for this project, constitute the entire Subcontract and are referred to collectively as the "Contract Documents":

Project Drawings dated February 14, 2003
Project Specifications dated February 14, 2003
Subsurface and Geotech Reports
General Contract with Owner
GSA Volume I Sections A-M
Project Schedule
General Decision CA010029 Dated 12/28/01
PBS Order 3490.1

This Subcontractor's attention is directed to PBS Order 3490.1 dated March 8, 2002 for the procedure associated with document security for sensitive but unclassified paper and electronic building information. This Subcontractor and their lower tier subcontractors and suppliers shall comply with requirements of PBS Order 3490.1.

The Contractor shall have the benefit of all rights, remedies, and redress against the Subcontractor, which the Owner, by the Contract Documents, has against the Contractor. To the extent that the provisions of the Contract Documents between the Owner and the Contractor apply to the specific work of the Subcontractor as defined in this Agreement, the Contractor shall assume toward the Subcontractor all the obligations and responsibilities that the Owner, by those documents, assumes toward the Contractor. In the event of any inconsistency or conflict between the terms and conditions of this Subcontract and any other Contract Document listed above, the terms and conditions of this Subcontract shall govern.

THIRD.        Execution of Work.
The Subcontractor will promptly begin said work as soon as it is notified by the Contractor that the ground is clear or the structure far enough advanced to allow the beginning of the portion included hereunder, and Subcontractor will carry forward and complete said work as rapidly as said Contractor may judge that the progress of the structure will permit, unless detained by the Contractor or other subcontractors in which event Subcontractor will within three (3) calendar days of the beginning of the delay so notify the Contractor in writing. If satisfied that said delay is caused by others than said Subcontractor hereunder, Contractor will allow additional time sufficient in the Contractor's judgment to

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:   028000
11 of 23

EXHIBIT _C_ PAGE _11_ OF _61_

make up the time so lost. This paragraph shall cover any extra work done or materials furnished under this Subcontract.

FOURTH.            Contract Scheduling Requirements.

In accordance with the General Conditions of the General Contract, the Subcontractor shall provide the necessary scheduling input which shall meet the approval of the Contractor and which shall facilitate the development of the project schedule as mentioned in the Contract Documents. The Subcontractor shall include, in addition to normal work activity input, input which encompasses shop drawing approvals, delivery durations for important materials and/or equipment, resource loading (manpower, equipment, cost - labor/material), and logic relationships with other activities including physical and site restraints. This input shall be completed and provided by the Subcontractor upon award of this Subcontract Agreement and at such other times as requested by the Contractor. This input shall be submitted using a precedence based CPM schedule utilizing the most recent version of P3 software. The Subcontractor's input shall become the basis for the development of the required schedule and in the updating thereof as required by the Owner and the Contractor.

Subcontractor, at Contractor's request, agrees to attend weekly meetings to maintain a three (3) week look ahead schedule. Subcontractor, at Contractor's request, agrees to attend progress scheduling meetings at least once per month in order to cooperate with the Contractor in:

1)      Changing the logic of the schedules to reflect the progress of the work;

2)      Developing a narrative for the reasons why logic changes were made;

3)      Updating the individual Subcontractor activities; and

4)      Integrating changed work into the schedules.

A schedule update will be distributed by the Contractor. Subcontractor shall review each update and notify Contractor of any deviation contained in the update which was not agreed upon during the monthly schedule meeting.

The integrated schedule shall become the basis of this Subcontractor's work and the Subcontractor shall comply with it in all respects. Subcontractor shall use its best efforts to diligently pursue its work in order to permit Contractor to meet the dates for Subcontractor's work as they relate to its own work and the work of others and to achieve the completion dates established in the schedule for the overall project. Subcontractor shall designate an individual with the responsibility and authorization to progress/revise the schedule and approve changes as required.

FIFTH.            Delay and Default.

The Subcontractor will furnish all supervision, labor, materials, tools, equipment, appliances, and accessories, including all necessary scaffolding, and prosecute said work with due diligence without delay, and will not in any manner, by delay or otherwise, interfere with the work of the Contractor or other subcontractors. Should the Contractor conclude that the Subcontractor is delaying said work by failure to prosecute the work with diligence; should the Subcontractor allow judgments to be obtained and stand against it; should Subcontractor become insolvent; should Subcontractor have a committee of creditors appointed for it; should Subcontractor go into receivership or bankruptcy; should Subcontractor fail to pay any person or firm that furnished material or supplied or performed labor in the prosecution or the work; or should Subcontractor fail to perform its work with due diligence; then, if said Subcontractor fails to remedy the situation in a period of three (3) calendar days after written notice is given to it by the Contractor, addressed to its last known address or posted on the project, the Contractor may declare the Subcontractor to be in default, seize and make use of the Subcontractors' tools and equipment, and take over in whole or in part and complete the work with Contractor's own staff, another subcontractor, or both, charging the cost of the same plus ten percent (10%) for overhead and ten percent (10%) for profit to the Subcontractor's account. If, after the completion and acceptance of all the work on the project, there is anything left in the Subcontractor's account, that balance will be paid to the Subcontractor. If, on the other hand, the expense of the Contractor completing the work is more than the balance due, the Subcontractor shall pay said amount to the Contractor. In the event it becomes necessary for the Contractor to collect any deficiency from the Subcontractor by legal action, the Subcontractor agrees to defray all Contractors' reasonable attorney's fees and other court expenses in connection with such action.

SIXTH.            Indemnification for Delay.

Should said Subcontractor fail to begin, continue, and complete the work as herein provided and should the Contractor suffer or permit said Subcontractor to occupy more time than required under this Agreement, in that event, said Subcontractor hereby covenants and agrees to indemnify and save harmless the Contractor from any loss or damages which it may be compelled to make good to others including, but not limited to, the Owner of said project under or by virtue of the contract with the Owner, for or on account of delay in the completion thereof, insofar as said delay was caused by said Subcontractor.

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:   028000

EXHIBIT __C__ PAGE __12__ OF __61__

SEVENTH.          Time of the Essence and Liquidated Damages.

It is expressly UNDERSTOOD AND AGREED by and between the parties hereto that time is and shall be considered the essence of the contract on the part of said Subcontractor, and, in the event that the Subcontractor shall fail in the performance of the work to be performed under this Subcontract by and at the time or times herein mentioned, referred to, or agreed to in the project schedule developed pursuant to Article Fourth, or the Subcontractor is otherwise responsible for the late completion of the project, and a time extension has not been issued either by the Owner or the Contractor, said Subcontractor shall pay unto said Contractor, as damages, all such actual damages and liquidated damages suffered by the Contractor by reason of such default; including, but not limited to, damages assessed by the Owner pursuant to the General Contract. The Contractor shall have the right to deduct from any monies otherwise due or to become due to said Subcontractor or to sue for and recover compensation or damages for the non-performance of this Subcontract at the time or times herein stipulated or provided for.

EIGHTH.          Extension of Time.

When extension of time for strikes, fires, casualties, weather, or for any other reason beyond its control has been granted to the Contractor by the Owner or its representative as set forth in the General Contract, the same extension, to the extent applicable, shall be granted said Subcontractor; it being expressly agreed, however, that the Contractor shall not be liable to the Subcontractor for any claims associated with any such extension of time except to the extent and amount that the Contractor is actually paid therefore by the Owner  or others for the specific use and payment of Subcontractor's claim. The Contractor merely acts as a conduit to provide the Subcontractor with contractual privity for access to the Owner or others to seek reimbursement for damages caused by such an extension of time.

No allowance for time or damages will be made to the Subcontractor for delay in preparing its submittals or in securing approval of same when such submittals are not properly prepared for approval of the Owner.

NINTH.          Claims.

If the Subcontractor is delayed in the prosecution of its work due to the acts of the Owner and/or its agents, other independent contractors of the Owner, the Contractor, or the Contractor's other subcontractors and the Subcontractor suffers delay, acceleration, loss of efficiency, extended overhead, or any other type of damages therefrom, the Contractor agrees to transmit to the Owner, other subcontractors, or other entity any such claims submitted to it by the Subcontractor. Likewise, if the Subcontractor has any other type of claim for damages including, but not limited to, differing site conditions, changes in scope of work, disruption, loss of efficiency, cumulative impact of change orders, payment delay, or any other type of damages caused by the Owner, other independent contractors of the Owner, the Contractor, the Contractor's other subcontractors, or any other entity, the Contractor agrees to transmit to the Owner, other subcontractors, or other entity any such claims submitted to it by the Subcontractor.

The Contractor under this Article merely acts as a conduit to provide the Subcontractor with contractual privity for access to the Owner, other subcontractors, or other entity to seek reimbursement for damages incurred for such delays or other claims. It is agreed that in no event will the Contractor be liable for Subcontractor's claims for such damages except to the extent and amount that the Contractor is actually paid therefore by the Owner, other subcontractors, or other entity for the specific use and payment of Subcontractor's claim unless (a) the Subcontractor promptly and properly notifies the Contractor of a delay or other claim caused by the Contractor or other subcontractors under the control of the Contractor in writing (see Article Third, Execution of Work) and (b) the Contractor fails to correct promptly a delay or element of another claim caused solely by the Contractor or fails to transmit the Subcontractor's notification to the Owner, other subcontractors, or other entity causing the delay or other claim within seven (7) calendar days of such a notification. The Owner's decision regarding Owner related claims and the Contractor's decision regarding all other such claims will be final and binding upon the Subcontractor subject to the disputes provisions of this Subcontract.

TENTH.          Notices.

Unless otherwise provided in the paragraphs above, including, but not limited to Article Seventh, Subcontractor agrees to follow the procedures set forth in the General Contract and to give to Contractor each and every notice, statement, and claim of any character or form in the same manner and in at least seven (7) calendar days before the end of the time period required by said General Contract for the Contractor to give notice so that any claim may be considered by the Owner. Failure to give such notice which results in the Owner denying Subcontractor's claim shall forever waive said claim against the Contractor unless the failure to give notice is waived or extended by the Owner. Failure to provide such notice, statement, or claim in conformance with the above referenced conditions and clauses will serve to limit or bar Subcontractor in the same manner as set forth in the General Contract with the Owner.

ELEVENTH.          Submittals.

Submission of shop drawings, literature, and samples shall be made by the Subcontractor to the Contractor in strict conformance with the General Contract with the Owner, see Section 01330 of the General Contract. A minimum of seven (7) copies of catalog cuts, schedules, data sheets, etc. shall be submitted for approval. Samples are required for approval in the quantity and type specified in the

FOR THE PROJECT KNOWN AS:

EXHIBIT _C_ PAGE _13_ OF _61_

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:   028000
13 of 22

applicable technical specifications. Shop drawings are to be submitted as follows: one (1) reproducible transparency and three (3) opaque prints. Upon return of the approved transparency or literature to this Subcontractor, it shall print from the approved submittal a minimum of seven (7) copies for Contractor's use and return same to the Contractor's office.

TWELFTH.            Cooperation.
The Subcontractor and its subcontractors, if any, shall cooperate with Contractor and other subcontractors on the premises and shall so carry on their work so that other cooperating subcontractors shall not be hindered, delayed, or interfered with in the progress of their work and so that all of such work shall be a finished and complete job of its kind.

THIRTEENTH.            Coordination and Interferences.
The Subcontractor shall coordinate its work with that of others in order that interferences between mechanical, electrical, architectural, structural, mechanization, and other systems will be avoided. In case interference develops, the Owner and/or Contractor will determine which equipment shall be relocated regardless of which was first installed, and the Subcontractor shall be held fully responsible for the cost of relocation. Where installations are complex, coordinating layouts of work shall be prepared by this Subcontractor and shall be submitted for approval in addition to all other coordination drawings as required by the Contract Documents. Further, Subcontractor shall be required to furnish any additional information or documents for the purpose of coordination that the Contractor may require so as to facilitate the preparation of project coordination drawings and information.

FOURTEENTH.            Changes.
Without invalidating this Subcontract, the Contractor may add to or reduce the work to be performed hereunder. No extra work or changes from plans and specifications under this Subcontract will be recognized or paid for unless agreed to in writing before the extra work is started or the changes made. Said written order shall specify in detail the extra work or changes desired and the price to be paid or the amount to be deducted should said change decrease the amount to be paid hereunder. All such orders must be signed by an authorized representative of the Contractor. It is understood and agreed that any claims for extras demanded by the Subcontractor arising from omissions and/or discrepancies in the plans or specifications prepared by the Owner shall not be binding upon the Contractor or honored by the Contractor except to the extent approved and the extent actually paid for by the Owner. Costs for all such extra work or changes by either party shall be billed prior to and payable in the next current payment (as set forth in Article First of this Subcontract Agreement) following completion of such work and approval and payment by the Owner to the Contractor. In case the parties are unable to agree on the amount of the addition to or the reduction from the contract price, the Subcontractor shall nevertheless proceed with the work and the determination of the amount of such addition or reduction by the Owner as provided in the General Contract between the Owner and the Contractor shall be binding on the Subcontractor subject to the disputes provisions of this Subcontract.

FIFTEENTH.            Interpretation of Documents.
Should any dispute arise between the parties respecting the true construction of the Plans, Specifications, and Contract Requirements, the decision of the Owner or its representative as set forth in the General Contract shall be final subject to the disputes provisions of this Subcontract. In the event of any such dispute, the Subcontractor shall proceed, without interruption, with the work provided for herein, in such manner as may be directed by the Contractor, pending the decision of the Owner or its representative as set forth in the General Contract. It is further agreed that in the event of any dispute arising between the Subcontractor and the Contractor as to the scope and/or intent of this Subcontract, the Subcontractor shall proceed with its work without interruption pending settlement thereof.

SIXTEENTH.            Inspection.
The Subcontractor shall provide sufficient, safe, and proper facilities at all times for the inspection of the work by the Owner, the Contractor, or its authorized representatives. Subcontractor shall at once, and without extra time or pay, remove all materials and take down and rebuild all portions of the work condemned by the Owner or Contractor upon receiving notice in writing of such condemnation.

SEVENTEENTH.            Warranty.
Subcontractor warrants and guarantees all work in full accordance with the General Conditions of the General Contract, the other warranty and guarantee, tests and inspections, corrections, and removal or acceptance of defective work sections, and all other applicable sections of the Contract Documents.

EIGHTEENTH.            Equal Opportunity.
Contractor is a federal contractor affirmative action - equal opportunity employer. As such, it is Contractor's policy that employment decisions be made without regard to race, religion, creed, sex, national origin, age, veteran status, and non-job related disability.

During the performance of this Agreement, the Subcontractor agrees not to discriminate against any employee or applicant for employment because of race, color, religion, creed, sex, or national origin. The Subcontractor will take affirmative action to insure that applicants are employed without regard to their race, religion, creed, sex, national origin, age, veteran status, and non-job related disability. The Subcontractor will comply with all provisions of The Civil Rights Act of 1991, The American with

FOR THE PROJECT KNOWN AS:


EXHIBIT __C__ PAGE __14__ OF __61__

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KRC-0002
GSA Project No. NCA00049
COST CODE:   028000
14 of 23

Disabilities Act of 1990, and Executive Order No. 11246 of September 24, 1965, including all amendments, updates, and modifications to this Executive Order, and relevant orders of the Secretary of Labor, including the regulations set forth in 41 CFR 60 and subparts thereof relating to employment of minorities, females, disabled workers, and disabled and Vietnam Era Veterans.

Subcontractor shall employ minorities and females in its workforce according to the goals and timetables established by the Federal government and will exercise every good faith effort, as defined by 41 CFR 60, to achieve minority participation of 25.8 percent (25.8%) by craft and female participation of 6.9 percent (6.9%) by craft. Monthly submittals showing participation will be required. In addition, Subcontractor may be required to complete a "Certification for Utilization of Disadvantaged Business Enterprises" which validates a subcontractor's efforts to secure participation from such firms. These provisions require that good faith efforts be extended to achieve 5 percent (5%) DBE participation. In addition, the General Services Administration has established national subcontracting goals of 40 Percent (40%) for Small Businesses, 5 Percent (5%) for Small Women-Owned Businesses, 3 Percent (3%) for Small Veteran-Owned Businesses, 2 Percent (2%) for HUB Zone Small Businesses, and 1% for Small Service Disabled Veteran Owned Businesses.

The Subcontractor agrees to submit such periodic reports and cooperate in any studies or surveys as may be required by the contracting agency or the Small Business Administration in order to determine the extent of compliance by the Contractor with the Subcontracting Plan. The Subcontractors will submit Standard Form 294 (Subcontracting Report for Individual Contracts) and Standard Form 295 (Summary Subcontracting Report).

NINETEENTH.    Labor.
(a)  The Subcontractor agrees that in the preparation of the material and the performance of its work, as provided herein, it will employ only such workers as will work in harmony with the other workers employed by the Contractor or other Subcontractors, and the Subcontractor further agrees that it will, at the request of the Contractor, forthwith discharge and remove from the premises to which this Subcontract applies or relates any person designated by the Contractor. The right of the Contractor to request the discharge of any workers employed by the Subcontractor shall not be construed to constitute the Contractor as the employer of any workers employed by the Subcontractor.

(b)  The Subcontractor agrees to adhere strictly to all laws and to all regulations in connection with employment of labor, including, but not limited to, those contained in the specifications, bulletins, and all subsequent amendments and modifications thereof, which are part of the General Contract with the Owner and which form a part of this Subcontract. The Subcontractor further agrees that any penalty imposed upon the Contractor due to any infraction of these requirements or violations thereof by Subcontractor shall be charged to and borne by the Subcontractor.

TWENTIETH.    Project Labor Agreements.
Subcontractor agrees to become signatory and to be bound by any project labor agreement entered into by the Contractor for this project. The Subcontractor further agrees that it will employ union labor of appropriate jurisdiction in the performance of this work, unless specific permission to the contrary is given by the Contractor. If employing union labor, Subcontractor agrees to be bound by and abide by the Rules, Regulations, and Procedures of the National Joint Board for Settlement of Jurisdictional Disputes in the Building and Construction Industry in the assignment of work and/or settling jurisdictional disputes on work to be done at the project site.

TWENTY-FIRST.    Wage Rates.
Subcontractor is required to abide by applicable Federal, State and/or Local laws, rules, ordinances or regulations dealing with wage rates and conditions of employment, including, but not limited to, the Prevailing Wage Act and all provisions cited in the General Contract. Subcontractor's failure to abide by any such provisions shall be a material breach of the Subcontract Agreement which shall justify the withholding of funds from the Subcontractor, as well as entitle the Contractor to terminate this Subcontract Agreement. Subcontractor shall submit weekly-certified payrolls to Contractor, which shall evidence compliance with the prevailing minimum wage rate schedule.

The Subcontractor will, at all times, pay union labor the schedule of wages as fixed from time to time by the respective unions governing the class of laborers employed and agrees that any increase in said schedule of wages during the life of this subcontract shall be borne by the Subcontractor. Subcontractor further agrees that all wages paid pursuant to union agreements shall at all times satisfy the requirements of the Contract Documents.

TWENTY-SECOND.    Taxes and Laws.
The Subcontractor assumes every responsibility for and agrees to pay all assessments, contributions, taxes, etc. required by the Federal Social Security Act and any Social Security Statutes of the State or States in which it may operate, now in force or which may be enacted, and generally to comply with all rules and regulations set forth thereunder. Subcontractor shall pay directly to all governing bodies all taxes (including any income, sales, occupation, use and all other taxes) in connection with its work that the Subcontractor or the Contractor is required to pay or withhold.

FOR THE PROJECT KNOWN AS:

EXHIBIT _C_ PAGE _15_ OF _61_

GSA Federal Building, San Francisco
Subcontract Number 2105B-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE: 028000

If the Subcontractor fails to make such payments, including but not limited to employee taxes required to be withheld by Subcontractor, Contractor may make such payments, using IRS Form 4219 in the case of employee taxes, and deduct the amount of such payments and all costs related thereto from the Subcontract amount. Contractor shall not be obligated to exercise its right to make such payments. This provision is not intended to and does not make any third person including governmental agencies a third party beneficiary of this Subcontract Agreement or any portion thereof.

Subcontractor shall comply with all Federal, State, and Local Laws and Regulations applicable to said work. In the event that the Subcontractor is found to have violated any Federal or state statute, executive order, ordinance, public building or public works contract provision or contract specification relating to discrimination in employment or fair employment practices by the appropriate commission, contract authority, or governmental agency which is charged with responsibility of enforcement of such statute, executive order, ordinance, or contract provision or contract specification, the Subcontractor shall be considered in default under this Agreement and if, after written notice from the Contractor, the Subcontractor shall fail to correct the violation within forty-eight (48) hours, the Contractor shall have the right to terminate this Agreement for such default.

The Subcontractor agrees to indemnify and save the Contractor harmless against any expenses, loss, or liability of any kind incurred by the Contractor by reason of the violation by the Subcontractor of any federal or state statute, federal executive order, city ordinance, public building or public works contract provision or contract specification relating to discrimination in employment or fair employment practices or any other legal requirement of law or regulation applying to Subcontractor's work. This provision shall be included in any contract let by the Subcontractor of any work covered by this Agreement.

TWENTY-THIRD.    Public Authorities and Permits.
The Subcontractor shall obey all laws and regulations and shall secure and pay for all licenses and permits that it may require to comply fully with all laws, ordinances, and regulations of the proper Public Authorities in connection with the performance of this work. The Subcontractor shall be responsible for all damages and penalties and shall indemnify and save harmless Contractor and Owner from and against all damages, penalties, and liability which may arise out of the failure of the Subcontractor to obey all laws and regulations or failure to secure and pay for any such licenses and permits or failure to comply fully with any and all applicable laws, ordinances, and regulations.

TWENTY-FOURTH.    Safety.
The Subcontractor is solely responsible for the health and safety of its employees, agents, subcontractors, and other persons on and adjacent to the Work Site. The Subcontractor, however, shall take all necessary and prudent safety precautions with respect to its work and shall comply, at Subcontractor's cost, with ALL safety policies, programs and measures initiated by the Contractor and the Owner (including substance abuse testing) and with all applicable laws, ordinances, rules, regulations and orders of any public authority for the safety of persons or property, including, but not limited to, the Code of Federal Regulations Title 29, Part 1926 and applicable portions of CFR 29, Part 1910 Titled "Occupational Safety and Health Standards." Subcontractor's work shall be carried out and completed strictly in accordance with the Contractor's Safety Program, which Subcontractor warrants that it has independently investigated and understands. A copy of said Safety Plan is on file at the Contractor's Office and has been inspected by the Subcontractor (A copy of the Safety Plan is available upon request). The Subcontractor shall submit for approval their substance abuse testing program. In the absence of such a program, the Subcontractor agrees to comply with the Contractor's Program.

It is also agreed that the Subcontractor shall be responsible for supplying and implementing a safety program which provides for complete fall protection for all of its workers (including its subcontractors, erectors, agents, etc.) exposed to falls above six (6) feet. The Subcontractor is responsible for ensuring that this and all other safety policies/guidelines are incorporated into any subcontracts, or lower tier contracts, which it may enter into on this Project.

The Subcontractor shall assign a competent safety representative (a) who is certified both in first aid and CPR, (b) who is experienced and capable of identifying existing and predictable hazards in the surroundings or working conditions which are unsanitary, hazardous, or dangerous to employees and the public, and (c) who has authorization to take immediate corrective measures to insure the safety of the Subcontractor's work areas. The Subcontractor's safety representative shall submit a site-specific safety plan to the Contractor for review prior to the commencement of any work activities on the project site. Subcontractor shall report within one (1) day to the Contractor any injury to any of the Subcontractor's employees including any injury sustained by an employee of the Subcontractor's subcontractors. In addition, an OSHA AND/OR CAL/OSHA Form No. 101, "Supplemental Record of Occupational Injury and Illnesses" or equivalent and an accident investigation report shall be provided to the contractor in the event of an injury to an employee employed under this Subcontract.

As an expert in the Subcontractor's field of work, the Subcontractor's supervisor and safety personnel have sole control over all requirements for doing the work safely, and the Contractor is not responsible in any manner for the safety of the Subcontractor's work. If the Subcontractor fails to correct unsafe procedures, acts, or conditions within a twenty-four (24) hours of notification by the Contractor or

FOR THE PROJECT KNOWN AS:

EXHIBIT _C_ PAGE _16_ OF _61_

GSA Federal Building, San Francisco
Subcontract Number 21056-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:  028000
16 of 23

any public authority, however, Contractor may (but has no contractual obligation to do so) correct the unsafe practice and backcharge the Subcontractor for these costs plus ten percent (10%) for overhead, ten percent (10%) for profit, and twenty percent (20%) for a "safety premium". This specifically includes but is not limited to the clean up of Subcontractor's construction debris and the replacement of standard railings or barricades removed by Subcontractor's employees. Conditions which constitute "imminent danger" to any employee will result in an immediate stoppage of work. No extension of time or additional compensation will be granted as a result of any stop order so issued. Repeated failures to correct unsafe practices will result in default and termination of this Subcontract pursuant to Articles Fifth and Thirty-Third without any further notice to the Subcontractor. In the event the Contractor receives a penalty from OSHA AND/OR CAL/OSHA as a result of a violation of OSHA AND/OR CAL/OSHA Standards by the Subcontractor and Contractor is cited under the multi-employer worksite rule, Subcontractor agrees to protect, defend, indemnify, and hold harmless Contractor from the imposition of any fines and/or penalties by OSHA AND/OR CAL/OSHA.

TWENTY-FIFTH.    Insurance.
Using an Insurance Company satisfactory to the Contractor, the Subcontractor shall provide adequate Worker's Compensation and Employer's Liability insurance covering the Subcontractor's employees working on the Project and will provide General Liability, Umbrella Liability, and Automobile Liability insurance covering the Owner, Contractor, the Architect/Engineer, the Construction Manager, and any of their respective employees and agents (the "Additional Insureds"), and the general public in accordance with all insurance requirements of the General Contract and the provisions contained herein, whichever are more stringent.

The obligation of the Subcontractor is to provide such adequate insurance to protect the Subcontractor and the Additional Insureds from all risks and/or occurrences that may arise or result, directly or indirectly, from the Subcontractor's work or presence on the jobsite and all risks of injury to Subcontractor's employees, sub-contractors' employees, and other agents. This obligation is in addition to and shall not limit in any way the obligations assumed by the Subcontractor in Article Twenty-Sixth or elsewhere in this Subcontract Agreement. This obligation shall not be avoided by allegations of contributory or sole acts, failure to act, omissions, negligence or fault of the Additional Insureds. Each policy of insurance shall waive subrogation against the Additional Insureds. As such, each policy of insurance provided for herein, except Worker's Compensation, shall name the Contractor, Owner, the Architect/Engineer, and the Construction Manager as an additional insured under the policy, and each policy of insurance provided for herein shall be primary with no right of contribution against the Contractor, Owner, the Architect/Engineer, the Construction Manager or their insurers.

The policies described above shall be written on a comprehensive form and shall conform to the laws of the State in which the job is located. All of the insurance specified herein shall be taken out, maintained, and paid for by the Subcontractor as part of the contract price specified in Article First.

Worker's Compensation insurance shall be in accordance with statutory requirements and Employer's Liability insurance shall be supplied with minimum limits of One Million Dollars ($1,000,000) each accident, One Million Dollars ($1,000,000) disease - policy limit, and One Million Dollars ($1,000,000) disease - each employee.

The General Liability insurance shall include the following coverages:

(1)    Broad Form Property Damage, including Completed Operations;
(2)    The deletion of XCU Exclusions when applicable to Subcontractor's operations;
(3)    Blanket Contractual Liability;
(4)    Personal Injury Coverage that includes
    (a)    false arrest, detention or imprisonment, or malicious prosecution,
    (b)    liable, slander, defamation, or violation of right of privacy, and
    (c)    wrongful entry or eviction or other evasion of right of private occupancy; and
(5)    Contractor's Protective Liability if any of the work is sublet; and

The General Liability Policy shall be written at a combined minimum limit of Two Million Dollars ($2,000,000) each occurrence, Personal Injury and Advertising Injury minimum limit of Two Million Dollars ($2,000,000) each occurrence, Products-Completed Operations minimum policy aggregate of Three Million Dollars ($3,000,000) and a separate General aggregate of Three Million Dollars ($3,000,000), applied on a "per project" basis. On any, each and all trucks, automobiles or vehicles owned, hired, and non-owned which are used by the Subcontractor in the performance of the work, the Subcontractor shall provide Automobile Liability insurance with a minimum single limit of liability of One Million Dollars ($1,000,000) Bodily Injury and Property Damage combined.

The Umbrella Liability Policy shall be written at a limit of Five Million Dollars ($5,000,000) and apply excess over the Employer's Liability, General Liability, and Automobile Liability primary policies. This policy shall be written to provide policy limits on a per project aggregate basis.

Before any of the Subcontractor's employees, sub-subcontractors' employees, and other agents do any of the work on the premises under control of the Contractor, Subcontractor shall furnish the

FOR THE PROJECT KNOWN AS:

EXHIBIT _C_ PAGE _17_ OF _61_

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:  028000

Contractor with the Insurance Company's certificate that the required coverages have been provided and each certificate shall contain a provision whereby the Insurance Company shall notify the Contractor thirty (30) days prior to the expiration of any coverages contained thereon. The certificates shall contain the date when each coverage expires and a specific confirmation that the Employer's Liability, General Liability and Automotive Liability policies (a) name the Contractor, Owner, the Architect/Engineer, and the Construction Manager as additional insureds and (b) meet the "primary insurance" and "per jobsite aggregate" requirements detailed above. The Subcontractor agrees that the coverage shall not be allowed to expire until the entire work is completed and accepted.

The Subcontractor shall also carry such additional insurance in connection with the performance of the work hereunder as Contractor or Owner may specify. Subcontractor will be compensated for such additional insurance provided it is purchased through an Insurance Company satisfactory to the Contractor. Subcontractor shall promptly furnish to the Contractor certificates evidencing any such additional insurance coverage.

If a loss to the Contractor or Owner caused by the Subcontractor is covered by a Builder's Risk insurance policy taken out by the Contractor or the Owner, the Subcontractor shall pay the deductible sum for that loss to the Contractor or the Owner. Any deductible amounts paid by Subcontractor are not subject to an annual aggregate or cap.

TWENTY-SIXTH.    General Indemnification.

The Subcontractor shall protect, indemnify, hold harmless, and defend the Contractor , the Owner, the Architect/Engineer, the Construction Manager, and any of their respective employees and agents (the "Indemnitees") against any and all claims, causes of action, suits, losses, costs, or damages, including attorneys' fees, resulting from the acts, failure to act, omissions, negligence, or fault of the Subcontractor, those employed by it, or its agents, whether or not said claim, cause of action, suit, loss, cost, or damage is alleged to be caused in part by any act, failure to act, omission, negligence, or fault of any of the Indemnitees or their employees, and Subcontractor shall bear any expense which any of the Indemnitees may have by reason thereof, or on account of being charged with such claim, cause of action, suit, loss, cost or damage, unless such claim, cause of action, suit, loss, cost, or damage is solely caused by the Indemnitee's sole act, failure to act, omission, negligence, or fault.

This general indemnification obligation is in addition to, and not a limit on, the insurance obligations of the Subcontractor. If there are any injuries to persons or damages to property that are unsettled when the work herein provided for is finished and for which coverage has been denied by Subcontractor's insurer, final payment between the Contractor and Subcontractor shall be deferred until such claims are settled or suitable special indemnity acceptable to the Contractor is provided by the Subcontractor. This general indemnification obligation shall apply particularly, but not exclusively, to the claims of any other subcontractor against any of the Indemnitees for the acts, failure to act, omissions, negligence, or fault of this Subcontractor, and this Subcontractor shall have no claim against the Indemnitees for the acts, failure to act, omissions, negligence, or fault of any other subcontractor except as provided for in Article Ninth.

In any and all claims by any employee of the Subcontractor, anyone directly or indirectly employed by it, or anyone for whose acts Subcontractor may be liable, against any of the Indemnitee's, or any of their agents or employees, the indemnification obligation under this Article Twenty-Sixth shall not be limited in any way by any limitation on the amount or type of damages or by the compensation or benefits payable by or for the Subcontractor under workers' or workmen's compensation acts, disability benefit acts, or other employee benefit acts.

TWENTY-SEVENTH.    Gifts, Exchanges, Rentals, or Loans.

In the event that the Contractor gives, exchanges, rents, or loans material, scaffolding, equipment, machines, and/or tools to the Subcontractor, and whether or not such gift, exchange, rental, or loan includes the providing of Contractor's operator or other personnel, the Subcontractor hereby agrees to make no claim whatsoever against the Contractor for any personal injuries or property damages caused in the course of carrying out such a gift, exchange, rental, or loan. It is further understood and agreed that in the event that such material, scaffolding, equipment, machines, and/or tools are used, handled, or operated by employees or agents of Contractor, such operators or other personnel, for the purpose of this Agreement and for such purpose only, shall be considered subject to the direction and control of Subcontractor so that the Subcontractor, as between the Contractor and Subcontractor, shall be considered as being liable for any and all acts, failure to act, omissions, negligence, or fault of such operators or other personnel.

The Subcontractor hereby agrees to protect, indemnify, hold harmless, and defend the Contractor against any and all claims, causes of action, suits, losses, costs, or damages, including attorneys' fees, suffered by anyone arising from the Contractor's gift, exchange, rental, or loan of any such material, scaffolding, equipment, machines, and/or tools. This indemnification shall apply regardless of whether or not such personal injuries or property damages may be the result of the acts, failure to act, omissions, negligence, or fault, in whole or in part, of the Contractor or its employees or otherwise due to any act, failure to act, omission, negligence, or fault of Contractor or its employees.

FOR THE PROJECT KNOWN AS:



EXHIBIT _C_ PAGE _18_ OF _61_

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:  028000
18 of 23

TWENTY-EIGHTH.    Patent or Copyright Infringement.
The Subcontractor hereby covenants and agrees to protect, indemnify, hold harmless, and defend the Contractor from any and all manner of claims or suits for infringement of patents or copyrights or violation of patent rights associated or related in any way to the Subcontractor's work under this Agreement, including all costs and expenses to which the Contractor may be put in investigating or defending any claims or actions that may arise under this clause of the Subcontract.

TWENTY-NINTH.    Accounting.
Subcontractor shall prepare a monthly "draft" invoice to be reviewed and approved by the Contractor Field Office and/or Owner and shall submit this draft to the Contractor at least five (5) working days prior to the due date for the original invoice.  Upon review and approval, Subcontractor shall prepare original invoice.

The Subcontractor's original invoices shall be submitted to Contractor's Accounting Department in Pittsburgh, Pennsylvania before the 25th of the month, with a copy to Contractor's Field Office.  Invoices arriving later that the 25th of the month shall be held for the following requisition.  Subcontractor will refer to the Subcontract Agreement Number referenced on the first page of this Agreement for the convenience of our Accounting Department when submitting invoices relative to the aforesaid project.  Invoices for this Subcontract will not be allowed until material receiving reports have been filled out and forwarded to Contractor.

Prior to receipt of any progress payment, the Subcontractor shall execute and deliver to the Contractor Exhibit "A" entitled "Requisition, Waiver and Release of Lien", Exhibit "B" entitled "Subcontractor's Estimate", Exhibit "C" entitled "Affidavit", Exhibit "C-1" entitled "Subcontractor's Detail Lower-Tier Orders" and Exhibit "D" entitled "Lower-Tier Subcontractor, Materialmen, Equipment Lessors, Waiver of Lien and Release", all of which forms are attached and made a part of this Subcontract Agreement.  Exhibits "C, C-1 and D" shall be required at the discretion of the Contractor.

If for any reason the Contractor deems it necessary under the terms and conditions of this Agreement to withhold from the Subcontractor money retained or any other money claimed by the Subcontractor, then the Contractor shall not be liable for payment of interest on said money.  This withholding shall include, but shall not be limited to, money withheld because of Subcontractor's refusal to sign Exhibits "A", "B", or "C", by incomplete or unsatisfactory work, by disputed claims, or by claims of unpaid lower-tier subcontractors or suppliers.

Should the Contractor make advance or late payments to the Subcontractor or payments otherwise at variance with the terms and provisions of this Subcontract, the Contractor's rights and remedies under this Subcontract, and under any bond given to the Contractor in pursuance of the requirements of this Subcontract, shall in no way be impaired or prejudiced.

Contractor may retain and use any amounts due and owing to Subcontractor under this Subcontract to offset invoices, backcharges, charges or any other amount due Contractor under this Subcontract or arising out of Subcontractor's performance on this Project. Additionally, if Subcontractor has other contact(s) with the Contractor or affiliates of Contractor, Contractor may retain and use amounts due and owing to Subcontractor from the performance of this Subcontract to offset any invoices, backcharges, charges or any other amount due Contractor or Contractor's affiliates on such other contract(s).

THIRTIETH.    Financial Disclosure.
Subcontractor expressly agrees to provide financial and/or accounting information reasonably requested by Contractor for analysis and verification of invoices and credit and for verification of payments by Subcontractor on account of orders made to perform the work hereunder.

THIRTY-FIRST.    Investigation of Claims.
If a claim is made against the Contractor by any person, firm, or corporation for labor, material, equipment, or services furnished to said Subcontractor in connection with this Subcontract, the Contractor shall have the right to employ its representative to investigate such claim and to charge all expenses of such investigation to the Subcontractor.  The Subcontractor further agrees, if any suit is brought against the Contractor and its sureties by any person, firm, or corporation on account of any claim for labor, materials, equipment, or services furnished or alleged to have been furnished to said Subcontractor in connection with this Subcontract, that the Contractor shall be permitted to employ its own counsel to defend such suit and that Subcontractor shall repay the Contractor for such counsel fees and all other costs and expenses to which the Contractor may be put in defense of such suit.

THIRTY-SECOND.    Payment of Subcontractor's Obligations.
In the event that the Subcontractor fails to pay and discharge when due any bills of any kind or nature whatsoever incurred by said Subcontractor in fulfillment of this Subcontract, which bills in the opinion of the Contractor are proper, the Contractor may (at its option, but it is to be specifically understood that the Contractor is not compelled to do so) and is hereby authorized to pay such bills.  The Subcontractor hereby specifically appoints the Contractor as its lawful agent and attorney-in-fact to pay and discharge the aforementioned bills and to deduct the amount of such bills from any estimate due or to

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No.  GS-09P-02-KTC-0002
GSA Project No.  NCA00049
COST CODE:  028000
19 of 23

EXHIBIT _C_ PAGE _19_ OF _61_

become due the Subcontractor, as well as any expense incurred in the payment of said bills, including interest, and the Subcontractor hereby empowers the Contractor as the agent and attorney-in-fact of the Subcontractor to exercise Contractor's best judgment in determining the validity of such bills, the Subcontractor hereby specifically waiving any right of redress or recovery against the Contractor by reason of any act of the Contractor while acting as agent and attorney-in-fact of the Subcontractor.

In addition to the foregoing, the Subcontractor hereby agrees to permit the Contractor to issue joint payment checks to the Subcontractor and any of the Subcontractor's equipment lessors, material suppliers, or anyone else to whom the Subcontractor owes money for this particular project. The Contractor will not be under any obligation, however, to issue joint payment checks, but may do so in the event that there is a reasonable likelihood that such obligations of the Subcontractor, as described above, may not be timely paid by the Subcontractor and/or could become the obligation of the Contractor under any surety bond issued by the Contractor or under the applicable mechanic's lien law.

Should the Contractor pay such bills in an amount in excess of any estimates due or to become due to the Subcontractor, then the Subcontractor shall pay the Contractor any such excess, including such expense and interest, if any, and such payment by the Contractor shall in no way prejudice or impair Contractor's rights and remedies under this Subcontract and under any bond given in pursuance of the requirements of this project.

The Subcontractor shall protect, indemnify, defend and hold harmless the Contractor from Subcontractor's failure to properly pay any laborer, supplier, subcontractor, and/or equipment lessor for work, materials, and/or equipment supplied to the project.

THIRTY-THIRD.              Termination or Suspension.
The Contractor may terminate or suspend this Subcontract in whole or, from time to time, in part for the default of the Subcontractor or for the convenience of the Contractor. In the event of the termination or suspension of the Contract between the Contractor and the Owner, this Subcontract shall also be terminated or suspended. In any termination, the Contractor shall be liable only for acceptable labor and material furnished up to the date of the receipt of notice of such termination and shall not be liable for any loss of anticipated profits on labor and material not yet furnished. The Subcontractor further agrees that it has thoroughly familiarized itself with the General Contract, including all Attachments and Exhibits, between the Contractor and the Owner and agrees to be bound in accordance with the terms of these Contract Documents, insofar as is applicable to the work of the Subcontractor, and to give the Contractor the same power and rights as regards terminating (whether for default or convenience) or suspending this Subcontract that the Owner may exercise over the Contractor under any provisions of the General Contract.

THIRTY-FOURTH.        Waiver of Liens, Final Payment & Release of Claims.
Subcontractor hereby waives and relinquishes the right to have, file, or maintain a mechanic's lien or claim for or on account of the work done or materials furnished by it under this Subcontract. Furthermore, if the General Contract with the Owner is a no-lien agreement that includes a waiver of liens form to be completed by the Contractor, Subcontractor shall also execute and submit this form to the Contractor before the commencement of any work activities on the project site. Prior to receipt of final payment, the Subcontractor shall be required to execute the following forms: Exhibit "A", "Requisition, Waiver and Release", checking the "final" block; Exhibit "C", "Subcontractor's Affidavit"; Exhibit "C-1", "Subcontractor's Detail Lower Tier Orders"; and Exhibit "D", "Lower Tier Subcontractor, Materialmen, Equipment Lessors, Waiver of Lien and Release", checking the "final" block, from any and all lower tier entities as Contractor may require. All the above referenced forms are attached hereto and made a part hereof.

THIRTY-FIFTH.          Special Conditions.
(a)      Bonds. Unless otherwise stated in this Subcontract, the Contractor reserves the right to require the Subcontractor to furnish Performance and Payment Bonds at any time during the duration of this Subcontract Agreement. If the Contractor requires the Subcontractor to furnish Performance and Payment Bonds under the provisions of this subparagraph, the Contractor will pay for the customary premiums for such bonds directly to Subcontractor's surety. The premium expense shall be included in Subcontractor's price.

(b)      Survey and Dimensions. Subcontractor shall be responsible for its own survey layout from one bench and line, i.e., coordinates, provided by Contractor in accordance with the Contract Documents. No work may proceed until Subcontractor has checked and verified all dimensions shown on Contract Documents and advised all entities engaged in the work of final dimensions to be used.

(c)      Existing Conditions. Subcontractor must assume all risks pertaining to existing site conditions and access to the site as provided in the General Contract with the Owner.

(d)      Laydown. The Subcontractor shall at its own expense provide its own space for storage, laydown, etc., beyond the space designated by Contractor within the space allocated by the Owner which must be shared by all subcontractors as directed by the Contractor.



FOR THE PROJECT KNOWN AS:

EXHIBIT _C_ PAGE _20_ OF _61_

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE: 028000
20 of 23

(e)     Temporary Light.   In the event that a temporary lightman is required while the Subcontractor is working premium time or using a hoist on premium time, the Subcontractor will be responsible for making the necessary arrangements with the electrical subcontractor for necessary temporary light service.

(f)     Clean-up.   The Subcontractor promises to progressively and continually clean its work area and remove from the site all cuttings, cartons, and debris. The Subcontractor shall also perform all final clean-up required by applicable sections of the Contract Documents.

If the Subcontractor is lax in its cleaning, the Contractor's superintendent will give notice to Subcontractor's field personnel and forward written notice to the Subcontractor's home office that the cleaning is not being kept current and will proceed to perform the Subcontractor's cleaning on a cost plus ten percent (10%) overhead, and ten percent (10%) profit basis within twenty-four (24) hours of notification.   Furthermore, if Contractor determines that Subcontractor's clean-up is creating a safety hazard, Subcontractor will also be assessed the twenty percent (20%) "safety premium" pursuant to Article Twenty-Fourth.

(g)     Parking.   Subcontractor is responsible for its employee parking. Any costs associated with the movement of its employees from parking areas to work areas will be by the Subcontractor.

(h)     Work Hours.   All subcontractors shall work the same standard work hours (unless the subcontractor is behind in its work and no time extension has been granted) as determined by the Contractor after Contractor consults with the subcontractors.

(i)     Testing.   This Subcontractor shall coordinate and cooperate with all other subcontractors in connection with design, erection, inspection, component or unit testing, start-up, systems tests, final tests, and acceptance tests.

(j)     Subcontractor's Changes.   If the Subcontractor changes any of the requirements or details in conjunction with its work or the work of others on this project, these changes must be specifically and timely brought to the Contractor's attention in letterform in addition to showing them on the shop drawings. If this requirement is not complied with and changes so made cause additional cost to Contractor or others, the Subcontractor making such undocumented changes will be required to bear all additional costs.

(k)     As-Built Records.   Subcontractor shall keep records of its work as installed, including any changes or adjustments made from the Contract Documents; Subcontractor shall transcribe all such records on to a record set of drawings as the work progresses; and Subcontractor shall furnish a final record drawing set at the completion of its work.

(l)     Manufacturer's Information.     The Subcontractor shall also provide all required manufacturer's literature, operating and maintenance manuals, and training of Owner's personnel, including the presence of factory representatives, as required by the Contract Documents.

(m)     This Subcontractor shall abide by and insert a specific reference to the General Contract including a specific incorporation of the following clauses: *Davis-Bacon Act, Contract Work Hours and Safety Act – Overtime Compensation, Apprentices and Trainees, Payrolls and Basic Records, Compliance with Copeland Act Requirements, Withholding of Funds, Subcontracts (Labor Standards), Contract Termination – Debarment, Disputes concerning Labor Standards, and Certification of Eligibility* in any lower tire subcontract.

(n)     Partnering. Subcontractor, at Contractor's request, agrees that a corporate representative or officer of the Subcontractor will be made available to attend partnering sessions with the Owner to facilitate project communication and cooperation.

(o)     Systems. The Subcontractor represents and warrants that any system, process or equipment that contains any software or firmware provided under this Subcontract shall:

i.     be able to accurately process date and time data (including calculating, comparing, and sequencing) from, into, between, and among (i) all centuries including the twentieth and twenty-first centuries, (ii) all calendar years including the years 1999 and 2000, and (iii) and all leap years,

ii.     be able to perform such calculations and properly exchange date and time data when used in combination with any system, process or equipment being acquired for the Project from third parties, and

iii.     be able to perform such calculations and properly exchange date and time data when used in combination with any system, process or equipment currently existing on the project.

FOR THE PROJECT KNOWN AS:

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE:  028000
21 of 23

EXHIBIT _C_ PAGE _84_ OF _61_

The duration of this warranty and the remedies available to the contractor for breach of this warranty shall be as defined in the general warranty provisions of this Subcontract, provided that notwithstanding any provision to the contrary in such warranty provisions, or in the absence of any such warranty provisions, the remedies available to the contractor under this warranty shall include, at no cost to the Contractor, repair or replacement of any listed item whose non-compliance is discovered and made known to the Subcontractor.

Nothing in this Article shall be construed to limit any rights or remedies the Contractor may otherwise have under this Subcontract.

(p)    The Contractor's failure to exercise any right hereunder or to insist upon the performance of any of the terms, covenants or conditions of the Subcontract shall not be construed as a waiver or relinquishment of the requirement for future performance of such covenants or conditions by Subcontractor. All obligations of Subcontractor with respect to future performance shall continue in full force and effect.

THIRTY-SIXTH.    Assignment.
The Subcontractor will not sell, assign, sublet, transfer, or set over this Subcontract or any part thereof or interest therein or assign any monies due hereunder without the written consent of the Contractor. Any part of the work provided for herein which may be sublet by the Subcontractor shall be by written agreement only, upon the same form of agreement as this Subcontract, and shall be approved by the Contractor and shall expressly provide that the work so sublet shall be performed strictly in accordance with and governed by all contract conditions applying to this Subcontract Agreement and the General Contract. Copies of all subcontract agreements and purchase orders issued by Subcontractor shall be provided to the Contractor upon their issuance.

THIRTY-SEVENTH.    Severability.
If any one or more of the provisions contained in this Subcontract, for any reason, are held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision hereof, and this Subcontract shall be construed as if such invalid, illegal, or unenforceable provision had never been contained herein.

THIRTY-EIGHTH.    Choice of Law and Disputes.
(a) The performance of this Subcontract and all of its terms and conditions, as well as any arbitration or judicial proceeding, shall be interpreted and governed by the laws of the State of California.

(b) Subcontractor agrees that any dispute of any kind, nature or description or any controversy or claim arising out of or relating to this Subcontract or the breach thereof may, at the mutual agreed upon election of the parties, be settled by non-binding mediation or by binding arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association. In any such arbitration, full discovery will be allowed as described in the Federal Rules of Civil Procedure, and any remedy or relief granted by the arbitrator(s) shall be in accordance with the terms of this Subcontract as interpreted under and governed by the laws of the jurisdiction identified in paragraph (a), above. In any such arbitration, the arbitrator(s) shall not be empowered or authorized to add to, subtract from, delete or in any other way modify the terms of this subcontract. If arbitration is so elected by the Contractor, then judgment upon the award rendered by the arbitrator(s) may be entered in any Court having jurisdiction thereof. If the Contractor elects to proceed by arbitration, the venue of such proceeding shall be the project area.

(c) Contractor shall have the right to elect to proceed to non-binding mediation or binding arbitration, as described in paragraph (b) above, at any time prior to the commencement of a judicial proceeding by the Contractor, or in the event a judicial proceeding is instituted by the Subcontractor, at any time prior to the last day to answer and/or appear to a Summons and/or Complaint of the Subcontractor.

(d) If the Owner and the Contractor, pursuant to the General Contract or by agreement, submit any dispute, controversy, or claim between them to arbitration or some other disputes resolution procedure specified in the General Contract and such a matter involves or relates to a dispute, controversy, or claim between the Contractor and the Subcontractor, Subcontractor agrees (i) to join in and be bound by the same arbitration or other disputes resolution procedure upon written request by the Contractor and (ii) to stay any action filed by the Subcontractor until the dispute resolution and appeals process between the Contractor and the Owner is exhausted. If the Owner refuses to allow this joinder of the Subcontractor, Subcontractor agrees (i) to cooperate with the Contractor, (ii) to assist in the discovery and other preparations for the hearing, (iii) to make available its employees for testimony before or at the hearing, (iv) to share proportionately the costs and legal fees associated with the preparation for and execution of the hearing, (v) to stay any action filed by the Subcontractor until the dispute resolution and appeals process between the Contractor and the Owner is exhausted, and (vi) to be bound by the results of the arbitration or other disputes resolution procedure as it relates to the dispute, controversy, or claim of the subcontractor.

FOR THE PROJECT KNOWN AS:

EXHIBIT _C_ PAGE _22_ OF _61_

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE: 028000
22 of 23

(e) To the extent that any dispute, controversy, or claim arises hereunder and a suit is instituted, it shall be brought in and before the State or Federal Court of the project location wherein exclusive jurisdiction shall lie. Notwithstanding the above, if the Owner is joined by the Contractor in any such suit, Subcontractor hereby stipulates that it shall agree to move the suit to the venue of the project site and/or to the disputes resolution forum specified in the General Contract upon the request or motion of the Contractor.

(f) Subcontractor shall insert a provision identical to this Article Thirty-Eighth into all of its sub-subcontracts for the project. Nothing in this section shall be deemed to waive, alter or modify any condition precedent to suit contained in any other provision of the Subcontract or to give the sub-subcontractors any contractual privity with or rights against the Contractor.

(g) No action or proceeding shall lie or shall be maintained by Subcontractor against the Contractor unless such action shall be commenced within one (1) year after the date payment is mailed or otherwise made in respect of the Final Application for Payment or, if this Subcontractor or performance under this Subcontract is terminated by the Contractor, unless such action or proceeding is commenced within one (1) year after the date of such termination.

THIRTY-NINTH.    Headings.
The headings inserted in this Subcontract Agreement are for convenience only and shall in no way affect the interpretation of this Agreement.

FORTIETH.    Owner Approval, Succession of Interests and Modification.
It is understood and agreed that the Owner has the right to approve or disapprove the employment of this Subcontractor and in the event that the Owner does not execute the General Contract with the Contractor or does not approve this Subcontract, this Subcontract shall become null and void. This Agreement shall be binding upon and inure to the benefit of the respective heirs, executors, administrators, successors, and permitted assigns of the parties hereto, but no third party benefits are created by this Subcontract and no modification of this Agreement shall be binding upon the Contractor unless such modification is in writing and signed by the Contractor.

FORTY-FIRST. California License
California law requires that contractors and Subcontractors be licensed and regulated by the Contractors' State License Board which has jurisdiction to investigate complaints against contractors and subcontractors if a complaint regarding a latent act or omission is filed within four (4) years of the date of the alleged violation.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the day and year first hereinabove written.

Witness: _____

RECEIVED
APR 1 2 2006
DICK/MORGANTI

Witness: _____

Subcontractor
Eggli Landscape Contractors, Inc.

By _____
Representative of Subcontractor Authorized to
Execute Subcontract
Title: President
Date: 4/10/06

Contractor
Dick / Morganti Joint Venture By _____
Title: _____
Date: 4/26/06

FOR THE PROJECT KNOWN AS:

EXHIBIT C PAGE 23 OF 61

GSA Federal Building, San Francisco
Subcontract Number 21058-117
GSA Contract No. GS-09P-02-KTC-0002
GSA Project No. NCA00049
COST CODE: 028000

## GSA Federal Building, San Francisco
## Subcontract Number 21058-117
## GSA Contract No. GS-09P-02-KTC-0002
## GSA Project No. NCA00049

## <u>Exhibits & Attachments</u>

Exhibit A          -    Requisition Waiver and Release
Exhibit B & B1  -    Pay Application and Schedule of Values
Exhibit C & C1  -    Affidavit and Subcontractor's Detail of
                          Lower Tier Order
Exhibit D         -    Waiver of Lien and Release
Attachment A    -    Subcontractor's Insurance Coverage
                          and Limits
Attachment B    -    Document Security
Attachment C    -    Summary Subcontract Report
Attachment D    -    Subcontracting Report
Attachment E    -    EEO Packet Information & Forms

EXHIBIT C PAGE 24 OF 61

Exhibit "A"
## REQUISITION, WAIVER, AND RELEASE

Requisition for Subcontractor Payment

| | | |
|---|---|---|
| Project: | **New San Francisco Federal Building** | Estimate No. _____ |
| | | Requisition Date: _____ |
| Subcontractor: | _____ | Subcontract No. _____ |
| | | Owner's Estimate No. _____ |
| Period Covering: | _____ | |

Original Amount of Contract
Approved Change Order (If any)
Total Value of Contract                                                    0.00
Value of Work Completed to Date                                            0.00
Amount Previously Billed (Gross)                                           0.00
Current Amount Requested (Gross)                                           0.00
Less 10% Retention                                                    ---  0.00
Less CCIP Deduct (Based on Composite Rate of 00.00%)                       0.00
Net Amount of this Requisition                                             0.00
/

## CHANGE ORDER SUMMARY

Change Orders approved in previous months by owner.

| | | | |
|---|---|---|---|
| Additions | $0.00 | Deductions | $0.00 |
| Total   $ | $0.00 | | |

New Change Orders
Number: _____    Approved (Date) _____

## WAIVER OF LIEN AND RELEASE

For and in consideration of the payment of _____ , as shown in "Net" above, and other good and valuable consideration receipt of which is hereby acknowledged, the undersigned does hereby waive any right It might have to file a lien and does forever release, acquit and discharge **Dick / Morganti / Nibbi, JV** (Contractor), its surety, **GSA - General Services Administration** (Owner) and their respective successors and assigns, any and all other persons, firms and corporations of and from any and all liability, liens, claims, demands, judgements, damages, expenses, action and causes of action arising out of the work, labor, fuel, materials and/or equipment supplied by the undersigned to the date hereof for the project described above which is located in **San Francisco, California**.

The undersigned hereby agrees to indemnify and hold harmless **Dick / Morganti / Nibbi, JV** (Contractor), its surety, **GSA - General Services Administration** (Owner) and their successors and assigns, from any liens or claims of any and all persons, firms and corporations arising out of or for the work, labor, fuel, materials and/or equipment for which payment is made. The undersigned warrants that it has fully paid for all of said work, labor, fuel, materials and/or equipment furnished by it or by its subcontractors, materialmen, and/or equipment lessors for said project to the date hereof and when requested by **Dick / Morganti / Nibbi, JV** (Contractor) or its successors and assigns, will provide proof of said payment in the form as may be specified prior to the payment hereunder or within such other time as may be designated.

This is a _____    Partial _____    Final Waiver and Release.

STATE OF: _____
COUNTY OF: _____

Sworn to and subscribed before me this
_____ day of _____ 2002          By: _____
                                                         signature
Notary Public                                     Title: _____
My Commission Expires:
                                                  Date: _____
Rev. 12/96

EXHIBIT _C_ PAGE 25 OF 61

GSA Federal Building San Francisco

Subcontractor:
Subcontract Number:

Exhibit "B"
Schedule of Values

Invoice Number:
Date of Invoice:      /
Owner's Estimate Number:

| Activity | Description | Contract Value | Contract Quantity | Unit | Unit Price | Quantity This Invoice | Amount This Invoice | Previous Quantity | Previous Billings | Quantity To Date | Amount To Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

TOTAL: _____ 0.00

LESS RETAINAGE: _____ 0.00

LESS OTHER: _____ 0.00

LESS CCIP DEDUCT: _____ 0.00

NET AMOUNT PAYABLE _____ 0.00

PREVIOUS ESTIMATES: _____ 0.00

AMOUNT DUE: _____ 0.00

EXHIBIT _C_ PAGE 26 OF 61

GSA Federal Building San Francisco

Subcontractor: _____

EXHIBIT B-1

This Estimate Number: _____

Date of Invoice: _____

Owner's Estimate Number: _____

| Item No. | Description of Work | Scheduled Value | Previous Application | This Application Work In Place | This Application Stored Materials | Total Complete | Percent Complete |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

TOTAL: _____
LESS RETAINAGE: _____
LESS OTHER: _____
NET AMOUNT PAYABLE: _____
PREVIOUS ESTIMATES: _____
AMOUNT DUE: _____

APPROVED BY: _____

EXHIBIT _C_ PAGE 27 OF 61

Exhibit "C"
AFFADAVIT

State Of: _____

County Of: _____

The undersigned, being duly sworn on oath, represents and says, in connection with the attached Exhibit "A", Requisition, Waiver, and Release dated _____ in the amount of $ _____ relating to work under Subcontract Agreement No. _____ that for the purpose of said requisition, the persons, firms, and / or corporations as listed on the attached Exhibit "C-1", made a part hereof, as fully as if it were set forth here on, have been contracted with to furnish or have furnished labor, material, fuel and / or equipment for said project; that there is due and to become due them, respectively, the amounts set opposite their names for the work as stated. In cases where labor, material, fuel and / or equipment is required in the performance of the work, but as of this date has not been contracted for, the cost thereof has been estimated and shown on Exhibit "C-1". Subcontractor hereby certifies that the total of these estimated costs together with those that have been contracted for (per above) is the full and complete listing of amounts for all labor, material, fuel and / or equipment items procured or to be procured by Subcontractor to complete its work under such Subcontract. The difference between all of the foregoing and the subcontract price (as amended by change orders) is shown on Exhibit "C-1" and constitutes the Subcontractor's own labor, general conditions, miscellaneous supplies, insurance, taxes, overhead, profit, etc., and that the amount shown therefore is accepted as sufficient by Subcontractor to cover such items.

The Subcontractor hereby also represents the following: that he has paid the persons, firms or corporations as listed on Exhibit "C-1" the amounts due them, and attaches hereto Exhibit "D" entitled "Lower-Tier Subcontractor, Materialman, Equipment Lessor Waiver of Lien and Release" in support thereof; that, if any part, excluding retention, is not paid, such amount is fully disclosed in the appropriate column on Exhibit "C-1".

STATE OF: _____
COUNTY OF: _____

Sworn to and subscribed before me this

_____ day of _____ 2002

Notary Public
My Commission Expires:

Rev. 12/96

SUBCONTRACTOR

By: _____

Title: _____
　　　　　signature

Date: _____

EXHIBIT _C_ PAGE _28_ OF _61_

## EXHIBIT "C-1" - "SUBCONTRACTOR'S DETAIL OF LOWER-TIER ORDERS"

| 1 Detail of Lower-Tier Subcontractors, Materialmen, and Equipment Lessors | 2 Description of Work | 3 Contract Amount | 4 Total Applications to Date (Gross) | 5 Less Previous Applications (Gross) | 6 Amount this Application (Gross) | 7 Amount this Application (Net) | 8 Amounts Unpaid to Supplier for Work Included in Applications to Date |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Subtotal of Above Subcontracted Work: _____

Balance of Subcontract: _____

Total Amount of Subcontract Through Change Order Number: _____

Subcontractor's Labor, Insurance, Taxes, General Conditions, Misc. Supplies, Overhead, Fee, Etc.: _____

Certified as the Supporting Schedule to Attached Affadavit (Exhibit "C")

By: _____
     signature

Title: _____

Date: _____

Note: Do NOT include unpaid retentions in this column except when payment for retentions is being requested in column 7.

EXHIBIT _C_ PAGE 29 OF 61

**Exhibit "D"**
**Lower Tier Subcontractor, Materialmen, Equipment Lessors**
**Waiver of Lien and Release**

Name of Subcontractor / Materialmen / Equipment Lessor: _____
Address: _____

**Affidavit and Waiver of Lien and Release**

County Of: _____
State Of _____

The undersigned, being duly sworn, on oath deposes and says as follows:  That he is _____
_____ and the duly authorized agent of said
Sub-Subcontractor / Materialmen / Equipment Lessors which has been employed by order of
_____ to furnish _____
for the following described project located in the State of California, County of San Francisco and
City of San Francisco;  That the amount of the order, previous billings, etc., are as stated in the "accounting"
below and that any previous requests for payment under said order have been fully paid.

Description of project:  GSA Federal Building San Francisco.

That for and in consideration of _____ , receipt of which is hereby acknowledged,
the undersigned does hereby waive and release
(Contractor) from any claims, demands, damages, actions, causes of action, waive and release any and all
lien or claim of or right to mechanics' lien, and waive and release any claims or right to claim against the
General Contractor's Payment Bond, all of which it may have for the furnishings of any labor, material,
fuel and / or equipment furnished, supplied and / or delivered for the improvement of the above described
project to the date hereof; that the undersigned further agrees to indemnify and hold harmless
_____ (Contractor), its sureties, the owner, the architect and any agents,
employees, or officers of them against any claim, demand, damage, cause of action and liability on account
of any claims for damages or otherwise arising out of or in connection with the work heretofore completed
by the undersigned.

This is a _____ Partial _____ Final Waiver and Release.

IN WITNESS WHEREOF, the Waiver and Release has been executed this _____
day of _____

Signed: _____
Sub-Subcontractor, Materialmen, or Equipment Lessor.

Sworn to and subscribed before me this
_____ day of _____ 2002

Notary Public
My Commission Expires:

Rev. 12/96

**Accounting**

| | |
|---|---|
| Amount of Original Order | _____ |
| Change Orders | _____ |
| Revised Amount of Order | _____ |
| Billed to Date | _____ |
| Less Retainage | _____ |
| Net to Date | _____ |
| Previous Billings | _____ |
| Net Per Affidavit | _____ |

EXHIBIT _C_ PAGE _30_ OF _61_

# GSA Federal Building, San Francisco
# Subcontract Number 21058-117
# GSA Contract No. GS-09P-02-KTC-0002
# GSA Project No. NCA00049

## <u>Appendices</u>

**A – Drawing Index**
**B – RFI List**
**C – Preliminary Schedule**

EXHIBIT _C_ PAGE _31_ OF _61_

San Francisco Federal Building
Dick / Morganti JV
Subcontract Agreement No. 21058-117

# Appendix A

**DRAWING INDEX**

| Drawing No. | Drawing Description | Bulletin Number | Revision Date |
|---|---|---|---|
| C-101 | Site Topography | — | 2/14/2003 |
| C-102 | Demolition Plan | — | 2/14/2003 |
| C-103 | Grading Plan | 11 | 9/15/2003 |
| C-104 | Utility & Drainage Plan | 26 | 2/24/2004 |
| C-105 | Erosion Control Plan | — | 2/14/2003 |
| C-106 | Construction Details | — | 2/14/2003 |
| L-100 | Landscape Layout Plan | 14 | 9/23/2003 |
| L-101 | Landscape Materials Plan | 25 | 1/27/2004 |
| L-102 | Landscape Grading Plan | 14 | 9/23/2003 |
| L-103 | Landscape Jointing Plan | 14 | 9/23/2003 |
| L-104 | Landscape Planting Plan | 25 | 1/27/2004 |
| L-200 | Landscape Enlargement Plans | — | 2/14/2003 |
| L-300 | Landscape Site Details | — | 2/14/2003 |
| L-301 | Landscape Site Details | — | 2/14/2003 |
| L-302 | Landscape Site Details | — | 2/14/2003 |
| L-303 | Landscape Site Details | — | 2/14/2003 |
| L-400 | Landscape Site Lighting Details | — | 2/14/2003 |
| L-500 | Landscape Daycare Play Yard Site Details | 25 | 1/27/2004 |
| L-501 | Landscape Daycare Play Yard Site Details | — | 2/14/2003 |
| L-502 | Landscape Daycare Play Yard Site Details | 25 | 1/27/2004 |
| L-600 | Landscape Planting Details | 3 | 4/9/2003 |
| L-601 | Landscape Planting Details | — | 2/14/2003 |
| L-602 | Landscape Planting Details | — | 2/14/2003 |
| LI-101 | Landscape Irrigation Construction Plan | 14 | 9/23/2003 |
| LI-102 | Landscape Irrigation Legend & Details | — | 2/14/2003 |

EXHIBIT _C_ PAGE 32 OF 61

San Francisco Federal Building

# Appendix A

Dick / Morganti JV

Subcontract Agreement No. 21058-117

DRAWING INDEX

| Drawing No. | Drawing Description | Bulletin Number | Revision Date |
|---|---|---|---|
| C-101 | Site Topography | — | 2/14/2003 |
| C-102 | Demolition Plan | — | 2/14/2003 |
| C-103 | Grading Plan | 11 | 9/15/2003 |
| C-104 | Utility & Drainage Plan | 26 | 2/24/2004 |
| C-105 | Erosion Control Plan | — | 2/14/2003 |
| C-106 | Construction Details | — | 2/14/2003 |
| L-100 | Landscape Layout Plan | 14 | 9/23/2003 |
| L-101 | Landscape Materials Plan | 25 | 1/27/2004 |
| L-102 | Landscape Grading Plan | 14 | 9/23/2003 |
| L-103 | Landscape Jointing Plan | 14 | 9/23/2003 |
| L-104 | Landscape Planting Plan | 25 | 1/27/2004 |
| L-200 | Landscape Enlargement Plans | — | 2/14/2003 |
| L-300 | Landscape Site Details | — | 2/14/2003 |
| L-301 | Landscape Site Details | — | 2/14/2003 |
| L-302 | Landscape Site Details | — | 2/14/2003 |
| L-303 | Landscape Site Details | — | 2/14/2003 |
| L-400 | Landscape Site Lighting Details | — | 2/14/2003 |
| L-500 | Landscape Daycare Play Yard Site Details | 25 | 1/27/2004 |
| L-501 | Landscape Daycare Play Yard Site Details | — | 2/14/2003 |
| L-502 | Landscape Daycare Play Yard Site Details | 25 | 1/27/2004 |
| L-600 | Landscape Planting Details | 3 | 4/9/2003 |
| L-601 | Landscape Planting Details | — | 2/14/2003 |
| L-602 | Landscape Planting Details | — | 2/14/2003 |
| LI-101 | Landscape Irrigation Construction Plan | 14 | 9/23/2003 |
| LI-102 | Landscape Irrigation Legend & Details | — | 2/14/2003 |

EXHIBIT _C_ PAGE 33 OF 61

**San Francisco Federal Building**

# Appendix A

**Dick / Morganti JV**

**Subcontract Agreement No. 21058-117**

**DRAWING INDEX**

| Drawing No. | Drawing Description | Bulletin Number | Revision Date |
|---|---|---|---|
| C-101 | Site Topography | — | 2/14/2003 |
| C-102 | Demolition Plan | — | 2/14/2003 |
| C-103 | Grading Plan | 11 | 9/15/2003 |
| C-104 | Utility & Drainage Plan | 26 | 2/24/2004 |
| C-105 | Erosion Control Plan | — | 2/14/2003 |
| C-106 | Construction Details | — | 2/14/2003 |
| L-100 | Landscape Layout Plan | 14 | 9/23/2003 |
| L-101 | Landscape Materials Plan | 25 | 1/27/2004 |
| L-102 | Landscape Grading Plan | 14 | 9/23/2003 |
| L-103 | Landscape Jointing Plan | 14 | 9/23/2003 |
| L-104 | Landscape Planting Plan | 25 | 1/27/2004 |
| L-200 | Landscape Enlargement Plans | — | 2/14/2003 |
| L-300 | Landscape Site Details | — | 2/14/2003 |
| L-301 | Landscape Site Details | — | 2/14/2003 |
| L-302 | Landscape Site Details | — | 2/14/2003 |
| L-303 | Landscape Site Details | — | 2/14/2003 |
| L-400 | Landscape Site Lighting Details | — | 2/14/2003 |
| L-500 | Landscape Daycare Play Yard Site Details | 25 | 1/27/2004 |
| L-501 | Landscape Daycare Play Yard Site Details | — | 2/14/2003 |
| L-502 | Landscape Daycare Play Yard Site Details | 25 | 1/27/2004 |
| L-600 | Landscape Planting Details | 3 | 4/9/2003 |
| L-601 | Landscape Planting Details | — | 2/14/2003 |
| L-602 | Landscape Planting Details | — | 2/14/2003 |
| LI-101 | Landscape Irrigation Construction Plan | 14 | 9/23/2003 |
| LI-102 | Landscape Irrigation Legend & Details | — | 2/14/2003 |

EXHIBIT _C_ PAGE 34 OF 61

**San Francisco Federal Building**
**Dick / Morganti JV**
**Subcontract Agreement No. 21058-117**
**RFI List**

# Appendix B

| RFI | Description | Date Responded |
|---|---|---|
| 120 | Vine Tie Detail Conflict | 2/19/2003 |
| 121 | Vine Tie Detail-Wire Rope Ends | 2/24/2003 |
| 149 | Security Bollards | 3/19/2003 |
| 852 | Mounting and Location of Neon Light | 10/21/2003 |
| 1254 | Dimensions for F47 @ Basement Stair #6 | 1/19/2004 |
| 1736 | Dimensions at Landscape Wall | 5/18/2004 |
| 1757 | Light at Ramp Wall | 5/24/2004 |
| 1813 | Vine Grid Anchor Connection | 6/7/2004 |
| 1862 | Landscape divider and trough wall | 7/9/2004 |
| 1910 | Anti-Ram Benches and Planters | 7/2/2004 |
| 1951 | Play Yard Fence & Gates | 8/4/2004 |
| 1976R1 | Anti-Ram Planter Changes | 5/18/2005 |
| 1998 | Cantilevered Retaining Wall El. | 8/18/2004 |
| 2156 | Anti-Ram Bench Dimensions | 10/20/2004 |
| 2462R1 | Landscape Neon Light Fixtures | 6/9/2005 |
| 2685 | Planter Retaining Wall Details | 5/20/2005 |
| 2756 | Elliptical Planter Rebar Detail | 6/21/2005 |
| 2890 | Concrete Bench at South of Annex | 8/10/2005 |

EXHIBIT _C_ PAGE 35 OF 61

San Francisco Federal Building

# Appendix B

Dick / Morganti JV

Subcontract Agreement No. 21058-117

RFI List

| RFI | Description | Date Responded |
|---|---|---|
| 120 | Vine Tie Detail Conflict | 2/19/2003 |
| 121 | Vine Tie Detail-Wire Rope Ends | 2/24/2003 |
| 149 | Security Bollards | 3/19/2003 |
| 852 | Mounting and Location of Neon Light | 10/21/2003 |
| 1254 | Dimensions for F47 @ Basement Stair #6 | 1/19/2004 |
| 1736 | Dimensions at Landscape Wall | 5/18/2004 |
| 1757 | Light at Ramp Wall | 5/24/2004 |
| 1813 | Vine Grid Anchor Connection | 6/7/2004 |
| 1862 | Landscape divider and trough wall | 7/9/2004 |
| 1910 | Anti-Ram Benches and Planters | 7/2/2004 |
| 1951 | Play Yard Fence & Gates | 8/4/2004 |
| 1976R1 | Anti-Ram Planter Changes | 5/18/2005 |
| 1998 | Cantilevered Retaining Wall El. | 8/18/2004 |
| 2156 | Anti-Ram Bench Dimensions | 10/20/2004 |
| 2462R1 | Landscape Neon Light Fixtures | 6/9/2005 |
| 2685 | Planter Retaining Wall Details | 5/20/2005 |
| 2756 | Elliptical Planter Rebar Detail | 6/21/2005 |
| 2890 | Concrete Bench at South of Annex | 8/10/2005 |

EXHIBIT _C_ PAGE _36_ OF _61_

San Francisco Federal Building
Dick / Morganti JV
Subcontract Agreement No. 21058-117
RFI List

# Appendix B

| RFI | Description | Date Responded |
|---|---|---|
| 120 | Vine Tie Detail Conflict | 2/19/2003 |
| 121 | Vine Tie Detail-Wire Rope Ends | 2/24/2003 |
| 149 | Security Bollards | 3/19/2003 |
| 852 | Mounting and Location of Neon Light | 10/21/2003 |
| 1254 | Dimensions for F47 @ Basement Stair #6 | 1/19/2004 |
| 1736 | Dimensions at Landscape Wall | 5/18/2004 |
| 1757 | Light at Ramp Wall | 5/24/2004 |
| 1813 | Vine Grid Anchor Connection | 6/7/2004 |
| 1862 | Landscape divider and trough wall | 7/9/2004 |
| 1910 | Anti-Ram Benches and Planters | 7/2/2004 |
| 1951 | Play Yard Fence & Gates | 8/4/2004 |
| 1976R1 | Anti-Ram Planter Changes | 5/18/2005 |
| 1998 | Cantilevered Retaining Wall El. | 8/18/2004 |
| 2156 | Anti-Ram Bench Dimensions | 10/20/2004 |
| 2462R1 | Landscape Neon Light Fixtures | 6/9/2005 |
| 2685 | Planter Retaining Wall Details | 5/20/2005 |
| 2756 | Elliptical Planter Rebar Detail | 6/21/2005 |
| 2890 | Concrete Bench at South of Annex | 8/10/2005 |

EXHIBIT C PAGE 37 OF 61

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 801710 | Install Irrigation @ Mission St | 5 | 22MAY06 | 26MAY06 |
| 801680 | Planting Soil @ Mission St | 2 | 29MAY06 | 30MAY06 |
| 801390 | City Temp Move Bus Stop to West on Mission St | 5 | 05JUN06 | 09JUN06 |
| 801370 | Set-up/Install Temp Sidewalk @ Mission St | 5 | 12JUN06 | 16JUN06 |
| 801660 | Demo & Rough Grade For Sidewalks @ Mission St | 5 | 19JUN06 | 30JUN06 |
| 801720 | F/R/P/S Curbs & Sidewalks @ Mission St | 20 | 26JUN06 | 21JUL06 |
| **7th Street Area** | | | | |
| 801260 | East Tower Crane In Use | 72 | 02MAR06A | 09JUN06 |
| 801250 | Excavate for Security Benches @ 7th St | 10 | 12JUN06 | 23JUN06 |
| 801245 | F/R/P/S Conc Security Benches 7th St Interior | 16 | 19JUN06 | 07JUL06 |
| 801560 | Backfill & Rough Grade Benches @ 7th St | 5 | 10JUL06 | 14JUL06 |
| 801700 | Demo & Rough Grade For Sidewalks @ 7th St | 5 | 10JUL06 | 14JUL06 |
| 801720 | Install Soil For Trees @ 7th St | 5 | 17JUL06 | 21JUL06 |
| 801730 | Install Subdrain For Trees @ 7th St | 5 | 17JUL06 | 21JUL06 |
| 801615 | Irrigation @ 7th St | 5 | 17JUL06 | 21JUL06 |
| 801705 | Fine Grade for Sidewalks @ 7th St | 5 | 24JUL06 | 28JUL06 |
| 801695 | Install Trees, Grates & Tie Downs Along 7th St | 5 | 24JUL06 | 28JUL06 |
| 801675 | F/R/P/S Concrete Walks Along 7th St | 12 | 31JUL06 | 15AUG06 |
| 801690 | ALL Plantings @ Site | 15 | 26JUL06 | 16AUG06 |
| **Central Site/Open Area** | | | | |
| 801615 | Repair Below Grade Deficiencies @ Courtyard | 4 | 22JUN06* | 27JUN06 |
| 801555 | Excavate For Curb & Bench @ Courtyard | 1 | 28JUN06 | 28JUN06 |
| 801595 | F/R/P/S Curb & Bench @ Courtyard | 5 | 29JUN06 | 05JUL06 |
| 801505 | R-I Electric For Recessed Lighting | 3 | 06JUL06 | 12JUL06 |
| 801715 | Rough Grade For Sidewalks & Granite @ Courtyard | 3 | 13JUL06 | 17JUL06 |
| 801495 | Complete Drainage @ Open Area | 2 | 18JUL06 | 19JUL06 |
| 801725 | Fine Grade For Sidewalks & Granite @ Courtyard | 2 | 20JUL06 | 21JUL06 |
| 801625 | Install Color Concrete Walk | 5 | 20JUL06 | 26JUL06 |
| 801535 | Place Decomposed Granite | 5 | 09AUG06 | 15AUG06 |
| 801645 | Finish Electric/Recessed Light | 2 | 16AUG06 | 17AUG06 |
| 801585 | Install Bicycle Racks | 2 | 16AUG06 | 17AUG06 |
| **Temporary 7th St Leave Out** | | | | |
| 801180 | Excavate for Anti Ram Benches @ 7th St Exit | 1 | 27JUL06 | 27JUL06 |
| 801205 | Backfill/Grade For Sidewalk @ 7th St Exit | 1 | 28JUL06 | 28JUL06 |
| 801185 | F/R/P/S Anti Ram Benches @ 7th St Exit | 2 | 31JUL06 | 01AUG06 |
| 801190 | F/R/P/S Sidewalks & Curbs @ 7th St Exit | 5 | 02AUG06 | 08AUG06 |
| 801175 | Landscaping Complete | 0 | | 17AUG06 |



Dick/Morgandi
SFFB Landscaping/Site Schedule
All Activities

Sheet 2 of 2

© Primavera Systems, Inc.

EXHIBIT C PAGE 38 OF 61

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish | Gantt (2008) |
|---|---|---|---|---|---|
| 801710 | Install Irrigation @ Mission St | 6 | 22MAY08 | 28MAY08 | Install Irrigation @ Mission St |
| 801680 | Planting Soil @ Mission St | 2 | 29MAY08 | 30MAY08 | Planting Soil @ Mission St |
| 801390 | City Temp Move Bus Stop to West on Mission St | 2 | 05JUN08 | 09JUN08 | City Temp Move Bus Stop to West on Mission St |
| 801370 | Set-up/Install Temp Sidewalk @ Mission St | 5 | 12JUN08 | 16JUN08 | Set-up/Install Temp Sidewalk @ Mission St |
| 801660 | Demo & Rough Grade For Sidewalk @ Mission St | 10 | 19JUN08 | 30JUN08 | Demo & Rough Grade For Sidewalk @ Mission St |
| 801670 | F/R/P/S Curbs & Sidewalks @ Mission St | 20 | 28JUN08 | 21JUL08 | F/R/P/S Curbs & Sidewalk @ Mission St |
| **7th Street Area** | | | | | |
| 801280 | East Tower Crane In Use | 72 | 02MAR08A | 09JUN08 | East Tower Crane In Use |
| 801250 | Excavate for Security Benches @ 7th St | 10 | 12JUN08 | 23JUN08 | Excavate for Security Benches @ 7th St |
| 801240 | F/R/P/S Conc Security Benches 7th St Interior | 18 | 19JUN08 | 07JUL08 | F/R/P/S Conc Security Benches 7th St Interior |
| 801660 | Backfill & Rough Grade Benches @ 7th St | 5 | 10JUL08 | 14JUL08 | Backfill & Rough Grade Benches @ 7th St |
| 801700 | Demo & Rough Grade For Sidewalks @ 7th St | 5 | 10JUL08 | 14JUL08 | Demo & Rough Grade For Sidewalks @ 7th St |
| 801720 | Install Soil For Trees @ 7th St | 5 | 17JUL08 | 21JUL08 | Install Soil For Trees @ 7th St |
| 801730 | Install Subdrain For Trees @ 7th St | 5 | 17JUL08 | 21JUL08 | Install Subdrain For Trees @ 7th St |
| 801915 | Irrigation @ 7th St | 5 | 17JUL08 | 21JUL08 | Irrigation @ 7th St |
| 801705 | Fine Grade for Sidewalks @ 7th St | 5 | 24JUL08 | 25JUL08 | Fine Grade For Sidewalks @ 7th St |
| 801685 | Install Trees, Grates & Tie Downs Along 7th St | 8 | 24JUL08 | 04AUG08 | Install Trees, Grates & Tie Downs Along 7th St |
| 801675 | F/R/P/S Concrete Walks Along 7th St | 12 | 31JUL08 | 18AUG08 | F/R/P/S Concrete Walks Along 7th St |
| 801690 | ALL Plantings @ Site | 16 | 28JUL08 | 15AUG08 | ALL Plantings @ Site |
| **Central Site/Open Area** | | | | | |
| 801615 | Repair Below Grade Deficiencies @ Courtyard | 4 | 22JUN08* | 27JUN08 | Repair Below Grade Deficiencies @ Courtyard |
| 801655 | Excavate For Curb & Bench @ Courtyard | 5 | 26JUN08 | 28JUN08 | Excavate For Curb & Bench @ Courtyard |
| 801695 | F/R/P/S Curb & Bench @ Courtyard | 5 | 30JUN08 | 28JUL08 | F/R/P/S Curb & Bench @ Courtyard |
| 801505 | R-1 Electric For Recessed Lighting | 5 | 06JUL08 | 12JUL08 | R-1 Electric For Recessed Lighting |
| 801715 | Rough Grade For Sidewalks & Granite @ Courtyard | 3 | 13JUL08 | 17JUL08 | Rough Grade For Sidewalks & Granite @ Courtyard |
| 801495 | Complete Drainage @ Open Area | 2 | 18JUL08 | 19JUL08 | Complete Drainage @ Open Area |
| 801725 | Fine Grade For Sidewalks & Granite @ Courtyard | 2 | 20JUL08 | 21JUL08 | Fine Grade For Sidewalks & Granite @ Courtyard |
| 801525 | Install Color Concrete Walk | 5 | 20JUL08 | 28JUL08 | Install Color Concrete Walk |
| 801535 | Place Decomposed Granite | 5 | 09AUG08 | 16AUG08 | Place Decomposed Granite |
| 801545 | Finish Electric/Recessed Light | 2 | 16AUG08 | 17AUG08 | Finish Electric/Recessed Light |
| 801585 | Install Bicycle Racks | 2 | 16AUG08 | 17AUG08 | Install Bicycle Racks |
| **Temporary 7th St Leave Out** | | | | | |
| 801180 | Excavate for Anti Ram Benches @ 7th St Exit | 1 | 27JUL08 | 27JUL08 | Excavate for Anti Ram Benches @ 7th St Exit |
| 801205 | Backfill/Grade For Sidewalk @ 7th St Exit | 1 | 28JUL08 | 28JUL08 | Backfill/Grade For Sidewalk @ 7th St Exit |
| 801195 | F/R/P/S Anti Ram Benches @ 7th St Exit | 1 | 31JUL08 | 01AUG08 | F/R/P/S Anti Ram Benches @ 7th St Exit |
| 801190 | F/R/P/S Sidewalks & Curbs @ 7th St Exit | 5 | 02AUG08 | 08AUG08 | F/R/P/S Sidewalks & Curbs @ 7th St Exit |
| 801175 | Landscaping Complete | 0 | | 17AUG08 | Landscaping Complete |

| Start Date | 02MAR08 | | Dick/Morganti | | Sheet 2 of 2 |
| Finish Date | 17AUG08 | Early Bar | SFFB Landscaping/Site Schedule | |
| Data Date | 02MAR08 | Progress Bar | All Activities | |
| Run Date | 14MAR08 17:54 | Critical Activity | | |

© Primavera Systems, Inc.

LN01

| | Date | Revision | Checked | Approved |
|---|---|---|---|---|

EXHIBIT _C_ PAGE _99_ OF _61_

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| 801710 | Install Irrigation @ Mission St | 5 | 22MAY06 | 26MAY06 |
| 801680 | Planting Soil @ Mission St | 2 | 29MAY06 | 30MAY06 |
| 801390 | City Temp Move Bus Stop to West on Mission St | 2 | 29MAY06 | 30MAY06 |
| 801370 | Set-up/Install Temp Sidewalk @ Mission St | 5 | 05JUN06 | 09JUN06 |
| 801660 | Demo & Rough Grade For Sidewalks @ Mission St | 5 | 12JUN06 | 16JUN06 |
| 801670 | F/R/P/S Curbs & Sidewalks @ Mission St | 10 | 19JUN06 | 30JUN06 |
| | **7th Street Area** | 20 | 26JUN06 | 21JUL06 |
| 801280 | East Tower Crane In Use | 72 | 02MAR06A | 09JUN06 |
| 801245 | Excavate for Security Benches @ 7th St | 10 | 12JUN06 | 23JUN06 |
| 801580 | F/R/P/S Conc Security Benches 7th St Interior | 15 | 19JUN06 | 07JUL06 |
| 801700 | Backfill & Rough Grade Security Benches @ 7th St | 5 | 10JUL06 | 14JUL06 |
| 801720 | Demo & Rough Grade For Sidewalks @ 7th St | 5 | 10JUL06 | 14JUL06 |
| 801730 | Install Soil For Trees @ 7th St | 5 | 17JUL06 | 21JUL06 |
| 801815 | Install Subdrain For Trees @ 7th St | 5 | 17JUL06 | 21JUL06 |
| 801705 | Irrigation @ 7th St | 5 | 17JUL06 | 21JUL06 |
| 801260 | Fine Grade for Sidewalks @ 7th St | 5 | 24JUL06 | 28JUL06 |
| 801686 | Install Trees, Grates & Tie Downs Along 7th St | 5 | 24JUL06 | 28JUL06 |
| 801675 | F/R/P/S Concrete Walks Along 7th St | 12 | 31JUL06 | 16AUG06 |
| 801690 | ALL Plantings @ Site | 15 | 26JUL06 | 15AUG06 |
| | **Central Site/Open Area** | | | |
| 801615 | Repair Below Grade Deficiencies @ Courtyard | 4 | 22JUN06* | 27JUN06 |
| 801555 | Excavate For Curb & Bench @ Courtyard | 5 | 26JUN06 | 28JUN06 |
| 801585 | F/R/P/S Curb & Bench @ Courtyard | 5 | 26JUN06 | 05JUL06 |
| 801505 | R-1 Electric For Recessed Lighting | 5 | 05JUN06 | 12JUL06 |
| 801715 | Rough Grade For Sidewalks & Granite @ Courtyard | 3 | 13JUL06 | 17JUL06 |
| 801495 | Complete Drainage @ Open Area | 2 | 18JUL06 | 19JUL06 |
| 801725 | Fine Grade For Sidewalks & Granite @ Courtyard | 2 | 20JUL06 | 21JUL06 |
| 801525 | Install Color Concrete Walk | 5 | 20JUL06 | 28JUL06 |
| 801535 | Place Decomposed Granite | 5 | 20AUG06 | 15AUG06 |
| 801545 | Finish Electric/Recessed Light | 2 | 16AUG06 | 17AUG06 |
| 801585 | Install Bicycle Racks | 2 | 16AUG06 | 17AUG06 |
| | **Temporary 7th St Leave Out** | | | |
| 801180 | Excavate for Anti Ram Benches @ 7th St Exit | 1 | 27JUL06 | 27JUL06 |
| 801205 | Backfill/Grade For Sidewalk @ 7th St Exit | 1 | 28JUL06 | 28JUL06 |
| 801185 | F/R/P/S Anti Ram Benches @ 7th St Exit | 1 | 31JUL06 | 01AUG06 |
| 801190 | F/R/P/S Sidewalks & Curbs @ 7th St Exit | 5 | 02AUG06 | 08AUG06 |
| 801175 | Landscaping Complete | 0 | | 17AUG06 |

Dick/Morganti
SFFB Landscaping/Site Schedule
All Activities
Sheet 2 of 2
LN01
© Primavera Systems, Inc.

EXHIBIT C PAGE 40 OF 61

EXHIBIT _C_ PAGE # _41_ OF _61_

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **Sitework / Landscaping** | | | | |
| **Stevenson St Area** | | | | |
| 801610 | Procure Rebar For Stevenson St Planter | 22 | 02MAR08A | 31MAR08 |
| 801640 | Excavate for Planters/Benches/Curbs @ Stevenson | 5 | 03APR08 | 07APR08 |
| 801590 | Place Mud Mat For Planter @ Stevenson | 5 | 03APR08 | 07APR08 |
| 801335 | F/R/P/S Planters Along Stevenson | 16 | 10APR08 | 07APR08 |
| 801375 | Demo Sidewalk @ Stevenson St | 3 | 01MAY08 | 03MAY08 |
| 801580 | Backfill/Rough-Grade @ Planters/Walks Stevenson | 3 | 04MAY08 | 10MAY08 |
| 801600 | Install Subsoil Drain @ Planter on Stevenson | 2 | 08MAY08 | 09MAY08 |
| 801355 | Install Irrigation System Along Stevenson | 6 | 11MAY08 | 17MAY08 |
| 801385 | Install Planting Soil Along Stevenson | 8 | 18MAY08 | 31MAY08 |
| 801650 | Finegrade for Conc Walks @ Stevenson | 2 | 01JUN08 | 02JUN08 |
| 801345 | Install Concrete Walks Along Stevenson | 2 | 05JUN08 | 09JUN08 |
| 801325 | Install Vine Grid @ Blast Wall On Stevenson | 10 | 12JUN08 | 23JUN08 |
| **Daycare Berm & Retaining Wall 'A' Area** | | | | |
| 801485 | Excavate For Retaining Wall A @ Daycare | 1 | 03APR08 | 03APR08 |
| 801655 | Place Mud Slab @ Retaining Wall A @ Daycare | 1 | 04APR08 | 04APR08 |
| 801385 | F/R/P/S Retaining Wall A/Bench @ Daycare | 10 | 05APR08 | 18APR08 |
| 801530 | Backfill/Install Berm @ Daycare | 4 | 19APR08 | 24APR08 |
| 801395 | Install Irrigation System & Drainage Daycare | 5 | 11MAY08 | 17MAY08 |
| 801971 | Install Planting Soil @ Daycare Berm | 6 | 18MAY08 | 24MAY08 |
| **Playground Area** | | | | |
| 801316 | Take Down Scaffold & Clear Out Playground Area | 10 | 06MAR08* | 17MAR08 |
| 801326 | Install Waterproofing @ Playground Area | 10 | 20MAR08 | 31MAR08 |
| 801306 | F/R/P/S Concrete Walls & Planters @ Playground | 16 | 03APR08 | 21APR08 |
| 801336 | Install Sub-Drain @ Playground | 3 | 24APR08 | 28APR08 |
| 801485 | Install Watersupply for Water-trough | 3 | 24APR08 | 28APR08 |
| 801620 | Backfill/Fine Grade for Playground SOG | 2 | 27APR08 | 28APR08 |
| 801475 | Install Irrigation System @ Playground | 1 | 01MAY08 | 01MAY08 |
| 801626 | Planting Soil @ Playground | 2 | 02MAY08 | 03MAY08 |
| 801446 | Install Playground Concrete Slab on Grade | 5 | 04MAY08 | 10MAY08 |
| 801446 | Install Rubberized Surface | 10 | 11MAY08 | 24MAY08 |
| 801455 | Playground Sandbox Fence / Gate / Decks | 16 | 25MAY08 | 14JUN08 |
| 801695 | F/R/P/S Playground Screen Wall | 15 | 15JUN08 | 05JUL08 |
| **Mission St Area** | | | | |
| 801620 | Excavate Mission St Area | LN01 | | |
| 801640 | F/R/P/S Benchs/Planters & Fnd's @ Mission St | 25 | 17APR08 | 05MAY08 |
| 801750 | Electrical R-I @ Bollards/Poles @ Mission St | 5 | 01MAY08 | 05MAY08 |
| 801660 | Backfill/Rough Grade Around Fnds @ Mission St | 20 | 08MAY08 | 02JUN08 |
| 801740 | Install Bollards & Flagpole @ Mission St | 15 | 16MAY08 | 19MAY08 |

Dick/Morganti

SFFB Landscaping/Site Schedule
All Activities

Sheet 1 of 2

| 02MAR08 | Early Bar |
| 17AUG08 | Progress Bar |
| 02MAR08 | Critical Activity |
| 14MAR08 17:54 | |

© Primavera Systems, Inc.

| Date | Revision | Checked | Approved |
|---|---|---|---|
| Date | | | |
| Date | | | |

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **Stevenson St Area** | | | | |
| 801610 | Procure Rebar For Stevenson St Planter | 22 | 02MAR08A | 31MAR08 |
| 801540 | Excavate for Planters/Benches/Curbs @ Stevenson | 5 | 03APR08 | 07APR08 |
| 801590 | Place Mud Mat For Planter @ Stevenson | 5 | 03APR08 | 07APR08 |
| 801335 | F/R/P/S Planters Along Stevenson | 15 | 10APR08 | 28APR08 |
| 801375 | Demo Sidewalks @ Stevenson St | 3 | 01MAY08 | 05MAY08 |
| 801560 | Backfill/Rough-Grade @ Planters/Walks Stevenson | 5 | 04MAY08 | 10MAY08 |
| 801600 | Install Subsoil Drain @ Planter on Stevenson | 2 | 08MAY08 | 09MAY08 |
| 801365 | Install Irrigation System Along Stevenson | 5 | 11MAY08 | 17MAY08 |
| 801385 | Install Planting Soil Along Stevenson | 10 | 18MAY08 | 31MAY08 |
| 801580 | Finegrade for Conc Walks @ Stevenson | 1 | 01JUN08 | 02JUN08 |
| 801345 | Install Concrete Walks Along Stevenson | 5 | 05JUN08 | 06JUN08 |
| 801326 | Install Vine Grid @ Blast Wall On Stevenson | 10 | 12JUN08 | 23JUN08 |
| **Daycare Berm & Retaining Wall 'A' Area** | | | | |
| 801485 | Excavate For Retaining Wall A @ Daycare | 1 | 03APR08 | 03APR08 |
| 801655 | Place Mud Slab @ Retaining Wall A @ Daycare | 1 | 04APR08 | 04APR08 |
| 801385 | F/R/P/S Retaining Wall A/Bench @ Daycare | 10 | 08APR08 | 18APR08 |
| 801530 | Backfill/Install Berm @ Daycare | 4 | 18APR08 | 24APR08 |
| 801395 | Install Irrigation System & Drainage Daycare | 5 | 11MAY08 | 17MAY08 |
| 801675 | Install Planting Soil @ Daycare Berm | 5 | 18MAY08 | 24MAY08 |
| **Playground Area** | | | | |
| 801316 | Take Down Scaffold & Clear Out Playground Area | 10 | 08MAR08* | 17MAR08 |
| 801306 | Install Waterproofing @ Playground Area | 16 | 20MAR08 | 31MAR08 |
| 801306 | F/R/P/S Concrete Walls & Planters @ Playground | 16 | 03APR08 | 21APR08 |
| 801335 | Install Sub-Drain @ Playground | 3 | 24APR08 | 28APR08 |
| 801485 | Install Watersupply for Water-trough | 3 | 24APR08 | 28APR08 |
| 801620 | Backfill/Fine Grade for Playground SOG | 2 | 27APR08 | 28APR08 |
| 801475 | Install Irrigation System @ Playground | 1 | 01MAY08 | 01MAY08 |
| 801625 | Planting Soil @ Playground | 2 | 02MAY08 | 03MAY08 |
| 801425 | Install Playground Concrete Slab on Grade | 5 | 04MAY08 | 10MAY08 |
| 801445 | Install Rubberized Surface | 10 | 11MAY08 | 24MAY08 |
| 801455 | Playground Sandbox Fence / Gate / Decks | 15 | 25MAY08 | 14JUN08 |
| 801665 | F/R/P/S Playground Screen Wall | 15 | 15JUN08 | 05JUL08 |
| **Mission St Area** | | | | |
| 801620 | Excavate Mission St Area | 15 | 17APR08 | 05MAY08 |
| 801840 | F/R/P/S Benchs/Planters & Fnd's @ Mission St | 26 | 24APR08 | 29MAY08 |
| 801750 | Electrical R-I @ Bollards/Poles @ Mission St | 5 | 01MAY08 | 06MAY08 |
| 801650 | Backfill/Rough Grade Around Fnds @ Mission St | 20 | 08MAY08 | 02JUN08 |
| 801740 | Install Bollards & Flagpole @ Mission St | 15 | 16MAY08 | 19MAY08 |

EXHIBIT C PAGE 42 OF 61

Dick/Morganti

SFFB Landscaping/Site Schedule
All Activities

Sheet 1 of 2

| Date | Revision | Checked | Approved |
|---|---|---|---|

Legend: Early Bar — Progress Bar — Critical Activity

© Primavera Systems, Inc.

EXHIBIT _C_ PAGE _43_ OF _61_

| Activity ID | Activity Description | Orig Dur | Early Start | Early Finish |
|---|---|---|---|---|
| **Stevenson St Area** | | | | |
| 801610 | Procure Rebar For Stevenson St Planter | 22 | 02MAR06A | 31MAR06 |
| 801540 | Excavate for Planters/Benches/Curbs @ Stevenson | 5 | 03APR06 | 07APR06 |
| 801590 | Place Mud Mat For Planter @ Stevenson | 5 | 03APR06 | 07APR06 |
| 801335 | F/R/P/B Planters Along Stevenson | 16 | 10APR06 | 03MAY06 |
| 801375 | Demo Sidewalks @ Stevenson St | 3 | 01MAY06 | 03MAY06 |
| 801580 | Backfill/Rough-Grade @ Planters/Walks Stevenson | 5 | 04MAY06 | 10MAY06 |
| 801600 | Install Subsoil Drain @ Planter on Stevenson | 2 | 05MAY06 | 08MAY06 |
| 801365 | Install Irrigation System Along Stevenson | 5 | 11MAY06 | 17MAY06 |
| 801355 | Install Planting Soil Along Stevenson | 10 | 18MAY06 | 31MAY06 |
| 801650 | Finegrade for Conc Walks @ Stevenson | 2 | 01JUN06 | 02JUN06 |
| 801345 | Install Concrete Walks Along Stevenson | 5 | 05JUN06 | 09JUN06 |
| 801325 | Install Vine Grid @ Blast Wall On Stevenson | 10 | 12JUN06 | 23JUN06 |
| **Daycare Berm & Retaining Wall 'A' Area** | | | | |
| 801485 | Excavate For Retaining Wall A @ Daycare | 1 | 03APR06 | 03APR06 |
| 801655 | Place Mud Slab @ Retaining Wall A @ Daycare | 1 | 04APR06 | 04APR06 |
| 801385 | F/R/P/B Retaining Wall A/Bench @ Daycare | 10 | 05APR06 | 18APR06 |
| 801530 | Backfill/Install Berm @ Daycare | 4 | 19APR06 | 24APR06 |
| 801395 | Install Irrigation System & Drainage Daycare | 5 | 11MAY06 | 17MAY06 |
| 801675 | Install Planting Soil @ Daycare Berm | 5 | 18MAY06 | 24MAY06 |
| **Playground Area** | | | | |
| 801316 | Take Down Scaffold & Clear Out Playground Area | 10 | 06MAR06* | 17MAR06 |
| 801326 | Install Waterproofing @ Playground Area | 10 | 20MAR06 | 31MAR06 |
| 801306 | F/R/P/B Concrete Walls & Planters @ Playground | 15 | 03APR06 | 21APR06 |
| 801338 | Install Sub-Drain @ Playground | 3 | 24APR06 | 28APR06 |
| 801465 | Install Watersupply for Water-trough | 3 | 24APR06 | 28APR06 |
| 801520 | Backfill/Fine Grade for Playground SOG | 2 | 27APR06 | 28APR06 |
| 801475 | Install Irrigation System @ Playground | 1 | 01MAY06 | 01MAY06 |
| 801625 | Planting Soil @ Playground | 2 | 02MAY06 | 03MAY06 |
| 801445 | Install Playground Concrete Slab on Grade | 5 | 04MAY06 | 10MAY06 |
| 801445 | Install Rubberized Surface | 10 | 11MAY06 | 24MAY06 |
| 801465 | Playground Sandbox Fence / Gate / Decks | 15 | 25MAY06 | 14JUN06 |
| 801695 | F/R/P/B Playground Screen Wall | 15 | 15JUN06 | 05JUL06 |
| **Mission St Area** | | | | |
| 801620 | Excavate Mission St Area | 15 | 17APR06 | 05MAY06 |
| 801640 | F/R/P/B Benchs/Planters & Fnd's @ Mission St | 28 | 24APR06 | 28MAY06 |
| 801760 | Electrical R-I @ Bollards/Poles @ Mission St | 5 | 01MAY06 | 05MAY06 |
| 801860 | Backfill/Rough Grade Around Fnds @ Mission St | 20 | 08MAY06 | 02JUN06 |
| 801740 | Install Bollards & Flagpole @ Mission St | 15 | 16MAY06 | 19MAY06 |

Dick/Morgan — LN01 — SFFB Landscaping/Site Schedule / All Activities — Sheet 1 of 2

Legend: Early Bar — Progress Bar — Critical Activity

| Date | | Revision | | Checked | Approved |
|---|---|---|---|---|---|

02MAR06 / 17AUG06 / 02MAR06 / 14MAR06 17:54

© Primavera Systems, Inc.

| STATEMENT AND ACKNOWLEDGMENT | OMB No. 9000-0014<br>Expires: 03/31/92 |
|---|---|

Public reporting burden for this collection of information is estimated to average 1.5 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (VRS), Office of Federal Acquisition and Regulation Policy, GSA, Washington, DC 20405; and to the Office of Management and Budget, Paperwork Reducation Project (9000-0014), Washington, DC 20503.

## PART I - STATEMENT OF PRIME CONTRACTOR

| 1. PRIME CONTRACT NO. | 2. DATE SUBCONTRACT AWARDED | 3. SUBCONTRACT NUMBER |
|---|---|---|
|  |  |  |

| 4. PRIME CONTRACTOR *(Name, address and ZIP code)* | 5. SUBCONTRACTOR *(Name, address and ZIP code)* |
|---|---|
|  |  |

6. The prime contractor states that under the contract shown in Item 1, a subcontract was awarded on the date shown in Item 2 by (Name of Awarding Firm)

to the subcontractor identified in Item 5, for the following work:

| 7. PROJECT | 8. LOCATION |
|---|---|
|  |  |

| 9. NAME AND TITLE OF PERSON SIGNING | 10. BY *(SIGNATURE)* | 11. DATE SIGNED |
|---|---|---|
|  |  |  |

## PART II - ACKNOWLEDGMENT OF SUBCONTRACTOR

12. The subcontractor acknowledges that the following clauses of the contract shown in Item 1 are included in this subcontract:

Contract work Hours and Safety Standards Act - Overtime Compensation - Construction

Payrolls and Basic Records

Withholding of Funds

Disputes Concerning Labor Standards

Davis-Bacon Act

Apprentices and Trainees

Compliance with Copeland Regulations

Subcontracts

Contract Termination-Debarment

Certification of Eligibility

13. NAME(S) OF ANY INTERMEDIATE SUBCONTRACTORS, IF ANY

EXHIBIT *C* PAGE 44 OF 61

| 14. NAME AND TITLE OF PERSON SIGNING | 15. BY *(SIGNATURE)* | 16. DATE SIGNED |
|---|---|---|
|  |  |  |

NSN 7540-01-151-4297

Previous edition is usable

STANDARD FORM 1413 (REV. 6-89)

Prescribed by GSA - FAR (48 CFR) 53.228 (e)

Request for Construction Documents Exhibit _____
Attachment
Solicitation GS-09P-02-KTC-002

# DOCUMENT SECURITY
## NOTICE TO PROSPECTIVE BIDDERS/OFFERORS

This solicitation includes Sensitive But Unclassified (SBU) building information. SBU documents provided under this solicitation are intended for use by authorized users only. In support of this requirement, GSA requires bidders/offerors to exercise reasonable care when handling documents relating to SBU building information per the solicitation.

**REASONABLE CARE:**

1. **Limiting dissemination to *authorized* users.** Dissemination of information shall only be made upon determination that the recipient is *authorized* to receive it. The criterion to determine authorization is *need-to-know*. Those with a *need-to-know* are those who are specifically granted access for the conduct of business on behalf of or with GSA. This includes all persons or firms necessary to do work at the request of the Government, such as architects and engineers, consultants, contractors, sub-contractors, suppliers, and others that the contractor deems necessary in order to submit an offer/bid or to complete the work or contract, as well as maintenance and repair contractors and equipment service contractors.

   NOTE: It is the responsibility of the person or firm disseminating the information to assure that the recipient is an authorized user and to keep records or recipients.

   Authorized users shall provide identification as set forth below:

   Valid identification for non-Government users. Authorized non-Government users shall provide valid identification to receive SBU building information. The identification shall be presented and verified for each dissemination. Valid identification shall be all items (a) through (c), below, and including item (d), as necessary.

   (a) A copy of a valid business license or other documentation granted by the state or local jurisdiction to conduct business. The license at a minimum shall provide the name, address, phone number of the company, state of incorporation, and the name of the individual legally authorized to act for the company. The business must be of the type required to do the work. A general contractor's license may be substituted for the business license in states that issue such licenses. In the rare cases where a business license is not available from the jurisdiction, the information shall be provided and testified to by the submitter; and

   (b) Verification of a valid DUNS Number against the company name listed on the business license or certifications. Verification may be obtained through http://www.fpdc.gov, or by calling Dun & Bradstreet at 703-807-5078 to set up an account; and

   (c) A Valid IRS Tax ID Number of the company requesting the information; and, as necessary,

   (d) A Valid picture state driver's license shall be required of person(s) picking up SBU documents. Phone verification must be made to a previously validated authorized user that the individual(s) picking up the documentation is authorized to do so by the company obtaining the documents. SBU documents will not be released to any individual or firm who has not, either previously or at the time of pickup, supplied the required documentation as outlined in paragraphs (a) though (c), above.

2. **Retaining and destroying documents.** The efforts required above shall continue throughout the entire term of the contract and for whatever specific time thereafter as may be necessary. Necessary record copies for legal purposes (such as those retained by the architect, engineer, or contractor) must be safeguarded against unauthorized

EXHIBIT C PAGE 45 OF 61

use for the term of retention. Documents no longer needed shall be destroyed (such as after contract award, after completion of any appeals process or completion of the work). Destruction shall be done by burning or shredding hardcopy, and/or physically destroying CD's, deleting and removing files from the electronic recycling bins, and removing material from computer hard drives using a permanent erase utility or similar software.

3. **Term of Effectiveness**. The efforts required above shall continue throughout the entire term of contract and for what specific time thereafter as may be necessary, as determined by the Government. Necessary record copies for legal purposes (such as those retained by the architect, engineer, or contractor) must be safeguarded against unauthorized use for the term of retention.

4. **Written agreement of disposal**. For all contracts using SBU building information, the contractor shall provide a written statement that he and his subcontractors have properly disposed of the SBU building documents, with the exception of the contractor's record copy, at the time of Release of Claims to obtain final payment. Documents no longer needed shall be destroyed (such as after contract award, after completion of any appeals process or completion of the work). Destruction shall be done by burning, or shredding hardcopy, and/or physically destroying CDs, deleting and removing files from the electronic recycling bins, and removing material from computer hard drives using a permanent erase utility or similar software.

The recipient acknowledges the requirement to use reasonable care, as outlined above, to safeguard the documents and, if not awarded, the contract (and at the completion of any protest/appeal process) will make every reasonable and prudent effort to destroy or render useless all SBU information received during the solicitation.

I agree that I will abide by this agreement and will only disseminate Sensitive But Unclassified (SBU) building information to other authorized users under the conditions set forth above.

Signature:_____

Title:_____

Date:_____

Copy of business license attached

DUNS Number:_____

Verified:              Yes              No.

IRS Tax ID Number_____

- EXHIBIT _C_ PAGE _46_ OF _61_

# SUMMARY SUBCONTRACT REPORT
## (See instructions on reverse)

OMB No.: 9000-0007
Expires: 09/30/2003

Public reporting burden for this collection of information is estimated to average 15.9 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.   Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVP), Acquisition Policy Division, GSA, Washington, DC 20405.

**1. CORPORATION, COMPANY OR SUBDIVISION COVERED**

a. COMPANY NAME

b. STREET ADDRESS

c. CITY                    d. STATE   e. ZIP CODE

**2. CONTRACTOR IDENTIFICATION NUMBER**

**3. DATE SUBMITTED**

**4. REPORTING PERIOD:**
☐ OCT 1 - MAR 31      ☐ OCT 1 - SEPT 30      YEAR

**5. TYPE OF REPORT**
☐ REGULAR    ☐ FINAL    ☐ REVISED

**6. ADMINISTERING ACTIVITY (Please check applicable box)**

| ARMY | DEFENSE CONTRACT MANAGEMENT AGENCY | DOE |
|---|---|---|
| NAVY | NASA | OTHER FEDERAL AGENCY (Specify) |
| AIR FORCE | GSA | |

**7. REPORT SUBMITTED AS (Check one )**

| PRIME CONTRACTOR | | |
|---|---|---|
| SUBCONTRACTOR | | |
| BOTH | | |

**8. TYPE OF PLAN**

| INDIVIDUAL | IF PLAN IS A COMMERCIAL PLAN, SPECIFY THE PERCENTAGE OF THE DOLLARS ON THIS REPORT ATTRIBUTABLE TO THIS AGENCY. ▶ |
|---|---|
| COMMERCIAL PRODUCTS | |

**9. CONTRACTOR'S MAJOR PRODUCTS OR SERVICE LINES**

a                                                b

## CUMULATIVE FISCAL YEAR SUBCONTRACT AWARDS
### (Report cumulative figures for reporting period in Block 4)

| TYPE | WHOLE DOLLARS | PERCENT (To nearest tenth of a %) |
|---|---|---|
| 10a.  SMALL BUSINESS CONCERNS *(Include SDB, WOSB, HBCU/MI, HUBZone SB, and VOSB (including Service-Disabled VOSB)) (Dollar Amount and Percent of 10c.)* | | |
| 10b.  LARGE BUSINESS CONCERNS *(Dollar Amount and Percent of 10c.)* | | |
| 10c.  TOTAL *(Sum of 10a and 10b.)* | | 100.0% |
| 11.   SMALL DISADVANTAGED BUSINESS (SDB) CONCERNS *(Include HBCU/MI) (Dollar Amount and Percent of 10c.)* | | |
| 12.   WOMEN-OWNED SMALL BUSINESS (WOSB) CONCERNS *(Dollar Amount and Percent of 10c.)* | | |
| 13.   HISTORICALLY BLACK COLLEGES AND UNIVERSITIES (HBCU) AND MINORITY INSTITUTIONS (MI) *(If applicable) (Dollar Amount and Percent of 10c.)* | | |
| 14.   HUBZONE SMALL BUSINESS (HUBZone SB) CONCERNS *(Dollar Amount and Percent of 10c.)* | | |
| 15.   VETERAN-OWNED SMALL BUSINESS (VOSB) CONCERNS *(Including Service-Disabled VOSB Concerns) (Dollar Amount and Percent of 10c.)* | | |
| 16.   SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS CONCERNS *(Dollar Amount and Percent of 10c.)* | | |

**17. REMARKS**

**18. CONTRACTOR'S OFFICIAL WHO ADMINISTERS SUBCONTRACTING PROGRAM**

a. NAME                    b. TITLE

c. TELEPHONE NUMBER
AREA CODE | NUMBER

**19. CHIEF EXECUTIVE OFFICER**

a. NAME                    c. SIGNATURE

b. TITLE                   d. DATE

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is not usable

STANDARD FORM 295 (REV. 10-2001)
Prescribed by GSA - FAR (48 CFR) 53.219(b)

EXHIBIT C PAGE 47 OF 61

## GENERAL INSTRUCTIONS

1.  This report is not required from small businesses.

2.  This report collects subcontract award data from prime contractors/subcontractors that: (a) hold one or more contracts over $500,000 (over $1,000,000 for construction of a public facility); and (b) are required to report subcontract award to Small Business (SB), Small Disadvantaged Business (SDB), Women-Owned Small Business (WOSB), Veteran-Owned Small Business (VOSB), Service-Disabled Veteran-Owned Small Business, and HUBZone Small Business (HUBZone SB) concerns under a subcontracting plan. For the Department of Defense (DOD), the National Aeronautics and Space Administration (NASA), and the Coast Guard, this form also collects subcontract award data for Historically Black Colleges and Universities (HBCUs) and Minority Institutions (MIs).

3.  This report must be submitted semi-annually (for the six months ended March 31st and the twelve months ended September 30th) for contracts with the Department of Defense (DOD) and annually (for the twelve months ended September 30th) for contracts with civilian agencies, except for contracts covered by an approved Commercial Plan (see Special Instructions in right-hand column). Reports are due 30 days after the close of each reporting period.

4.  This report may be submitted on a corporate, company, or subdivision (e.g., plant or division operating on a separate profit center) basis, unless otherwise directed by the agency awarding the contract.

5.  If a prime contractor/subcontractor is performing work for more than one Federal agency, a separate report shall be submitted to each agency covering only that agency's contracts, provided at least one of that agency's contracts is over $500,000 (over $1,000,000 for construction of a public facility) and contains a subcontracting plan. (Note that DOD is considered to be a single agency; see next instruction.)

6.  For DOD, a consolidated report should be submitted for all contracts awarded by military departments/agencies and/or subcontracts awarded by DOD prime contractors. However, DOD contractors involved in construction and related maintenance and repair must submit a separate report for each DOD component.

7.  Only subcontracts involving performance in the U.S. or its outlying areas should be included in this report.

8.  Purchases from a corporation, company, or subdivision that is an affiliate of the prime/subcontractor are not included in this report.

9.  Subcontract award data reported on this form by prime contractors/subcontractors shall be limited to awards made to their immediate subcontractors. Credit cannot be taken for awards made to lower tier subcontractors.

10. See special instructions in right-hand column for Commercial Plans.

## SPECIFIC INSTRUCTIONS

BLOCK 2: For the Contractor Identification Number, enter the nine-digit Data Universal Numbering System (DUNS) number that identifies the specific contractor establishment. If there is no DUNS number available that identifies the exact name and address entered in Block 1, contact Dun and Bradstreet Information Services at 1-800-333-0505 to get one free of charge over the telephone. Be prepared to provide the following information: (1) Company name; (2) Company address; (3) Company telephone number; (4) Line of business; (5) Chief executive officer/key manager; (6) Date the company was started; (7) Number of people employed by the company; and (8) Company affiliation.

BLOCK 4: Check only one. Note that March 31 represents the six months from October 1st and that September 30th represents the twelve months from October 1st. Enter the year of the reporting period.

BLOCK 5: Check whether this report is a "Regular," "Final," and/or "Revised" report. A "Final" report should be checked only if the contractor has completed all the contracts containing subcontracting plans awarded by the agency to which it is reporting. A "Revised" report is a change to a report previously submitted for the same period.

BLOCK 6: Identify the department or agency administering the majority of subcontracting plans.

BLOCK 7: This report encompasses all contracts with the Federal Government for the agency to which it is submitted, including subcontracts received from other large businesses that have contracts with the same agency. Indicate in this block whether the contractor is a prime contractor, subcontractor, or both (check only one).

BLOCK 8: Check only one. Check "Commercial Plan" only if this report is under an approved Commercial Plan. For a Commercial Plan, the contractor must specify the percentage of dollars in Blocks 10a through 15b attributable to the agency to which this report is being submitted.

BLOCK 9: Identify the major product or service lines of the reporting organization.

BLOCKS 10a through 16: These entries must include all subcontract awards resulting from contracts or subcontracts, regardless of dollar amount, received from the agency to which this report is submitted. If reporting as a subcontractor, report all subcontracts awarded under prime contracts. Amounts must include both direct awards and an appropriate prorated portion of indirect awards. (The indirect portion is based on the percentage of work being performed

for the organization to which thereport is being submitted in relation to other work being performed by the prime contractor/subcontractor.) Do not include awards made in support of commercial business unless "Commercial" is checked in Block 8 (see Special Instructions for Commercial Plans in right column). Report only those dollars subcontracted this fiscal year for the period indicated in Block 4.

BLOCK 10a: Report all subcontracts awarded to SBs including subcontracts to SDBs, WOSBs, VOSBs, Service-Disabled VOSBs, and HUBZone SBs. For DOD, NASA, and Coast Guard contracts, include subcontracting awards to HBCUs and MIs.

BLOCK 10b: Report all subcontracts awarded to large businesses (LBs).

BLOCK 10c: Report on this line the grand total of all subcontracts (the sum of lines 10a and 10b).

BLOCKS 11 through 16: Each of these items is a subcategory of Block 10a. Note that in some cases the same dollars may be reported in more than one block (e.g., SDBs owned by women); likewise subcontracts to HBCUs or MIs should be reported on both Block 11 and 13.

BLOCK 11: Report all subcontracts awarded to SDBs (including women-owned, veteran-owned, service-disabled VOSBs, and HUBZone SB SDBs). For DOD, NASA, and Coast Guard contracts, include subcontract awards to HBCUs and MIs.

BLOCK 12: Report all subcontracts awarded to WOSB firms (including SDBs, VOSBs, service-disabled VOSBs, and HUBZone SBs owned by women).

BLOCK 13: (For contracts with DOD, NASA, and Coast Guard) Enter the dollar value of all subcontracts with HBCUs/MIs.

BLOCK 14: Report all subcontracts awarded to HUBZone SBs (including women-owned, veteran-owned, service-disabled VOSBs, and SDB HUBZone SBs).

BLOCK 15: Report all subcontracts awarded to VOSBs (including women-owned, SDB, and HUBZone SB VOSBs).

BLOCK 16: Report all subcontracts awarded to service disabled VOSBs (including Service-Disabled Veteran Owned Small Business Concerns that are SDBs, WOSBs, and HUBZone SBs). These subcontracts should also be reported in Block 15.

## SPECIAL INSTRUCTIONS FOR COMMERCIAL PLANS

1.  This report is due on October 30th each year for the previous fiscal year ended September 30th.

2.  The annual report submitted by reporting organizations that have an approved company-wide annual subcontracting plan for commercial items shall include all subcontracting activity under commercial plans in effect during the year and shall be submitted in addition to the required reports for other-than-commercial items, if any.

3.  Enter in Blocks 10a through 15b the total of all subcontract awards under the contractor's Commercial Plan. Show in Block 8 the percentage of this total that is attributable to the agency to which this report is being submitted. This report must be submitted to each agency from which contracts for commercial items covered by an approved Commercial Plan were received.

## DEFINITIONS

1.  Direct Subcontract Awards are those that are identified with the performance of one or more specific Government contract(s).

2.  Indirect Subcontract Awards are those which, because of incurrence for common or joint purposes, are not identified with specific Government contracts; these awards are related to Government contract performance but remain for allocation after direct awards have been determined and identified to specific Government contracts.

## SUBMITTAL ADDRESSES FOR ORIGINAL REPORT

For DOD Contractors, send reports to the cognizant contract administration office as stated in the contract.

For Civilian Agency Contractors, send reports to awarding agency:

1.  NASA:  Forward reports to NASA, Office of Procurement (HS), Washington, DC 20546

2.  OTHER FEDERAL DEPARTMENTS OR AGENCIES: Forward report to the OSDBU Director unless otherwise provided for in instructions by the Department or Agency.

## FOR ALL CONTRACTORS

SMALL BUSINESS ADMINISTRATION (SBA): Send "info copy" to the cognizant Commercial Market Representative (CMR) at the address provided by SBA. Call SBA Headquarters in Washington, DC at (202) 205-6475 for correct address if unknown.

EXHIBIT __C__ PAGE __48__ OF __61__          STANDARD FORM 295 (REV. 10-2001) BACK

**DISTRIBUTION OF THIS REPORT**

**For the Awarding Agency or Contractor:**

The original copy of this report should be provided to the contracting officer at the agency or contractor identified in Block 8. For contracts with DOD, a copy should also be provided to the Defense Contract Management Agency (DCMA) at the cognizant Defense Contract Management Area Operations (DCMAO) office.

**For the Small Business Administration (SBA):**

A copy of this report must be provided to the cognizant Commerical Market Representative (CMR) at the time of a compliance review. It is NOT necessary to mail the SF 294 to SBA unless specifically requested by the CMR.

EXHIBIT _C_ PAGE _49_ OF _61_    STANDARD FORM 294 (REV. 9/2001) PAGE 3



**A Joint Venture**

To:         All Subcontractors

From:       Dick/Morganti, joint venture

Re:         San Francisco Federal Office Building
            GSA Project No. NCA-00049

Subject:    Equal Employment Opportunity – Affirmative Action Policy

It is the policy of Dick/Morganti, JV in accordance with all applicable Federal and State laws to assure that qualified applicants for employment and employees are employed and treated during their employment without regard to their race, religion, sex, age, color, national origin, ancestry, non-job related disability, and Veteran status. It is the intention of this Company through the adoption and implementation of this Policy to maintain compliance with the Civil Rights Act of 1991, the Civil Rights Act of 1964, Executive Order 11246, Vietnam Era Veterans Readjustment Assistance Act, the American with Disabilities Act of 1990, and Section 503 of the Rehabilitation Act of 1973 and amendments thereto, in addition to other applicable Federal, State, and Local laws and regulations. If you are a recipient of a Federal or Federally assisted subcontract or contract including purchase orders in excess of $ 10,000.00, you are also required to comply with the Federal laws and regulations banning discrimination in employment. We appreciate your cooperation in implementing Affirmative Action and Equal Employment Opportunity.

Enclosed you will find a copy of FAR 52.222.23 Notice of Requirement for Affirmative Action to Ensure Equal Employment Opportunity For Construction, and FAR 52.222-8 Payrolls and Basic Records, which are part of the Plans and Specifications for the Federal Building San Francisco, California. The workforce utilization goals are 25.6% (twenty-five point six tenths percent) minorities and 6.9 % (six point nine tenths percent) females. Under the latter FAR, you are required to submit to Dick/Morganti, JV on a weekly basis, 2 (two) copies of Certified Payroll for this project. You are also required to complete on a monthly basis U S Department of Labor Form CC–257, Monthly Employment Utilization Report.  Please return the CC-257 to Stephanie Thomas, Office Manager/Site EEO Officer, for Dick/Morganti, JV by the 10th of every month.

Also see the attached Technical Assistance Guide for Federal Construction Contractors. All contractors, subcontractors, and sub-subcontractors must adhere to the Sixteen EEO and Affirmative Action Requirements outlined in this manual for the duration of this project.

In addition, FAR 52.222-23 requires Subcontractors to inform this office within 10 days following an award of all sub-subcontracts in excess of $10,000.  Include the Subcontractor's name, address, telephone number, dollar amount of subcontract, estimated start and completion dates, and employer's identification number in this notice.

Should you require additional information please contact me at 415-522-1320.

Very truly yours,

Francis Sarmiento
Project Manager

EXHIBIT _C_ PAGE _51_ OF _61_

1068 Mission Street  San Francisco, California 94103  Phone (415) 522-1320  Fax (415) 522-1366

**Clauses may not be in numerical**

(4) The wage rate (including fringe benefits, where appropriate) determined pursuant to subparagraphs (b)(2) and (b)(3) of this clause shall be paid to all workers performing work in the classification under this contract from the first day on which work is performed in the classification.

(c) Whenever the minimum wage rate prescribed in the contract for a class of laborers or mechanics includes a fringe benefit which is not expressed as an hourly rate, the Contractor shall either pay the benefit as stated in the wage determination or shall pay another bona fide fringe benefit or an hourly cash equivalent thereof.

(d) If the Contractor does not make payments to a trustee or other third person, the Contractor may consider as part of the wages of any laborer or mechanic the amount of any costs reasonable anticipated in providing bona fide fringe benefits under a plan or program; provided, That the Secretary of Labor has found, upon the written request of the Contractor, that the applicable standards of the Davis-Bacon Act have been met. The Secretary of Labor may require the Contractor to set aside in a separate account assets for the meeting of obligations under the plan or program.

(End of clause)

14.    FAR 52.222-7 WITHHOLDING OF FUNDS (FEB 1988)

The Contracting Officer shall, upon his or her own action or upon written request of an authorized representative of the Department of Labor, withhold or cause to be withheld from the Contractor under this contract or any other Federal contract with the same Prime Contractor, or any other Federally assisted contract subject to Davis-Bacon prevailing wage requirements, which is held by the same Prime Contractor, so much of the accrued payments or advances as may be considered necessary to pay laborers and mechanics, including apprentices, trainees, and helpers, employed by the Contractor or any subcontractor the full amount of wages required by the contract. In the event of failure to pay any laborer or mechanic, including any apprentice, trainee, or helper, employed or working on the site of the work, all or part of the wages required by the contract, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment, advance, or guarantee of funds until such violations have ceased.

(End of clause)

15.    FAR 52.222-8 PAYROLLS AND BASIC RECORDS (FEB 1988)

(a) Payrolls and basic records relating thereto shall be maintained by the Contractor during the course of the work and preserved for a period of 3 years thereafter for all laborers and mechanics working at the site of the work. Such records shall contain the name, address, and social security number of each such worker, his or her correct classification, hourly rates of wages paid (including rates of contributions or costs anticipated for bona fide fringe benefits or cash equivalents thereof of the types described in section 1(b)(2)(B) of the Davis-Bacon Act), daily and weekly number of hours worked, deductions made, and actual wages paid. Whenever the Secretary of Labor has

EXHIBIT _C_ PAGE _51_ OF _61_

**Clauses may not be in numerical**

found, under paragraph (d) of the clause entitled Davis-Bacon Act, that the wages of any laborer or mechanic include the amount of any costs reasonably anticipated in providing benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the Contractor shall maintain records which show that the commitment to provide such benefits under a plan or program described in section 1(b)(2)(B) of the Davis-Bacon Act, the Contractor shall maintain records which show that the commitment to provide such benefits is enforceable, that the plan or program is financially responsible, and that the plan or program is financially responsible, and that the plan or program has been communicated in writing to the laborers or mechanics affected, and records which show the costs anticipated or the actual cost incurred in providing such benefits. Contractors employing apprentices or trainees under approved programs shall maintain written evidence of the registration of apprenticeship programs and certification of trainee programs, the registration of the apprentices and trainees, and the ratios and wage rates prescribed in the applicable programs.

(b)(1) The Contractor shall submit weekly for each week in which any contract work is performed a copy of all payrolls to the Contracting Officer. The payrolls submitted shall set out accurately and completely all of the information required to be maintained under paragraph (a) of this clause. This information may be submitted in any form desired. Optional Form WH-347 (Federal Stock Number 029-005-00014-1) is available for this purpose and may be purchased from the Superintendent of Documents, U.S. Government Printing Office, Washington, DC 20402. the Prime Contractor is responsible for the submission of copies of payrolls by all subcontractors.

(2) Each payroll submitted shall be accompanied by a "Statement of Compliance," signed by the Contractor or subcontractor or his or her agent who pays or supervises the payment of the persons employed under the contract and shall certify—

(i) That the payroll for the payroll period contains the information required to be maintained under paragraph (a) of this clause and that such information is correct and complete;

(ii) That each laborer or mechanic (including each helper, apprentice, and trainee) employed on the contract during the payroll period has been paid the full weekly wages earned, without rebate, either directly or indirectly from the full wages earned, other than permissible deductions as set forth in the Regulations, 29 CFR Part 3; and

(iii) That each laborer or mechanic has been paid not less than the applicable wage rates and fringe benefits or cash equivalents for the classification of work performed, as specified in the applicable wage determination incorporated into the contract.

(3) The weekly submission of a properly executed certification set forth on the reverse side of Optional Form WH-347 shall satisfy the requirement for submission of the "Statement of Compliance" required by subparagraph (b)(2) of this clause.

(4) The falsification of any of the certifications in this clause may subject the Contractor or subcontractor to civil or criminal prosecution under Section 1001 of Title 18 and Section 3729 of Title 31 of the United States Code.

**Clauses may not be in numerical**

(c) The Contractor or subcontractor shall make the records required under paragraph (a) of this clause available for inspection, copying, or transcription by the Contracting Officer or authorized representatives of the Contracting Officer or the Department of Labor. The Contractor or subcontractor shall permit the Contracting Officer or representatives of the Contracting Officer or the Department of Labor to interview employees during working hours on the job. If the Contractor or subcontractor fails to submit required records or to make them available, the Contracting Officer may, after written notice to the Contractor, take such action as may be necessary to cause the suspension of any further payment. Furthermore, failure to submit the required records upon request or to make such records available may be grounds for debarment action pursuant to 29 CFR 5.12.

(End of clause)

16.    FAR 52.222-9  APPRENTICES AND TRAINEES (FEB 1988)

(a) *Apprentices.* Apprentices will be permitted to work at less than the predetermined rate for the work they performed when they are employed pursuant to and individually registered in a bona fide apprenticeship program registered with the U.S. Department of Labor, Employment and Training Administration, Bureau of Apprenticeship and Training, or with a State Apprenticeship Agency recognized by the Bureau, or if a person is employed in his or her first 90 days of probationary employment as an apprentice in such an apprenticeship program, which is not individually registered in the program, but who has been certified by the Bureau of Apprenticeship and Training or a State Apprenticeship Agency (Where appropriate) to be eligible for probationary employment as an apprentice. The allowable ratio of apprentices to journeymen on the job site in any craft classification shall not be greater than the ration permitted to the Contractor as to the entire work force under the registered program. Any worker listed on a payroll at an apprentice wage rate, who is not registered or otherwise employed as stated in this paragraph, shall be paid not less than the applicable wage determination for the classification of work actually performed. In addition, any apprentice performing work on the job site in excess of the ratio permitted under the registered program shall be paid not less than the applicable wage rate on the wage determination for the work actually performed. Where a contractor is performing construction on a project in a locality other than that in which its program is registered, the ratios and wage rates (expressed in percentages of the journeyman's hourly rate) specified in the Contractor's or subcontractor's registered program shall be observed. Every apprentice must be paid at not less than the rate specified in the registered program for the apprentice's level of progress, expressed as a percentage of the journeyman hourly rate specified in the applicable wage determination. Apprentices shall be paid fringe benefits in accordance with the provisions of the apprenticeship program. If the apprenticeship program does not specify fringe benefits, apprentices must be paid the full amount of fringe benefits listed on the wage determination for the applicable classification. If the Administrator determines that a different practice prevails for the applicable apprentice classification, fringes shall be paid in accordance with that determination. In the event the Bureau of Apprenticeship and Training, or a State Apprenticeship Agency recognized by the Bureau, withdraws approval of an apprenticeship program, the Contractor will no longer

Current through FAC 97-23 and GSAR, Chg 82    Revision dated 04/13/01



February 8, 2006

Eggli Landscape Contractors, Inc
21 Stein Am Rhein Court
Redwood City, CA 94063
Fax : 650-369-0327

Attn: Dan Giese

Re:   **Landscaping and Irrigation – Notice to Proceed**
      New San Francisco Federal Office Building
      Project No. NCA00049

Dear Dan:

Dick/Morganti (D/M) hereby accepts Eggli Landscape Contractors, Inc (ELCI) proposal to furnish and perform all Landscaping and Irrigation work for the New San Francisco Federal Building located at corner Mission and 7th Street, San Francisco per furnished drawings and specification and hereby authorizes ATCI to proceed subject to its compliance to the following:

1)  ELCI shall execute a subcontract agreement with D/M on D/M's standard subcontract agreement format.
2)  ELCI shall provide insurance certificate per attached guidelines.
3)  ELCI shall provide Payment & Performance Bond.   Please See Attachment
4)  ELCI confirms being signatory to this trade union.
5)  ELCI shall submit Irrigation Shop Drawing submittals within ten (10) days of receipt of this notice or no later than February 18, 2006. Balance of submittals to be submitted no later February 28, 2006.
6)  Agreed Total Lumpsum Amount breakdown:

| Scope | Original Proposal | | Revised Agreed Amount |
|---|---|---|---|
| Planting | $ | 240,170.00 | $ 223,202.00 |
| Import Topsoils | $ | 393,955.00 | $ 366,123.00 |
| Irrigation | $ | 69,200.00 | $ 64,311.00 |
| 90-Day Maintenance | $ | 6,520.00 | $ 6,520.00 |
| Total | $ | 709,845.00 | $ 660,156.00 |

7)  Alternates:
    a)  Add $ 39,480 for Concrete Decomposed Granite and 4" Class II base rock
    b)  Deduct <$56,325.00> for local soil ingredients in lieu of specified.
    c)  Deduct <$11,250.00> for Mow-Free Sod in liue of Zoysia Tenufolia plugs.
    ELCI shall submit material submittals for both above alternates and as specified.

8)  Schedule: All work to complete no later than May 31, 2006 unless otherwise modified by DM to suit actual progress of project.

EXHIBIT _C_ PAGE 54 OF 61

EIGHTH   Using an Insurance Company satisfactory to the Contractor, the Subcontractor shall provide adequate Worker's Compensation and Employer's Liability insurance covering the Subcontractor's employee working on the Project and will provide General Liability, Umbrella Liability, and Automobile Liability insurance covering the Owner, Contractor, the Architect/Engineer, the Construction Manager, and any of their respective employees and agents (the "Additional Insureds"), and the general public in accordance with all insurance requirements of the General Contract and the provisions contained herein, whichever are more stringent.

The obligation of the Subcontractor is to provide such adequate insurance to protect the Subcontractor and the Additional Insured's from <u>all</u> risks and/or occurrences that may arise or result, directly or indirectly, from the Subcontractor's work or presence on the jobsite and <u>all</u> risks of injury to Subcontractor's employees, sub-subcontractors' employees, and other agents.  This obligation is in addition to and shall not limit in any way the obligations assumed by the Subcontractor in Article Ninth or elsewhere in this Subcontract Agreement.  This obligation shall not be avoided by allegations of contributory or sole acts, failure to act, omissions, negligence or fault of the Additional Insureds.  Each policy of insurance shall waive subrogation against the Additional Insureds.  As such, each policy of insurance provided for herein, except Worker's Compensation, shall name the Contractor, Owner, the Architect/Engineer, and the Construction Manager as an additional insured under the policy, and each policy of insurance provided for herein shall be primary with no right of contribution against the Contractor, Owner, the Architect/Engineer, the Construction Manager or their insurers.

The policies described above shall be written on a comprehensive form and shall conform to the laws of the State in which the job is located.  All of the insurance specified herein shall be taken out, maintained, and paid for by the Subcontractor as part of the contract price specified in Article First.

Worker's Compensation insurance shall be in accordance with statutory requirements and Employer's Liability insurance shall be supplied with minimum limits of One Million Dollars ($1,000,000) each accident, One Million Dollars ($1,000,000) disease - policy limit, and One Million Dollars ($1,000,000) disease - each employee.

The General Liability insurance shall include the following coverages:

| | |
|---|---|
| (1) | Broad Form Property Damage, including Completed Operations; |
| (2) | The deletion of XCU Exclusions when applicable to Subcontractor's operations; |
| (3) | Blanket Contractual Liability; |
| (4) | Personal Injury Coverage that includes |
| | (a)   false arrest, detention or imprisonment, or malicious prosecution, |
| | (b)   liable, slander, defamation, or violation of right of privacy, and |
| | (c)   wrongful entry or eviction or other evasion of right of private occupancy; and |
| (5) | Contractor's Protective Liability if any of the work is sublet; and |

The General Liability Policy shall be written at a combined minimum limit of One Million Dollars ($1,000,000) each occurrence, Personal Injury and Advertising Injury minimum limit of One Million Dollars ($1,000,000) each occurrence, Products-Completed Operations minimum policy aggregate of One Million Dollars ($1,000,000) and a separate General aggregate of One Million Dollars ($1,000,000), applied on a per projecti basis. On any, each and all trucks, automobiles or vehicles owned, hired, and non-owned which are used by the Subcontractor in the performance of the work, the Subcontractor shall provide Automobile Liability insurance with a minimum single limit of liability of One Million Dollars ($1,000,000) Bodily Injury and Property Damage combined.

The Umbrella Liability Policy shall be written at a limit of Two Million Dollars ($2,000,000) and apply excess over the Employer's Liability, General Liability, and Automobile Liability primary policies.  This policy shall be written to provide policy limits on a "per project" aggregate basis.

Before any of the Subcontractor's employees, sub-subcontractors' employees, and other agents do any of the work on the premises under control of the Contractor, Subcontractor shall furnish the Contractor with the Insurance Company's certificate that the required coverages have been provided and each certificate shall contain a provision whereby the Insurance Company shall notify the Contractor thirty (30) days prior to the expiration of any coverages contained thereon.  The certificates shall contain the date when each coverage expires and a specific confirmation that the Employer's Liability, General Liability and Automotive Liability policies (a) name the Contractor, Owner, the Architect/Engineer, and the Construction Manager as  additional insureds and (b) meet the "primary insurance" and "per jobsite aggregate" requirements detailed above.  The Subcontractor agrees that the coverage shall not be allowed to expire until the entire work is completed and accepted.

The Subcontractor shall also carry such additional insurance in connection with the performance of the work hereunder as Contractor or Owner may specify.  Subcontractor will be compensated for such additional insurance provided it is purchased through an Insurance Company satisfactory to the Contractor.  Subcontractor shall promptly furnish to the Contractor certificates evidencing any such additional insurance coverage.

If a loss to the Contractor or Owner caused by the Subcontractor is covered by a Builder's Risk insurance policy taken out by the Contractor or the Owner, the Subcontractor shall pay the deductible sum for that loss to the Contractor or the Owner.  Any deductible amounts paid by Subcontractor are not subject to an annual aggregate or cap.

EXHIBIT _C_ PAGE _55_ OF _61_



Please affix authorized signature to the space provide below to confirm ELCI acceptance and return a signed copy by fax (415-522-1366) to D/M. Originals with wet ink signature shall be transmitted by mail. Please call for any clarification, Tel: 415-522-1320.

Sincerely,

**DICK/MORGANTI, JV**

Ron Brookfield
Vice-President

Encl:   Insurance Requirement.
CC:     Chuck Strickler / Francis Sarmiento
File:   Eggli Landscape Contractors, Inc.

Ageed:
Eggli Landscape Contractors, Inc

Authorized Signature

Print Name: _John Eggli_

Position: _President_

Date: _2-17-06_

EXHIBIT _C_ PAGE _56_ OF _61_

Page 2 of 2

1068 Mission Street. San Francisco. California 94103     Phone (415) 522-1320   Fax (415) 522-1366



**EGGLI LANDSCAPE CONTRACTORS, INC.**

STATE LICENSE NO. 592807

Francis Sarmiento
Dick Morganti Construction
1068 Mission Street
San Francisco, CA 94013:

February 17, 2006

Francis:

We are still working with our bonding company and as of yet do not have an actual invoice. The approximate cost will be $14,362.00. We will be sending the original invoice with our Request for Change Order once we receive it. The cost of the Performance and Payment Bond is not included in the Base Bid.

Thank you,

Dan Giese
Estimator

EXHIBIT _C_ PAGE _57_ OF _61_

01/30/2006 14:25 FAX                                                                ☑001/002



**EGGLI LANDSCAPE CONTRACTORS, INC.**

RECEIVED

JAN 3 0 2006

DICK/MORGANTI

# PROPOSAL

STATE LICENSE NO. 592807

TO: Dick Morganti Corporation
ATTN: Francis Sarmiento
FAX: 415-522-1366

DATE: January 27, 2006
PROJECT: U.S. Federal Office Building

LOCATION: San Francisco, CA

| | |
|---|---|
| PLANTING: | SEE BID BREADOUT |
| IRRIGATION: | $.00 |
| SITE FURNISHINGS: | $.00 |
| 90-DAY MAINTENANCE: | $.00 |
| BASE BID: | $.00 |
| | $.00 |

## CLARIFICATIONS & EXCLUSIONS

1. On grade site to be received at respective sub-grade ± 1/10 of one foot, in a clean condition to accept import soils.
2. Podium site to be received at respective sub-grade ± 1/10 of one foot, in a clean condition to accept import soils.
3. 110-volt electrical supply to the irrigation controller(s) is by others.
4. Planting will begin when water and electrical hookups are completed. If hand watering is required during the post installation maintenance period, then add $2,500.00 per month.
5. If repairs are required to existing landscape and irrigation, those repairs will be done on a time and materials basis.
6. This proposal shall be a part of any contract awarded to Eggli Landscape Contractors, Inc.
7. Two current sets of plans are required before commencement of any work.
8. Any deposits required from Suppliers or Manufacturers will be required from the Owner or General Contractor prior to ordering or delivery.
9. Irrigation water meter excluded for bid. City of San Francisco did not respond to request.
10. Point of connection to main drain system for 4" drain pipe to provided by others.
11. Proposal is based on Plans, Plan Notes and Specifications. Prevailing Wages. Valid for Thirty Days. Landscape Construction to be completed within nine months.
12. Irrigation controller bid as a Calsense ET-2000 / with SS Enclosure per Irrigation Legend, Sheet LI-102. Excludes any communication devices.
13. Trench drain not specified. Bid as NDS SPEE-D Channel and NDS#242-251 Structural Foam Polyethylene Secured Channel Grate with UV Inhibitor.
14. Weaver of Subrogation Included in Base Bid.
15. Zoysia Tenuifolia not available in sod form bid as plugs 6" O.C.
16. **Exclusions:** Any Import/Export of Debris Spoils; Rock, Stone or Gravel, Paving; Through Structure Piping or Wiring; Design Fees; Permits; Demolition; Wood/Hardscape Construction; Asphalt, Concrete Cut/Patch/Core/Bore/Removal; Bonds; Construction Water; Area/Underground Drains; Drainage; Electrical/Lighting; **Traffic Control;** Existing Tree and Shrub Protection/Relocation/Removal/Pruning/Maintenance; Ruberized Surfacing;

| | |
|---|---|
| Landscape Architect: Smith Group / Irrigation: Sweeney & Associates | Phone: 415-227-0010 |
| Sheet Numbers: C-101-C-104; L-101 – L-602; LI-101-LI-102 | Fax: 415-908-0882 |
| Addendum(s): None Noted | Plan Date: 2/14/2003 | Plan Revision: 9/13/2003 |

Respectfully submitted by: Dan Giese

EXHIBIT C PAGE 58 OF 61

# EGGLI LANDSCAPE CONTRACTORS, INC.
## 21 STEIN AM RHEIN COURT
## REDWOOD CITY, CA 94063-2751
## (650) 369-0303 FAX (650) 369-0327

### BID BREAKDOWN

| To: | Dick Morganti | Date: | 1/30/2006 |
|---|---|---|---|
| Attn: | Francis Sarmiento | From: | Dan Giese |
| Phone: | 415-522-1320 | RE: | United States Federal Building |
| Fax: | 415-522-1366 | | |

**PROJECT:** United States Federal Building

**BASE BID:**

| | | |
|---|---|---|
| Planting: | | |
| Import Topsoils: | $ | 240,170.00 |
| Irrigation: | $ | 393,955.00 |
| 90-Day Maintenance: | $ | 69,200.00 |
| | $ | 6,520.00 |
| **Total Base Bid:** | $ | 709,845.00 |

**ADD ALTERNATE:**
Concrete Decomposed Granite and 4" Class II Base Rock

|  | $ | 39,480.00 |
|---|---|---|

**DEDUCTIVE ALTERNATES:**
Mow-Free Sod to replace Zoysia Tenufolia Plugs
Zoysia Tenufolia not available in sod form.

|  | $ | (11,250.00) |
|---|---|---|

Use local soil ingredients to replace specified soil ingredients

|  | $ | (56,325.00) |
|---|---|---|

APPROVAL: _____

EXHIBIT _C_ PAGE _59_ OF _61_

Bond No.: C815701
Premium: Included in
Performance Bond

## SUBCONTRACT PAYMENT BOND

KNOW ALL BY THESE PRESENTS, That we   Eggli Landscape Contractors, Inc.

21 Stein am Rhein Court   Redwood City, CA 94063
(Here insert the name and address, or legal title, of the Subcontractor)

as Principal, herein called Principal, and   Financial Pacific Insurance Company

corporation of the State of   California   , as Surety, herein called Surety, are held and firmly bound unto

Dick/Morganti Joint Venture, 1068 Mission Street, San Francisco, CA  94103
(Here insert the name and address, or legal title, of the General Contractor)

as Obligee, herein called Obligee, for the use and benefit of claimants as herein defined, in the amount of   Six hundred

ninety nine thousand six hundred thirty six and NO/100   Dollars   $699,636.00   ),

for the payment whereof Principal and Surety bind themselves, their heirs, executors, administrators, successors and
assigns, jointly and severally, firmly by these presents.

WHEREAS, Principal has by written agreement dated   March 15, 2006   entered into a

subcontract with Obligee for   Landscaping and Irrigation as Required for the GSA Federal

Building Located in San Francisco, CA

which subcontract is by reference made a part hereof, and is referred to as subcontract.

NOW, THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That, if the Principal shall promptly make payment to all
Claimants as herein defined, for all labor and material used or reasonably required for use in the performance of the Subcontract, then
this obligation shall be void; otherwise it shall remain in full force and effect, subject, however, to the following conditions:

1. A Claimant is defined as one having a direct contract with the Principal for labor, material, or both, used or reasonably required for
use in the performance of the contract.
2. The above-named Principal and Surety hereby jointly and severally agree with the Obligee that every claimant as herein defined, who
has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such Claimant's work
or labor was done or performed, or materials were furnished by such Claimant, may sue on this bond in the Claimant's own name for
such sums as may be justly due Claimant.
3. No suit or action shall be commenced hereunder by any Claimant:
   (a) Unless Claimant shall have given written notice to any two of the following: The Principal, the Obligee, or the Surety above
named, within ninety (90) days after such Claimant did or performed the last of the work or labor, or furnished the last of the
materials for which said claim is made.
   (b) After the expiration of one (1) year following the date on which Principal ceased work on said Subcontract.
   (c) Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the
project, or any part thereof, is situated, or in the United States District Court for the district in which the project, or any part
thereof, is situated, and not elsewhere.
4. The amount of this bond shall be reduced by and to the extent of any payment or payments made in good faith hereunder.

Signed and sealed this   23rd   day of   March 2006

In the presence of:

Deborah U. Harvel

Eggli Landscape Contractors, Inc.(Seal )
                                          Principal
By

Financial Pacific Insurance Company
                                          Surety
By
Mark C. Johnson              Attorney-in-Fact

EXHIBIT C PAGE 60 OF 61

S-1842/GEEF 12/00

FRP

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _____Contra Costa_____ } ss.

On __March 23, 2006__ before me, __Cathy A. Shapard, Notary Public__
　　　　　Date　　　　　　　　　　　　　　　Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared _____Mark C. Johnson_____
　　　　　　　　　　　　　　　　　　Name(s) of Signer(s)

☒ personally known to me
☐ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

CATHY A. SHAPARD
Commission # 1456123
Notary Public - California
Contra Costa County
My Comm. Expires Dec 14, 2007

_Cathy A Shapard_
　　Signature of Notary Public

━━━━━━━━━━ **OPTIONAL** ━━━━━━━━━━
*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

### Description of Attached Document

Title or Type of Document: __Performance and Payment Bonds__

Document Date: __March 23, 2006__                     Number of Pages: __2__

Signer(s) Other Than Named Above: __Eggli Landscape Contractors, Inc.__

### Capacity(ies) Claimed by Signer

Signer's Name: __Mark C. Johnson__

☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☒ Attorney-in-Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT
OF SIGNER
Top of thumb here

Signer Is Representing: __Financial Pacific Insurance Company__

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org          Prod. No. 5907          Reorder: Call Toll-Free 1-800-876-6827

EXHIBIT __C__ PAGE __61__ OF __61__