John H. Blake (70187)
**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
Telephone: (650) 482-3040
Facsimile: (650) 482-2820
E-mail: jhb@hanniglaw.com

Attorneys for Plaintiff
EGGLI LANDSCAPE CONTRACTORS, INC.,
a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of EGGLI LANDSCAPE CONTRACTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 07 5699 JCS<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil L.R. 3-16] |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
{EGGL:2012:JHB:H0060748.DOC.1}            - 1 -

1

2   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons

3   have a financial interest in plaintiff Eggli Landscape Contractors, Inc.:

4   John R. Eggli (shareholder, director and officer);

5   Jodi Eggli (shareholder, director and officer).

6

7   Dated: November 8, 2007                    HANNIG LAW FIRM LLP

8

9                                              By_____
                                                John H. Blake, Attorneys for
10                                              Eggli Landscape Contractors, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                      - 2 -
    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
28  {EGGL:2012:JHB:H0060748.DOC.1}