**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                     IN THE UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11  EGGLI LANDSCAPE CONTRACTORS,                    No. C 07-05699 CRB
12              Plaintiff,                          **Clerk's Notice**
13      v.
14  DICK MORGANTI,
15              Defendant.
                                              /
16
17  YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for
18  December 19, 2007 at 3:00p.m. before the Honorable Charles R. Breyer.  The case management
    statement to be file on or before December 12, 2007.
19
20  Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue,
    San Francisco, CA  94102.
21
22  Dated: November 26, 2007                        FOR THE COURT,
23
                                                   Richard W. Wieking, Clerk
24                                                 By:_____
25                                                    Barbara Espinoza
                                                      Courtroom Deputy
26
27
28