John H. Blake (70187)
**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
Telephone: (650) 482-3040
Facsimile: (650) 482-2820
E-mail: jhb@hanniglaw.com

Attorneys for Plaintiff
EGGLI LANDSCAPE CONTRACTORS, INC.,
A California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of EGGLI LANDSCAPE CONTRACTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV-07-05699-CRB<br><br>**CASE MANAGEMENT STATEMENT OF PLAINTIFF EGGLI LANDSCAPE CONTRACTORS, INC.**<br><br>Date: December 19, 2007<br><br>Time: 3:00 p.m.<br><br>Place: Courtroom 8<br>Hon. Charles R. Breyer<br>19th Floor<br>U.S. District Courthouse<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |

**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{EGGL:2012:AWK:H0062663.DOC.2}          - 1 –
Case Management Statement of Plaintiff Case No. CV-07-05699-CRB

# 1. JURISDICTION AND SERVICE

The Court has jurisdiction pursuant to the Miller Act, Title 40 USC §§ 3131, et seq.  The Court has supplemental jurisdiction pursuant to Title 28 USC § 1367.  The amount of the contract which is the subject of this action exceeds $100,000.   Plaintiff has served defendants Dick Corporation, Dick-Morganti Joint Venture, American Casualty Company and Continental Casualty Company.  Service is pending on the Morganti Group and National Union Fire Insurance Company.

# 2. FACTS

Plaintiff installed landscaping and related plumbing and fixtures on the GSA Federal Building Project located in San Francisco, California pursuant to a subcontract with Dick-Morganti Joint Venture. As explained below in Item 12 (Settlement and ADR), plaintiff has settled in principle with defendants Dick-Morganti Joint Venture and its partners, Dick Corporation and The Morganti Group, and these parties propose to put the case on "hold" pending completion of performance of the settlement terms in April or May 2008.

# 3. LEGAL ISSUES

Plaintiff is aware of no legal issues among the parties and anticipates none arising for the reasons stated in Items 2 and 12.

# 4. MOTIONS

Upon filing its Complaint, plaintiff moved pursuant to Civ. L.R. 3-12 to determine the "related case" status vis-a-vie the actions of Webcor Construction, Inc. (Case No. 3:07-CV-02564-CRB), Performance Contracting, Inc. (Case No. C-07-4180-EDL) and Berger Bros., Inc. (Case No. C-07-05108-JSW).  The Court ordered this matter reassigned so as to consolidate it with the cases just mentioned. Plaintiff contemplates no other motions for the reasons stated in Items 2 and 12.

**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{EGGL:2012:AWK:H0062663.DOC.2}   - 2 -
Case Management Statement of Plaintiff  Case No. CV-07-05699-CRB

## 5.
## AMENDMENT OF PLEADINGS

Plaintiff contemplates no pleading amendments for the reasons stated in Items 2 and 12.

## 6.
## EVIDENCE PRESERVATION

Plaintiff has assembled and is maintaining all records of its work and related activities which plaintiff compiled and maintains in the regular course of business.

## 7.
## DISCLOSURES

Plaintiff has not yet exchanged records and information pursuant to Fed.R.Civ.P. 26 and, for the reasons stated in Items 2 and 12, hopes to defer such exchange pending performance of the contemplated settlement.

## 8.
## DISCOVERY

Plaintiff has conducted no discovery and anticipates none for the reasons stated in Items 2 and 12.

## 9.
## CLASS ACTIONS

Not applicable.

## 10.
## RELATED CASES

See Item 4, above.

## 11.
## RELIEF

Plaintiff seeks judgment against all defendants for the balance due on plaintiff's subcontract in the approximate sum of $261,061.83, together with any applicable penalties and interest.

Hannig Law Firm LLP
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{EGGL:2012:AWK:H0062663.DOC.2}        - 3 -
Case Management Statement of Plaintiff  Case No. CV-07-05699-CRB

## 12.
## SETTLEMENT AND ADR

In early December, plaintiff reached a tentative settlement with defendants Dick/Morganti Joint Venture, Dick Corporation and The Morganti Group pursuant to which plaintiff receives a sum payable in monthly installments through April or May 2008. Pending full payment and the lapse of the bankruptcy preference recapture period following the final payment, plaintiff proposes to preserve its action to assure that, should Dick/Morganti Joint Venture, or either of its partners become the subject of a bankruptcy proceeding, plaintiff would still have recourse to the Miller Act bonds issued by defendants American Casualty Co., Continental Casualty Co. and National Union Fire Insurance Co. The case would remain pending but inactive until September 2008.

## 13.
## CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES

Plaintiff consents to a magistrate judge for all purposes.

## 14.
## OTHER REFERENCES

The case is not suitable for reference to a special master or the Judicial Panel on Multi-District Litigation, and there is no need to consider binding arbitration for the reasons stated in Items 2 and 12.

## 15.
## NARROWING OF ISSUES

There is no need to consider narrowing of issues for the reasons stated in Items 2 and 12.

## 16.
## EXPEDITED SCHEDULE

There is no reason to consider an expedited schedule for the reasons stated in Items 2 and 12.

## 17.
## SCHEDULING

There is no need to schedule pre-trial dates for the reasons stated in Items 2 and 12.

**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{EGGL:2012:AWK:H0062663.DOC.2}     - 4 -
Case Management Statement of Plaintiff  Case No. CV-07-05699-CRB

### 18.
### TRIAL

There will be no trial for the reasons stated in Items 2 and 12.

### 19.
### DISCLOSURE OF NON-PARTY INTERESTED ENTITIES

Plaintiff has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.

The following listed persons have a financial interest in plaintiff Eggli Landscape Contractors, Inc.:

John R. Eggli (shareholder, director and officer);

Jodi Eggli (shareholder, director and officer).

### 20.
### OTHER MATTERS

None.

Dated:  December 18, 2007              HANNIG LAW FIRM LLP


                                       By_____/s/_____
                                          JOHN H. BLAKE, Attorneys for Plaintiff
                                          EGGLI LANDSCAPE CONTRACTORS,
                                          INC., a California corporation

**Hannig Law Firm LLP**
2991 El Camino Real
Redwood City, CA 94061
(650) 482-3040

{EGGL:2012:AWK:H0062663.DOC.2}                - 5 -
Case Management Statement of Plaintiff  Case No. CV-07-05699-CRB