**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 19, 2007**

<u>C-07-02564 CRB</u>   <u>USA</u> v. **DICK/MORGANTI**
 related case
<u>C-07-5699CRB</u>   <u>Eggli Lanscape</u> v. **DICK/MORGANTI**


Attorneys:    <u>Steve Brockhage, John Blake, Roger Heyman,Steve Iriki, Kennth Jones, Ann Myasmich</u>

<u>Patrick Hallihen, Raymond Buddie</u>

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **James Yeomans**
**PROCEEDINGS:**                                             **RULING:**

1.  <u>Status Conference</u>

2.  <u>Initial Case Management Conference</u>

**ORDERED AFTER HEARING:**

 <u>Court grants extension of time to fil an answer as to Eggli and Marelich Mechanic</u>


(  ) ORDER TO BE PREPARED BY:   Plntf _____   Deft _____   Court _____

(  ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO <u>January 30, 2008 @ 4:00 p.m.</u> for <u>Status Conference</u>

Discovery Cut-Off _____                    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____             Deft to Name Experts by _____

P/T Conference Date _____      Trial Date _____      Set for _____ days
                    Type of Trial:  ( )Jury   ( )Court

Notes: _____