RAYMOND M. BUDDIE    (SBN 121353)
RICK W. GRADY        (SBN 235976)
PECKAR & ABRAMSON, P.C.
455 Market Street, 21st Floor
San Francisco, CA 94105
Telephone: (415) 837-1968
Facsimile: (415) 837-1320

Attorneys for Defendants, DICK/MORGANTI; DICK CORPORATION; THE MORGANTI GROUP, INC.; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of EGGLI LANDSCAPE CONTRACTORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: CV 07-5699-CRB<br><br>**NOTICE OF SETTLEMENT** |

1    Counsel for Plaintiff and Defendants in the above-captioned matter hereby jointly
2 provide the Court notice that the parties have reached a settlement agreement whereby, assuming
3 the satisfaction of certain conditions, this case will be dismissed, in its entirety and with
4 prejudice, on or before August 13, 2008. The parties request that this case be administratively
5 closed until such time that either the dismissal is filed, or one of the parties notifies the Court that
6 the settlement was not completed.

Dated: January 7, 2008          HANNIG LAW FIRM LLP

By: _____
John H. Blake (SBN 70187)
Attorney for Plaintiff, UNITED STATES
OF AMERICA, for the use and benefit of
EGGLI LANDSCAPE CONTRACTORS,
INC.

Dated: January 7, 2008          PECKAR & ABRAMSON, P.C.

By: _____
Raymond M. Buddie (SBN 121353)
Rick W. Grady (SBN 235976)
Attorney for Defendants,
DICK/MORGANTI; DICK
CORPORATION; THE MORGANTI
GROUP, INC.; AMERICAN CASUALTY
COMPANY OF READING,
PENNSYLVANIA; NATIONAL UNION
FIRE INSURANCE COMPANY OF
PITTSBURGH, PA; and CONTINENTAL
CASUALTY COMPANY

LAW OFFICES
Peckar &
Abramson
A Professional Corporation

51151.01/4360-153100/P

2
NOTICE OF SETTLEMENT                    Case No.: CV 07-5699-CRB