1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of EGGLI LANDSCAPE CONTRACTORS, INC., a California corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>DICK/MORGANTI, a California joint venture; DICK CORPORATION, a Pennsylvania corporation; THE MORGANTI GROUP, INC., a Connecticut corporation; AMERICAN CASUALTY COMPANY OF READING, PENNSYLVANIA, a Pennsylvania corporation; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No.: CV 07-5699-CRB<br><br>**[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT TO NOTICE OF SETTLEMENT** |

1
[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT
TO NOTICE OF SETTLEMENT                                Case No.:  CV 07-5699-CRB
51171.01/4360-153100/P

LAW OFFICES
Peckar & Abramson
A Professional Corporation

1   The Court, having considered the January 7, 2008 NOTICE OF SETTLEMENT filed by
2   Plaintiff and Defendants wherein the parties informed the Court that they have reached a
3   settlement agreement whereby, subject to the satisfaction of certain conditions, this case will be
4   dismissed in its entirety and with prejudice on or before August 13, 2008, orders that this case
5   shall be administratively closed until such time that either a dismissal is filed or one of the
6   parties notifies the Court that the settlement was not completed.

**IT IS SO ORDERED.**

Dated: _____, 2008

Charles R. Breyer
United States District Judge

LAW OFFICES
Peckar & Abramson
A Professional Corporation

2
[PROPOSED] ORDER FOR ADMINISTRATIVE STAY PURSUANT
TO NOTICE OF SETTLEMENT         Case No.: CV 07-5699-CRB
51171.01/4360-153100/P